# Exhibit A

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27BB2F8F846C

Contract Number    **16-20030-04**
Original Contract Number **16-20030**
**290 – Placement Services**

**City of Philadelphia
Department of Human Services**

# CONFORMED

# STANDARD AMENDMENT AGREEMENT

**THIS STANDARD AMENDMENT AGREEMENT** ("Amendment Agreement") is made as of September 20, 2017and effective July 1, 2017 (the "Effective Date") by and between the City of Philadelphia ("the City"), by and through its **DEPARTMENT OF HUMAN SERVICES** ("Department"), and **CATHOLIC SOCIAL SERVICES** ("Provider"), a nonprofit corporation, with its principal place of business at **222 NORTH 17ᵀᴴ STREET, PHILADELPHIA, PENNSYLVANIA 19103.**

## BACKGROUND

The City and Provider entered into a certain Contract, Contract Number **16-20030**, dated **November 30, 2015**, which includes the City of Philadelphia Professional Services Contract General Provisions for the Department of Human Services (the "General Provisions"), the Provider Agreement, Cross Agency Response for Effective Services ("CARES") Limited License Agreement (when applicable), and any and all attachments, exhibits and documents thereto (collectively, the "Base Contract"), wherein Provider agreed to render various Services to the City in accordance therewith; and

The City and Provider entered into an amendment to the Base Contract, Contract Number **16-20030-01**, for the period **July 1, 2015** to **June 30, 2016**; and

The City and Provider entered into an amendment to the Base Contract, Contract Number **16-20030-02**, for the period **July 1, 2015** to **June 30, 2016**; and

The City and Provider entered into an amendment to the Base Contract, Contract Number **16-20030-03**, for the period **July 1, 2016** to **June 30, 2017**; and

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

Hereinafter, the Base Contract and all prior amendments, if any, shall be referred to as the "Base Contract as Amended;" and

It is necessary to INCREASE the amount of compensation payable under the Base Contract as Amended by **Nineteen Million, Four Hundred Thirty Thousand, Nine Hundred Ninety-One Dollars and Twenty-Three Cents ($19,430,991.23)**, in order for Provider to continue to render the Services and provide the Materials specified in the Base Contract as Amended and this Amendment Agreement; and

The City and Provider have agreed to amend certain terms and conditions of the Base Contract as Amended, as set forth herein; and

In consideration of the mutual obligations set forth herein, and each intending to be legally bound, the City and Provider covenant and agree as of the Effective Date as follows:

## ARTICLE I:   AMENDMENTS TO THE CONTRACT

With the exception of the following amendments set forth in this Amendment Agreement, and subject to councilmanic appropriation of funds, the terms and conditions of the Provider Agreement "as amended" shall be and remain in full force and effect:

### 1.1    Incorporation of Background.

The Background is incorporated by reference herein.

### 1.2    Definitions.

Capitalized terms not otherwise defined herein shall have the meanings set forth in the Base Contract as Amended.

### 1.3    Term.

The term of the Base Contract as Amended is extended for an Additional Term commencing **JULY 1, 2017** and expiring **JUNE 30, 2018**.

### 1.4    Compensation.

As compensation for the Services and Materials being provided under this Contract, the City covenants and agrees to set the amount of compensation payable to Provider for the current contract term at **Nineteen Million, Four Hundred Thirty Thousand, Nine**

DocuSign Envelope ID: 421E34E1-1108-43FD-9478-27B82F8F845C

**Hundred Ninety-One Dollars and Twenty-Three Cents ($19,430,991.23)**. Notwithstanding anything in the Contract to the contrary, in no event shall the amount certified by the Finance Department for Services and Materials under the Contract, including this Amendment Agreement, exceed **Forty-Three Million, One Hundred Seventy-Eight Thousand, Seven Dollars and Twenty-Three Cents ($43,178,007.23)**.

**1.5    Services and Materials.**

Section 2.1 of the Provider Agreement, is amended in accordance with the attachments listed below, which are attached to this Amendment Agreement and incorporated herein by reference.

(a)    S.A.A.-1: **Service, Rate, Maximum Days/Units**

(b)    S.A.A.-2: **Scope of Services**

Section 2.1 of the Provider Agreement, is amended in accordance with the Exhibits listed below, which are available on the Provider Extranet and incorporated herein by reference.

(c)    S.A.A.- 3 :**Community Umbrella Agency Practice Guidelines**

(d)    S.A.A.- 4 :**Day Treatment Standards**

(e)    S.A.A.- 5 :**Foster Family Care Standards**

(f)    S.A.A.- 6 :**Group Home Standards**

(g)    S.A.A.- 7 :**Institutional Care Standards**

(h)    S.A.A.- 8 :**Re-Integration Standards**

(i)    S.A.A.- 9 :**Specialized Behavioral Health Standards**

(j)    S.A.A.- 10 :**Maternity Mother/Baby Standards**

(k)    S.A.A.- 11 :**Medical Standards**

(l)    S.A.A.- 12 :**Supervised Independent Living Standards**

(m)    S.A.A.- 13 :**Streamlined Standards**

(n)    S.A.A.- 14 :**CARES Limited License Agreement**

(o)    S.A.A.- 15 :**Balanced and Restorative Justice Standards**

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

**1.6    Additional Provisions.**

Other provisions, including, without limitation, OEO participation commitments and any exceptions or modifications to the General Provisions of the Contract, are set forth in the following clause(s) and incorporated herein by reference:

(a)    DHS is increasing its administrative efficiency through the use of electronic record keeping and data sharing technology.  As these updates occur, the Department will continue to notify providers of these technology requirement changes through written notices. Failure to comply with any DHS technology requirements (including, but not limited to the use of P-Web and P-DRIVE) may result in a financial penalty and/or a finding that an Event of Default has occurred.

**1.7    Acknowledgment of General Provisions.**

Provider specifically acknowledges that Provider has read and understands the terms and conditions contained in the General Provisions and acknowledges that by executing this Amendment Agreement, Provider shall be legally bound by all of the terms of this Contract, including, but not limited to, those set forth in the General Provisions. **The revised General Provisions are attached to this document and are explicitly accepted by the Provider.**

**1.8    Acknowledgment of Standards.**

Provider specifically acknowledges that Provider has read and understands the terms and conditions contained in the applicable above referenced Performance and Service Standards ("Standards")  formerly known as Service Description and Contract Requirements, Service Description, Performance Standards, Service Standards, Procedural Manuals and/or Guides which are available on the Provider Extranet at (http://dhs.phila.gov/extranet/extrahome_pub.nsf/Content/ServiceStandards ) which are incorporated to this Amendment Agreement by reference.  Provider acknowledges that by executing this Amendment Agreement, Provider shall be legally bound by all of the terms of this Contract, including, but not limited to, those set forth in the Standards currently published on the Provider Extranet and any and all subsequent amendments.

(SIGNATURE PAGE TO FOLLOW)

DocuSign Envelope ID: 42 1 L34E1-1 1U9-43FD-8476-27B62F8F845C

IN WITNESS WHEREOF, the Parties hereto, intending to be legally bound by all of the Contract Documents, have caused the Contract to be executed by their respective duly authorized officers as of the date in the heading of this Standard Amendment Agreement.

APPROVED AS TO FORM

SOZI PEDRO TULANTE, CITY SOLICITOR

Per: _Crystal T. Espanol_
7777BBC1F7544C9...

Name: Crystal T. Espanol

Title: Assistant City Solicitor

**THE CITY OF PHILADELPHIA**

Through: **The Department of Human Services**

By: _Cynthia Figueroa_
A8C82E49A19349B...

Name: Cynthia Figueroa

Title: Commissioner

**CATHOLIC SOCIAL SERVICES**

By: _James Amato_
6C6D462668844FD...

Name: James Amato

Title: Vice President

By: _Franz Fruehwald_
D426312A4434D4...

Name: Franz Fruehwald

Chief Financial Officer

Title: Assistant Treasurer

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

 **City of Philadelphia Contract Routing Slip**

**External Negotiation/Encumbrance & Budget Verification (Conformance Manager)**

1. Review contract as signed by vendor and consult with supervisor.

   x    Click the check box to attach additional documentation, if required. 

2. Confirm Encumbrance; supervisor routes in ACIS to Budget Verification.
3. Confirm Budget Verification completed in ACIS.

   x    Send to Law.

**Approve as to Form (Attorney)**

Click the check box to attach additional documentation, if required.

   x    Route in ACIS to Finance

**Finance Certification**

   x    Attach the Endorsement Sheet then route in ACIS to Finance Review.

**Finance Review**

   x    Review then route in ACIS to Department Signs Contract.

**Departmental Review (Conformance Manager)**

   x    Route in ACIS to Conformance.

**Conformance Review (Conformance Clerk)**

   x    Conform Contract.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

# Exhibit SAA - 1
# Fiscal Year 2018

# 6606 - Catholic Social Services

| Services | Rate | Service Code | Contract Units | Total |
|---|---|---|---|---|
| **DEPENDENT SERVICES** | | | | |
| **Bouvier, McCarthy, Fairless, Morrell, Drexel and McGlade - CUA/Placement** | | | | |
| GH-Intensive (Non-RTF) | $212.16 | K1LG | AS NEEDED | $0.00 |
| GH-Intensive (Non-RTF) (Child Specific) | $256.55 | K1LG | AS NEEDED | $0.00 |
| GH-RTF (C/P) | $3.00 | K13M | AS NEEDED | $0.00 |
| Initial Clothing Allowance | Up to $250/child | X1XX | AS NEEDED | $0.00 |
| | | | Bouvier, McCarthy, Fairless, Morrell, Drexel and McGlade - CUA/Placement TOTAL: $0.00 | |
| **CUA - 1/1/18 to 6/30/18** | | | | |
| FFC-College Rate | $32.13 | J1GW | AS NEEDED | $0.00 |
| FFC-Emergency Shelter | $45.06 | E1GG | AS NEEDED | $0.00 |
| FFC-Emergency Shelter 13+ | $55.06 | E1GG | AS NEEDED | $0.00 |
| FFC-General | $45.06 | J1GG | AS NEEDED | $0.00 |
| FFC-General 13+ | $55.06 | J1GG | AS NEEDED | $0.00 |
| FFC-M/B-Baby | $0.00 | J1WC | AS NEEDED | $0.00 |
| FFC-M/B-Mother | $57.06 | J1WP | AS NEEDED | $0.00 |
| FFC-M/B-Mother (2B) | $65.56 | J1WP | AS NEEDED | $0.00 |
| FFC-M/B-Mother (2B) 13+ | $75.56 | J1WP | AS NEEDED | $0.00 |
| FFC-M/B-Mother (3B) | $74.06 | J1WP | AS NEEDED | $0.00 |
| FFC-M/B-Mother (3B) 13+ | $84.06 | J1WP | AS NEEDED | $0.00 |
| FFC-M/B-Mother 13+ | $67.06 | J1WP | AS NEEDED | $0.00 |
| FFC-Maternity | $45.06 | J1JG | AS NEEDED | $0.00 |
| FFC-Maternity 13+ | $55.06 | J1JG | AS NEEDED | $0.00 |
| FFC-Medical | $45.06 | J1MR | AS NEEDED | $0.00 |
| FFC-Medical 13+ | $55.06 | J1MR | AS NEEDED | $0.00 |
| FFC-Respite | $0.00 | J14G | AS NEEDED | $0.00 |
| Initial Clothing Allowance | Up to $250/child | X1XX | AS NEEDED | $0.00 |
| KIN-College Rate | $32.13 | Z1GW | AS NEEDED | $0.00 |
| KIN-Emergency | $45.06 | Z1DG | AS NEEDED | $0.00 |
| KIN-Emergency 13+ | $55.06 | Z1DG | AS NEEDED | $0.00 |
| KIN-Emergency-M/B-Baby | $0.00 | Z1DC | AS NEEDED | $0.00 |
| KIN-Emergency-M/B-Mother | $57.06 | Z1DP | AS NEEDED | $0.00 |
| KIN-Emergency-M/B-Mother (2B) | $65.56 | Z1DP | AS NEEDED | $0.00 |
| KIN-Emergency-M/B-Mother (2B) 13+ | $75.56 | Z1DP | AS NEEDED | $0.00 |

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

# Exhibit SAA - 1
# Fiscal Year 2018

## 6606 - Catholic Social Services

| Services | Rate | Service Code | Contract Units | Total |
|---|---|---|---|---|
| KIN-Emergency-M/B-Mother (3B) | $74.06 | Z1DP | AS NEEDED | $0.00 |
| KIN-Emergency-M/B-Mother (3B) 13+ | $84.06 | Z1DP | AS NEEDED | $0.00 |
| KIN-Emergency-M/B-Mother 13+ | $67.06 | Z1DP | AS NEEDED | $0.00 |
| KIN-General | $45.06 | Z1GG | AS NEEDED | $0.00 |
| KIN-General 13+ | $55.06 | Z1GG | AS NEEDED | $0.00 |
| KIN-M/B-Baby | $0.00 | Z1WC | AS NEEDED | $0.00 |
| KIN-M/B-Mother | $57.06 | Z1WP | AS NEEDED | $0.00 |
| KIN-M/B-Mother (2B) | $65.56 | Z1WP | AS NEEDED | $0.00 |
| KIN-M/B-Mother (2B) 13+ | $75.56 | Z1WP | AS NEEDED | $0.00 |
| KIN-M/B-Mother (3B) | $74.06 | Z1WP | AS NEEDED | $0.00 |
| KIN-M/B-Mother (3B) 13+ | $84.06 | Z1WP | AS NEEDED | $0.00 |
| KIN-M/B-Mother 13+ | $67.06 | Z1WP | AS NEEDED | $0.00 |
| KIN-Maternity | $45.06 | Z1JG | AS NEEDED | $0.00 |
| KIN-Maternity 13+ | $55.06 | Z1JG | AS NEEDED | $0.00 |
| KIN-Medical | $45.06 | Z1MR | AS NEEDED | $0.00 |
| KIN-Medical 13+ | $55.06 | Z1MR | AS NEEDED | $0.00 |

CUA - 1/1/18 to 6/30/18 TOTAL: $0.00

| Services | Rate | Service Code | Contract Units | Total |
|---|---|---|---|---|
| **CUA - 7/1/17 to 12/31/17** | | | | |
| FFC-College Rate | $28.50 | J1GW | AS NEEDED | $0.00 |
| FFC-Emergency Shelter | $41.43 | E1GG | AS NEEDED | $0.00 |
| FFC-Emergency Shelter 13+ | $51.43 | E1GG | AS NEEDED | $0.00 |
| FFC-General | $41.43 | J1GG | AS NEEDED | $0.00 |
| FFC-General 13+ | $51.43 | J1GG | AS NEEDED | $0.00 |
| FFC-M/B-Baby | $0.00 | J1WC | AS NEEDED | $0.00 |
| FFC-M/B-Mother | $53.43 | J1WP | AS NEEDED | $0.00 |
| FFC-M/B-Mother (2B) | $61.93 | J1WP | AS NEEDED | $0.00 |
| FFC-M/B-Mother (2B) 13+ | $71.93 | J1WP | AS NEEDED | $0.00 |
| FFC-M/B-Mother (3B) | $70.43 | J1WP | AS NEEDED | $0.00 |
| FFC-M/B-Mother (3B) 13+ | $80.43 | J1WP | AS NEEDED | $0.00 |
| FFC-M/B-Mother 13+ | $63.43 | J1WP | AS NEEDED | $0.00 |
| FFC-Maternity | $41.43 | J1JG | AS NEEDED | $0.00 |
| FFC-Maternity 13+ | $51.43 | J1JG | AS NEEDED | $0.00 |
| FFC-Medical | $41.43 | J1MR | AS NEEDED | $0.00 |
| FFC-Medical 13+ | $51.43 | J1MR | AS NEEDED | $0.00 |
| FFC-Respite | $0.00 | J14G | AS NEEDED | $0.00 |

DocuSign Envelope ID: 421E34E1-1109-43FD-9476-27B62F8F845C

# Exhibit SAA - 1
## Fiscal Year 2018

### 6606 - Catholic Social Services

| Services | Rate | Service Code | Contract Units | Total |
|---|---|---|---|---|
| Initial Clothing Allowance | Up to $250/child | X1XX | AS NEEDED | $0.00 |
| KIN-College Rate | $28.50 | Z1GW | AS NEEDED | $0.00 |
| KIN-Emergency | $41.43 | Z1DG | AS NEEDED | $0.00 |
| KIN-Emergency 13+ | $51.43 | Z1DG | AS NEEDED | $0.00 |
| KIN-Emergency-M/B-Baby | $0.00 | Z1DC | AS NEEDED | $0.00 |
| KIN-Emergency-M/B-Mother | $53.43 | Z1DP | AS NEEDED | $0.00 |
| KIN-Emergency-M/B-Mother (2B) | $61.93 | Z1DP | AS NEEDED | $0.00 |
| KIN-Emergency-M/B-Mother (2B) 13+ | $71.93 | Z1DP | AS NEEDED | $0.00 |
| KIN-Emergency-M/B-Mother (3B) | $70.43 | Z1DP | AS NEEDED | $0.00 |
| KIN-Emergency-M/B-Mother (3B) 13+ | $80.43 | Z1DP | AS NEEDED | $0.00 |
| KIN-Emergency-M/B-Mother 13+ | $63.43 | Z1DP | AS NEEDED | $0.00 |
| KIN-General | $41.43 | Z1GG | AS NEEDED | $0.00 |
| KIN-General 13+ | $51.43 | Z1GG | AS NEEDED | $0.00 |
| KIN-M/B-Baby | $0.00 | Z1WC | AS NEEDED | $0.00 |
| KIN-M/B-Mother | $53.43 | Z1WP | AS NEEDED | $0.00 |
| KIN-M/B-Mother (2B) | $61.93 | Z1WP | AS NEEDED | $0.00 |
| KIN-M/B-Mother (2B) 13+ | $71.93 | Z1WP | AS NEEDED | $0.00 |
| KIN-M/B-Mother (3B) | $70.43 | Z1WP | AS NEEDED | $0.00 |
| KIN-M/B-Mother (3B) 13+ | $80.43 | Z1WP | AS NEEDED | $0.00 |
| KIN-M/B-Mother 13+ | $63.43 | Z1WP | AS NEEDED | $0.00 |
| KIN-Maternity | $41.43 | Z1JG | AS NEEDED | $0.00 |
| KIN-Maternity 13+ | $51.43 | Z1JG | AS NEEDED | $0.00 |
| KIN-Medical | $41.43 | Z1MR | AS NEEDED | $0.00 |
| KIN-Medical 13+ | $51.43 | Z1MR | AS NEEDED | $0.00 |
| | | | CUA - 7/1/17 to 12/31/17 TOTAL: $0.00 | |
| **Placement - 1/1/18 to 6/30/18** | | | | |
| FFC-College Rate | $32.13 | J1GW | AS NEEDED | $0.00 |
| FFC-Emergency Shelter | $58.12 | E11G | AS NEEDED | $0.00 |
| FFC-Emergency Shelter 13+ | $68.12 | E11G | AS NEEDED | $0.00 |
| FFC-Level II | $58.12 | J12G | AS NEEDED | $0.00 |
| FFC-Level II 13+ | $68.12 | J12G | AS NEEDED | $0.00 |
| FFC-M/B-Baby | $0.00 | J1WC | AS NEEDED | $0.00 |
| FFC-M/B-Mother | $71.64 | J1WP | AS NEEDED | $0.00 |
| FFC-M/B-Mother (2B) | $98.64 | J1WP | AS NEEDED | $0.00 |

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

# Exhibit SAA - 1
# Fiscal Year 2018

## 6606 - Catholic Social Services

| Services | Rate | Service Code | Contract Units | Total |
|---|---|---|---|---|
| FFC-M/B-Mother (2B) 13+ | $108.64 | J1WP | AS NEEDED | $0.00 |
| FFC-M/B-Mother (3B) | $125.64 | J1WP | AS NEEDED | $0.00 |
| FFC-M/B-Mother (3B) 13+ | $135.64 | J1WP | AS NEEDED | $0.00 |
| FFC-M/B-Mother 13+ | $81.64 | J1WP | AS NEEDED | $0.00 |
| FFC-Maternity | $46.12 | J1JG | AS NEEDED | $0.00 |
| FFC-Maternity 13+ | $56.12 | J1JG | AS NEEDED | $0.00 |
| FFC-Medical | $46.12 | J1MR | AS NEEDED | $0.00 |
| FFC-Medical 13+ | $56.12 | J1MR | AS NEEDED | $0.00 |
| FFC-Respite | $0.00 | J14G | AS NEEDED | $0.00 |
| Initial Clothing Allowance | Up to $250/child | X1XX | AS NEEDED | $0.00 |
| KIN-College Rate | $32.13 | Z1GW | AS NEEDED | $0.00 |
| KIN-Level II | $58.12 | Z12G | AS NEEDED | $0.00 |
| KIN-Level II 13+ | $68.12 | Z12G | AS NEEDED | $0.00 |
| KIN-M/B-Baby | $0.00 | Z1WC | AS NEEDED | $0.00 |
| KIN-M/B-Mother | $71.64 | Z1WP | AS NEEDED | $0.00 |
| KIN-M/B-Mother (2B) | $98.64 | Z1WP | AS NEEDED | $0.00 |
| KIN-M/B-Mother (2B) 13+ | $108.64 | Z1WP | AS NEEDED | $0.00 |
| KIN-M/B-Mother (3B) | $125.64 | Z1WP | AS NEEDED | $0.00 |
| KIN-M/B-Mother (3B) 13+ | $135.64 | Z1WP | AS NEEDED | $0.00 |
| KIN-M/B-Mother 13+ | $81.64 | Z1WP | AS NEEDED | $0.00 |
| KIN-Maternity | $46.12 | Z1JG | AS NEEDED | $0.00 |
| KIN-Maternity 13+ | $56.12 | Z1JG | AS NEEDED | $0.00 |
| KIN-Medical | $46.12 | Z1MR | AS NEEDED | $0.00 |
| KIN-Medical 13+ | $56.12 | Z1MR | AS NEEDED | $0.00 |
| SBH-Transition FFC | Up to $87.77 | J1UG | AS NEEDED | $0.00 |
| SBH-Transition FFC 13+ | Up to $97.77 | J1UG | AS NEEDED | $0.00 |
| SBH-Transition KIN | Up to $87.77 | Z1UG | AS NEEDED | $0.00 |
| SBH-Transition KIN 13+ | Up to $97.77 | Z1UG | AS NEEDED | $0.00 |

Placement - 1/1/18 to 6/30/18 TOTAL: $0.00

**Placement - 7/1/17 to 12/31/17**

| Services | Rate | Service Code | Contract Units | Total |
|---|---|---|---|---|
| FFC-College Rate | $28.50 | J1GW | AS NEEDED | $0.00 |
| FFC-Emergency Shelter | $54.59 | E11G | AS NEEDED | $0.00 |
| FFC-Emergency Shelter 13+ | $64.49 | E11G | AS NEEDED | $0.00 |
| FFC-Level II | $54.49 | J12G | AS NEEDED | $0.00 |
| FFC-Level II 13+ | $64.49 | J12G | AS NEEDED | $0.00 |
| FFC-M/B-Baby | $0.00 | J1WC | AS NEEDED | $0.00 |
| FFC-M/B-Mother | $68.01 | J1WP | AS NEEDED | $0.00 |

DocuSign Envelope ID: 421E54E1-1109-43FD-9478-27B82F8F845C

**Exhibit SAA - 1**
**Fiscal Year 2018**

**6606 - Catholic Social Services**

| Services | Rate | Service Code | Contract Units | Total |
|---|---|---|---|---|
| FFC-M/B-Mother (2B) | $95.01 | J1WP | AS NEEDED | $0.00 |
| FFC-M/B-Mother (2B) 13+ | $105.01 | J1WP | AS NEEDED | $0.00 |
| FFC-M/B-Mother (3B) | $122.01 | J1WP | AS NEEDED | $0.00 |
| FFC-M/B-Mother (3B) 13+ | $132.01 | J1WP | AS NEEDED | $0.00 |
| FFC-M/B-Mother 13+ | $78.01 | J1WP | AS NEEDED | $0.00 |
| FFC-Maternity | $42.49 | J1JG | AS NEEDED | $0.00 |
| FFC-Maternity 13+ | $52.49 | J1JG | AS NEEDED | $0.00 |
| FFC-Medical | $42.49 | J1MR | AS NEEDED | $0.00 |
| FFC-Medical 13+ | $52.49 | J1MR | AS NEEDED | $0.00 |
| FFC-Respite | $0.00 | J14G | AS NEEDED | $0.00 |
| Initial Clothing Allowance | Up to $250/child | X1XX | AS NEEDED | $0.00 |
| KIN-College Rate | $28.50 | Z1GW | AS NEEDED | $0.00 |
| KIN-Level II | $54.49 | Z12G | AS NEEDED | $0.00 |
| KIN-Level II 13+ | $64.49 | Z12G | AS NEEDED | $0.00 |
| KIN-M/B-Baby | $0.00 | Z1WC | AS NEEDED | $0.00 |
| KIN-M/B-Mother | $68.01 | Z1WP | AS NEEDED | $0.00 |
| KIN-M/B-Mother (2B) | $95.01 | Z1WP | AS NEEDED | $0.00 |
| KIN-M/B-Mother (2B) 13+ | $105.01 | Z1WP | AS NEEDED | $0.00 |
| KIN-M/B-Mother (3B) | $122.01 | Z1WP | AS NEEDED | $0.00 |
| KIN-M/B-Mother (3B) 13+ | $132.01 | Z1WP | AS NEEDED | $0.00 |
| KIN-M/B-Mother 13+ | $78.01 | Z1WP | AS NEEDED | $0.00 |
| KIN-Maternity | $42.49 | Z1JG | AS NEEDED | $0.00 |
| KIN-Maternity 13+ | $52.49 | Z1JG | AS NEEDED | $0.00 |
| KIN-Medical | $42.49 | Z1MR | AS NEEDED | $0.00 |
| KIN-Medical 13+ | $52.49 | Z1MR | AS NEEDED | $0.00 |
| SBH-Transition FFC | Up to $84.14 | J1UG | AS NEEDED | $0.00 |
| SBH-Transition FFC 13+ | Up to $94.14 | J1UG | AS NEEDED | $0.00 |
| SBH-Transition KIN | Up to $84.14 | Z1UG | AS NEEDED | $0.00 |
| SBH-Transition KIN 13+ | Up to $94.14 | Z1UG | AS NEEDED | $0.00 |

Placement - 7/1/17 to 12/31/17 TOTAL: $0.00

**St Francis/St Joseph for Boys – CUA/Placement**

| | | | | |
|---|---|---|---|---|
| GH-Intensive (Non-RTF) | $212.16 | K1LG | AS NEEDED | $0.00 |
| GH-Intensive (Non-RTF) | $256.55 | K1LG | AS NEEDED | $0.00 |
| Initial Clothing Allowance | Up to $250/child | X1XX | AS NEEDED | $0.00 |
| SIL (Requires Authorization) | $114.52 | M1GG | AS NEEDED | $0.00 |
| SIL-College Rate | $24.75 | M1GW | AS NEEDED | $0.00 |

St Francis/St Joseph for Boys - CUA/Placement TOTAL: $0.00

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

# Exhibit SAA - 1
## Fiscal Year 2018

### 6606 - Catholic Social Services

| Services | Rate | Service Code | Contract Units | Total |
|---|---|---|---|---|
| **St Gabriel's (Requires Authorization) - CUA/Placement** | | | | |
| Initial Clothing Allowance | Up to $250/child | X1XX | AS NEEDED | $0.00 |
| INST-Intensive (Non-RTF) | $197.35 | L1LG | AS NEEDED | $0.00 |
| INST-Intensive (Non-RTF) | $239.94 | L1LG | AS NEEDED | $0.00 |
| INST-RTF D&A (R/B,C/P) | $84.61 | L1AR | AS NEEDED | $0.00 |
| INST-RTF Mitchell (R/B,C/P) | $84.61 | L13R | AS NEEDED | $0.00 |
| INST-RTF Module I (R/B,C/P) | $84.61 | L13R | AS NEEDED | $0.00 |

St Gabriel's (Requires Authorization) - CUA/Placement TOTAL: $0.00

| Services | Rate | Service Code | Contract Units | Total |
|---|---|---|---|---|
| **St Vincent's: Guardian Angel/St.Vincent's Maternity Home - CUA/Placement** | | | | |
| GH-Intensive (Non-RTF) | $212.16 | K1LG | AS NEEDED | $0.00 |
| GH-M/B-Baby | $0.00 | K1WC | AS NEEDED | $0.00 |
| GH-M/B-Mother | $229.16 | K1WP | AS NEEDED | $0.00 |
| GH-M/B-Mother (2B) | $246.16 | K1WP | AS NEEDED | $0.00 |
| GH-M/B-Mother (3B) | $263.16 | K1JG | AS NEEDED | $0.00 |
| GH-Maternity | $212.16 | K1JG | AS NEEDED | $0.00 |
| Initial Clothing Allowance | Up to $250/child | X1XX | AS NEEDED | $0.00 |

St Vincent's: Guardian Angel/St.Vincent's Maternity Home - CUA/Placement TOTAL: $0.00

| Services | Rate | Service Code | Contract Units | Total |
|---|---|---|---|---|
| **St. Vincent's Group Homes: Guardian Angel/St. Joachim/St. Joseph for Girls, M. Carol - CUA/Placement** | | | | |
| GH-Intensive (Non-RTF) | $212.16 | K1LG | AS NEEDED | $0.00 |
| GH-Shelter (Requires Authorization) | $180.44 | B12G | AS NEEDED | $0.00 |
| Initial Clothing Allowance | Up to $250/child | X1XX | AS NEEDED | $0.00 |

St. Vincent's Group Homes: Guardian Angel/St. Joachim/St. Joseph for Girls, M. Carol - CUA/Placement TOTAL: $0.00

**DEPENDENT TOTAL: $9,021,176.23**

## DELINQUENT SERVICES

| Services | Rate | Service Code | Contract Units | Total |
|---|---|---|---|---|
| **Bouvier, McCarthy, Fairless, Morrell, Drexel and McGlade** | | | | |
| GH-RTF (C/P) | $3.00 | K23M | AS NEEDED | $0.00 |
| Initial Clothing Allowance | Up to $250/child | X2XX | AS NEEDED | $0.00 |

Bouvier, McCarthy, Fairless, Morrell, Drexel and McGlade TOTAL: $0.00

DocuSign Envelope ID: 42TEJ4E1-1T05-43FD-8476-27B62F8F845D

# Exhibit SAA - 1
# Fiscal Year 2018

## 6606 - Catholic Social Services

| Services | Rate | Service Code | Contract Units | Total |
|---|---|---|---|---|
| **Del Voc** | | | | |
| Day Treatment (5 Day) | $107.46 | G2GF | AS NEEDED | $0.00 |
| | | | Del Voc TOTAL: $0.00 | |
| **St Francis/St. Joseph for Boys** | | | | |
| Initial Clothing Allowance | Up to $250/child | X2XX | AS NEEDED | $0.00 |
| SIL | $114.52 | M2GG | AS NEEDED | $0.00 |
| | | St Francis/St. Joseph for Boys TOTAL: $0.00 | | |
| **St Gabriel's** | | | | |
| Counseling | $25/.5 Hr | X2XX | AS NEEDED | $0.00 |
| Initial Clothing Allowance | Up to $250/child | X2XX | AS NEEDED | $0.00 |
| INST-Intensive (Non-RTF) | $197.35 | L2LG | AS NEEDED | $0.00 |
| INST-Intensive (Non-RTF) Mitchell | $239.94 | L2LG | AS NEEDED | $0.00 |
| INST-RTF D&A (R/B,C/P) | $84.61 | L2AR | AS NEEDED | $0.00 |
| INST-RTF Mitchell (R/B,C/P) | $84.61 | L23R | AS NEEDED | $0.00 |
| INST-RTF Module I (R/B,C/P) | $84.61 | L23R | AS NEEDED | $0.00 |
| | | | St Gabriel's TOTAL: $0.00 | |
| **St Gabriel's - Reintegration Services** | | | | |
| Aftercare I | $25.58 | C2NG | AS NEEDED | $0.00 |
| | | St Gabriel's - Reintegration Services TOTAL: $0.00 | | |
| **St Vincent's: Guardian Angel/St.Vincent's Maternity Home** | | | | |
| GH-Intensive (Non-RTF) | $212.16 | K2LG | AS NEEDED | $0.00 |
| GH-M/B-Baby | $0.00 | K2WC | AS NEEDED | $0.00 |
| GH-M/B-Mother | $229.16 | K2WP | AS NEEDED | $0.00 |
| GH-M/B-Mother (2B) | $246.16 | K2WP | AS NEEDED | $0.00 |
| GH-M/B-Mother (3B) | $263.16 | K2WP | AS NEEDED | $0.00 |
| GH-Maternity | $212.16 | K2JG | AS NEEDED | $0.00 |
| Initial Clothing Allowance | Up to $250/child | X2XX | AS NEEDED | $0.00 |
| | | St Vincent's: Guardian Angel/St.Vincent's Maternity Home TOTAL: $0.00 | | |
| **St. Vincent's Group Homes: Guardian Angel/St. Joachim/St. Joseph for Girls, M. Carol** | | | | |
| GH-Intensive (Non-RTF) | $212.16 | K2LG | AS NEEDED | $0.00 |
| Initial Clothing Allowance | Up to $250/child | X2XX | AS NEEDED | $0.00 |
| | | St. Vincent's Group Homes: Guardian Angel/St. Joachim/St. Joseph for Girls, M. Carol TOTAL: $0.00 | | |

**DELINQUENT TOTAL: $10,409,815.00**

**CONTRACT MAXIMUM LIMIT: $19,430,991.23**

DocuSign Envelope ID: 421E34E1-1109-43FD-9476-27B82F9F845C



# CITY OF PHILADELPHIA
# DEPARTMENT OF HUMAN SERVICES

"We believe that a community-neighborhood approach with clearly defined roles between county and provider staff will positively impact safety, permanency, and well-being."

What are we working together to achieve?

- o   More children and youth maintained safely in their own homes and communities.
- o   More children and youth achieving timely reunification or other permanence.
- o   A reduction in the use of congregate care.
- o   Improved child, youth, and family functioning.

# S.A.A.-2

### Scope of Service:

## For General, Kinship, and Teen Parent/Baby Resource Home Care Providers

## July 2017

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

## Statement of Purpose:

This Scope of Service is made and entered into between Catholic Social Services (the Provider) and the Philadelphia Department of Human Services (DHS), and sets forth the services for general, kinship, and teen parent/baby resource home care.

Throughout this document, the term "Resource Parent" refers to both kinship parents and non-relative foster parents.

When a child or youth is placed through a Community Umbrella Agency, CUA, the Provider offers ongoing support and coaching to Resource Parents through Provider Staff[1]. The Provider is required to work collaboratively with the CUA. Contracts between DHS and all CUAs set forth services for resource home care with case management responsibilities remaining with the CUA. When the child or youth is receiving case management services directly from DHS, the Provider must also deliver case management services to the Resource Parent, parent or other reunification resource, and the child or youth and collaborate with the assigned DHS Social Worker (DHS cases).

## Department Overview:

The mission of the Department of Human Services (DHS) is to provide and promote safety, permanency, and well being for children and youth at risk of abuse, neglect and delinquency. DHS is organized in the following Divisions: Administration and Management, Child Welfare Operations Division, Community Based Prevention Services, Finance, Juvenile Justice Services, and Performance Management and Technology. DHS continues to implement the Improving Outcomes for Children (IOC) model. The vision for IOC is to:

o   Maintain children and youth safely in their own homes and community.
o   Timely reunification or other permanency.
o   Reduce use of congregate care.
o   Improve children, youth, and family functioning.

As it relates to Resource Home care, the IOC framework provides a single Case Manager to work with assigned families. The case management service is provided by Community Umbrella Agencies who are embedded in the communities they serve.

For children and youth for whom the Provider continues to provide case management services, the case management staff interact on a regular basis with schools, medical, dental, and behavioral health providers; various community resources; and all service providers indicated on an Individual Service Plan (ISP) or Family Service Plan (FSP). For youth funded and placed by a CUA, the Provider interacts with external resources as needed, collaborates and communicates with the CUA, and continues to support the resource caregivers.

## Provider Organizational Overview:

**Mission Statement:** Catholic Social Services of the Archdiocese of Philadelphia continues the work of Jesus by affirming, assisting and advocating for individuals, families, and communities.

**Vision and Values Statement:** Catholic Social Services Vision:

---

[1] Provider Staff is responsible for recruiting and certifying foster and kinship homes.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

Catholic Social Services exists to transform lives and bring about a just and compassionate society where every individual is valued, families are healthy and strong, and communities are united in their commitment to the good of all. We envision a world touched by God's mercy: where poverty and need are alleviated, and all people share justly in the blessings of creation.

Catholic Social Services Values:

Compassion: genuine care and heartfelt concern for those we serve
Dignity: respect for each person created in God's image, regardless of color, capacity, or age
Charity: generosity toward all people in response to God's goodness to us
Justice: defense of and advocacy for the rights of the poor, vulnerable, and disadvantaged
Excellence: professional competence and responsible stewardship of time and resources

## Problems and Issues to be Addressed:

Ideally, children and youth should be with their own families. When this is not possible, resource homes ensure that children and youth can be maintained safely in their own community. All resource home procedures and resources must be directed to supporting reunification or other permanency options, and the overall positive functioning of children, youth, and their families. Resource Parents must function as mentors to legal families to support these goals. An increased focus on recruiting resource caregivers who can manage adolescents is required in order to reduce the use of congregate care. There must also be a continued focus on the need for resource homes for children who are 0-6 years of age. The specific issue to be addressed by the Provider is to recruit, screen, train, and provide certified resource care homes for dependent children or youth, some of whom will need support to address behavioral health, medical, and educational needs. Homes for teens including pregnant teens and teen parents (teen parent/baby placements) are a priority in order to reduce the use of congregate care.

## Program Objectives:

The program objectives are to provide trauma informed and culturally competent placement resources via trained resource caregivers. Resource caregivers also serve as a mentor and support to the legal family. Anticipated outcomes for resource home care services are:

o   To provide children with protection, care, and a nurturing environment with certified Resource Parents which can include extended family members while a permanent plan can be established within a set time frame.
o   To focus on identifying strengths, developing protective capacities and building resiliency and adaptive coping skills.
o   To facilitate participation in service delivery and/or treatment provided by external resources so that healthy partnerships can be created and goals on the service plans can be archived.
o   To provide opportunities to strengthen and develop youth assets.
o   To promote social competency skills.
o   To ensure that youth is available for assigned court related appearances.
o   To collaborate with the CUA case manager, DHS and/or other team members in planning the transition into the next level of care which will ideally be family reunification.
o   To access medical, dental and behavioral health services as needed.
o   To provide support, including access to resources, to achieve academic and vocational goals.

## Program Overview:

**Resource Home (Foster Care and Kinship Care):** The primary goal of Resource Home Care is to support the safety, stability, permanency, and well-being needs of the child or youth and legal family. Resource

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

Parents provide general care and supervision for children and youth placed in their home. For CUA cases, the Provider focus is on supporting the Resource Parent while case management is provided by the CUA. For cases in which DHS also provides case management, the Provider delivers case management services and ongoing support to the parents and reunification resource. Whether providing services for a DHS case or a CUA case, the safety, stability, permanency, and well-being needs of the child or youth and legal family support includes developing a mentoring relationship with the legal family specifically in ways that foster positive family relationships and reunification. Resource caregivers are screened, trained, and certified by the Provider. In kinship care, the caregiver may also be an extended family member, friend, previous Resource Parent, or other professional who in the past has established a relationship with the child.

**General level resource care, including kinship:** Children and youth identified for this service category mostly demonstrate a moderate degree of behavioral, social, emotional, intellectual, and educational needs or issues. Service needs are compounded by normal placement adjustment issues. Routine care and supervision of the children and youth is manageable with some ongoing training and support from the Provider. Siblings are placed together whenever possible.

In addition:
o   Youth may require access to special education, or developmental or vocational services. This will be specified in either the FSP or the SCP depending on who is primarily responsible for case management functions (DHS or CUA).
o   The child's or youth's biological family requires support and to maintain their emotional bond with their children and to address identified safety issues and permanency goals.
o   Children and youth may require therapy or other therapeutic services provided by external resources as specified in either the FSP or the SCP, depending on who is primarily responsible for case management functions (either DHS or CUA).
o   Children and youth require routine health care or may have minor health or medical needs for which follow up care is to be provided.
o   The Provider agency staff or Resource Parents, or both participate in teaming meetings and development of SCP (CUA cases).

**Teen Parent/Baby Foster or Kinship Placement Services:** Teenage parents and their child who are identified for this service category demonstrate difficulty in behavioral, social, emotional, or intellectual development. The adolescent is not prepared to assume their current parental role. The child's legal family is typically not equipped to adequately address the adolescent needs.
This service includes:
o   General care of healthy infants or toddlers requiring routine care. The adolescent is physically healthy and requires routine care.
o   Neither the teen nor the child requires specially trained Resource Parents.
o   Parents or reunification resource, if different, requires support and to maintain their emotional bond with the teen and the teen's child and to address identified safety issues and permanency goals.

## Services:

**Referrals:**
The DHS Central Referral Unit and the DHS On-going Worker, the DHS Investigating Worker (if a newly accepted case), or CUA Case Manager (CUA CM) must share with the Provider pertinent information as required by the five county standards which include: medical consent form, Medical and Immunization Records, Universal referral, service plan, placement history, court disposition, Court Orders, educational records, birth certificate, and the name of the child's or youth's attorney.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

**Case Management:**

Case management will be provided either by the Provider (for DHS placements) or one of the CUA's (for CUA placements). The CUA Case Manager will visit the resource home at least once per month. For DHS placements, the Provider Case Manager will visit the home as required pursuant to DHS performance standards.

For CUA placements, the Provider offers support to the resource caregivers via a Provider Staff as defined earlier in this document. They may visit the resource caregiver as often as needed but at a minimum, once per quarter. They provide other supportive services to resource caregivers and act as a possible liaison to CUAs as needed.

For DHS placements, there is a Provider Case Manager assigned to the case.

Examples of relevant topics to be discussed with the DHS Worker or CUA Case Manager include:
o   Child's or youth's adjustment to the home.
o   Behavior management strategies.
o   Child's or youth's educational, medical, and behavioral health progress.
o   Resource Parent's ability to meet needs and assistance needed.
o   Relationship with parents and reunification resource, and quality of visits (if applicable).

Examples of relevant topics to be discussed with Case Manager (CUA or DHS) include:
o   Placement stability.
o   Relationship issues with the other children in the resource home.
o   Child's educational, medical, and behavioral health needs and proposed interventions.
o   Behavior management strategies utilized by the Resource Parents.
o   Relationship between Resource Parent and parents and reunification resource, if different and issues related to the resource caregiver as a mentor.
o   Clarification of the role of the CUA Case Manager.
o   Youth's interaction in the community and use of community resources.
o   Progress or lack of progression toward attainment of service plan goals.
o   Permanency planning.
o   Results of Like Skills Assessment and related planning to help youth develop life skills.
o   Provision of routine medical and dental care.
o   Supplemental services or needs.

All resource caregivers and the Provider must ensure that:
o   Three nourishing meals and additional snacks daily are provided and any special dietary needs or religious food restrictions are accommodated. Food is never to be withheld as a means of discipline.
o   Provide children and youth with new, age appropriate, and seasonal clothing. All clothing should be purchased new with the child or youth, when appropriate, having choice in the selection. Consignment shops may be used as long as all household members utilize this option. Foster children and youth are to be treated no differently. All clothing purchased is the property of the child or youth. Purchase of necessary clothing is never to be withheld as a means of discipline by Resource Parents.

All resource homes must and the Provider must ensure that:
o   The home is free of infestation, structural damage that poses an immediate threat to safety, lead (unless being treated), non-functioning utilities, fire or other health or safety hazards.
o   There must be a working land line phone within the residence.
o   The home meets all of the requirements of an approved adoptive placement. At the same time, Resource Parents must be willing to work with and mentor the reunification resource to ensure

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

that children and youth can reunify in a timely way.  If reunification is not feasible, Resource Parents must be willing to consider being a permanency resource for children and youth placed in their care.

More specifically resource homes must meet the following criteria:
o   All doors leading outside of the house are able to be locked or otherwise secured.
o   There are cribs for infants and beds for each child and youth.
o   There are working smoke detectors, fire extinguishers, and carbon monoxide detectors. Chemicals and drugs are stored properly away from children and youth.
o   Firearms are locked and ammunition is stored separately in a locked container.
o   Safe infant and toddler care, as applicable to the age of the children placed in the home including:
   •   Safe bathing and the use of bath water thermometers.
   •   Safe sleeping.
   •   Car seats appropriate to the age and weight of the children if the resource family owns or will transport children in a vehicle.
   •   Child proofing of the home and environment including stair gates, radiator covers, fireplace guards and other necessary safety devices including outlet covers.

The home must have and the Provider must ensure that there are the following resources:
o   Mobile Crisis number and contacting procedures.
o   Suicide Prevention Hotline number.
o   Poison Control number.
o   Smoke detectors and fire extinguishers.
o   Police Department number and contacting procedures.
o   Drug and Alcohol Intervention numbers and contacting procedures.
o   No smoking signs.

The Provider must complete an inspection of the above for all Resource Parents on a quarterly basis.

The Provider is responsible for offering training and related support to Resource Parents that includes the impact that trauma has on youth behaviors and functioning, ways to motivate positive behaviors of children and youth, and strategies on ways to manage child and youth behaviors and encourage positive behaviors in a manner that is not vindictive, abusive, or degrading.  For children and youth placed by CUA's, this support is provided to resource caregivers by Provider Staff.  The Provider recognizes that the interaction between a caring Resource Parent and the child or youth is an opportunity to help them recognize their inherent assets and strengths, and develop acceptable behaviors.  Such support assists children and youth in developing skills that promote their successful integration into the community.

Provider and Resource Parents are prohibited by both PA Regulation and DHS policy from using corporal punishment, threats or derogatory remarks, the depriving of meals, and the depriving of visits with parents or others, verbal abuse or any punitive, unusual, or unnecessary consequences for behaviors.

In deciding on an effective means of intervening during conflict, Resource Parents assess and ensure the following:
o   The child's or youth's ability to problem solve and social or emotional maturity.
o   There is open communication with the child or youth to understand reactions and feelings.
o   Set clear limits and guidelines for positive behavior and ensure they have been communicated effectively.
o   That expectations for improved behaviors are defined or explained so that youth can develop new skills and receive incentives for pro social or positive behaviors.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

If the Provider Staff (CUA cases) or Provider Case Manager (DHS cases) suspect that the disciplinary actions occurring in the foster home violate the Pennsylvania Child Protective Services Law, it is the mandated obligation of the Provider Staff to immediately report this incident to the Pennsylvania Child Abuse Hotline and to DHS. In some cases, the police and the District Attorney's Office may also be involved in investigating any alleged criminal actions. The State investigates these reports and determines if the incident is indicated or unfounded. State Foster Family Care Regulations mandate that the agency remove children and youth in situations where their safety is in question. Children and youth may require removal from the resource home while an investigation is taking place unless an acceptable plan of supervision can be put in place to ensure safety. This decision is made in conjunction with the Southeast Regional Office investigating the report, the CUA CM, if a CUA case and either the DHS Worker or the DHS Investigator assigned.

If the decision is made to allow the child or youth to remain in the home during or following an investigation, a written plan of supervision must be developed by the appropriate case management team. If the Resource Parent is placed on probation for this or any other reasons, no additional placements will be made in the Resource Parent's home during a probationary period or whenever the investigation is complete.

All placement moves must be legally approved by the Court or by agreement of all parties except in the case of emergencies. It is the case management's team responsibility to obtain Court authorization to move children or youth through the City of Philadelphia Law Department.

**Visitation:**
The frequency and duration of visits both with reunification resources, concurrent plan resources, and siblings must be as liberal as possible from the time of placement. Whenever possible, visitation should be weekly but parental and sibling visitation cannot be less than twice monthly unless otherwise prohibited or specified by Court. The visitation plan must be discussed and agreed upon. It must be accommodating to the schedules of the reunification resource, children, and youth and include weekends or evenings or both where needed.

For DHS placements, Provider Case Managers are responsible for visitation. For CUA placements, CUA's are responsible for visitation based on the SCP. Either Provider or CUA must ensure that children and youth have adequate resources and items provided by the Resource Parent to have successful visits. This may include a provision of transportation for the visitation, food, diapers, etc... to meet the child's needs.

Whenever children or youth are placed or re-placed, a visit must occur between the child or youth and the parent from whom they are removed as soon as possible and no later than two business days.

An introductory meeting between the Resource Parent or the Provider Staff and the parents must also occur within five business days of the placement or replacement. Resource Parents should communicate with the parents or other reunification resources regularly and at least monthly about the children or youth outside of regularly scheduled visits. Siblings are to be placed together whenever possible. When siblings are not able to be placed together, visits are to occur between the siblings bi-weekly, at a minimum, unless otherwise directed by Court Order.

Whenever possible visits must be:
o    In the home of the reunification resource unless there is a Court Order, clear documentation in the visitation plan, service plan or in a Structured Progress Note as to why this cannot occur. If other than the home of the reunification resource, visits must be in a family-like and family friendly visitation space that allows for normal parent-child interaction, ideally in the home of a relative or Resource Parent. If such home is not available, visits should occur at a community

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

location familiar to the child, youth, or parent (such as a recreation center, playground, or church). The option of last resort is a family-friendly area of the Provider's as the case manager or subcontractor for a CUA. In order to move from the best option in the hierarchy to a lower option, the higher option must be ruled out and the reasons for ruling it out must be clearly documented. When visits are not in the home, a progression plan for visits in the home must be considered at the service plan meetings and court hearings.

o   Supervised only if necessary, based on clear threats to the safety of children and youth or Court Order. Persons supervising visits must ensure safety, remain in line of sight and earshot, and provide unobtrusive constructive feedback and coaching on parenting.

o   Accommodating to the schedules of the reunification resource, children, and youth.

**Transportation:** Will be coordinated between all parties. Visits between parents and children and youth are critical to support and enhance the process of reaching the goals of reunification.

**Teaming:** For DHS cases, the Provider's Case Manager participates in DHS Family Service Plan (FSP) meetings and develops the Individual Service Plan (ISP). For CUA cases, Resource Parents or an agency representative, such as Provider Staff as defined earlier, or both will participate in teaming as needed. Information critical for decision making and planning will be shared with the CUA Case Manager prior to all teaming meetings.

**Court:**
For CUA, Provider Staff may be called upon to testify to safety or any other matters as providers currently are called upon. The Law Department will notify the CUA CM, and, if necessary, subpoena the provider. For DHS cases, the Provider Case Manager appears in court and provides safety testimony as well as family progress information to the Court.

**Placement Disruption:**
Providers and Resource Parents must give 30 days notice to DHS CRU regarding the need to remove a child or youth.

Whenever there appears or it is reported by either the child or youth or the Resource Parent that the placement is in danger of disruption or the Resource Parent gives 30 days notice, the Provider must notify CRU immediately. An email must be sent to DHS_CRU@phila.gov with the subject line to read: "30 Day Notice."

If a CUA case, the CUA CM is to be notified and a Placement Stability Conference must be requested. The Provider and Resource Parent must be invited and must participate in this conference. The focus of the conference is to determine whether there are additional supports that could be put into place to avoid the disruption.

If it is a DHS case, the Provider and DHS Worker and Supervisors must conference the case together to determine whether there are additional supports that could be put into place to avoid the disruption.

**Reporting:**
**High Profile Cases:**
In an effort to keep abreast of high profile cases, Child Welfare Operations Leadership is requiring that all Directors of all agencies report to the appropriate Operations Director (DHS Front End, DHS Permanency and Well-being Services, or DHS CUA) via telephone and email any high profile case that come to their attention. These high profile cases must be conferenced with the assigned chain of command, including the CUA Director, and then the Director determines if a CWO Management team meeting is needed. This is a collaborative effort between CWO Management and Support Centers to extend support and guidance to DHS Social Work Services and CUA staff in their decision-making.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

Criteria:
- o    Death of a child or youth involved with DHS or in a DHS involved household.
- o    Any missing child 12 years of age or under and active with DHS (committed to DHS or receiving in-home services).
- o    Any child or youth sexually abused while in care.
- o    Media report involving DHS cases or families.
- o    Any child or youth committed to DHS and hospitalized subsequent to injury (whether accidentally or intentionally injured).
- o    The arrest of a kin, Resource Parent, or any household member of a resource home, including any child or youth committed to the Department.
- o    Notification from any placement agency that a child or youth has been moved due to a report of abuse or neglect and the kin, Resource Parent, or household member is the alleged perpetrator.
- o    Any other type of incident as may be subsequently designated by the Department as High Profile.

Notification Procedure:
- o    The Provider must immediately notify the CUA Chain of Command until an in-person contact is made or through the CUA after hours mechanism.
- o    The CUA staff who is informed must notify the chain of command (up to Director level).
- o    Directors must immediately notify via telephone the Operations Director who has responsibility for their service and subsequently send an email notification within 24 hours to
  - ▪    Operations Director for Front End Services;
  - ▪    Operations Director for Permanency and Well-being Services;
  - ▪    Operations Director for Improving Outcomes for Children; and
  - ▪    Chief of Staff for the Deputy Commissioner.
- o    The CWO Deputy Commissioner will be contacted as needed. The CWO Deputy Commissioner notifies the Commissioner and other Executive Staff members as appropriate and always if the media is involved.
  - ▪    After hours notifications must be given to the Hotline Staff and Hotline Staff must immediately alert the Operations Director.

The above does not relieve any agency required to report incidents through HCSIS.

Information Sharing:
Routine information that emerges during or between visits such as a change in school functioning, relevant communication with a family member, emerging wellness concerns, or new legal family information that potentially changes goals or objectives identified in the FSP or SCP, whichever is applicable, must be reported to the DHS Worker or Supervisor (DHS case), or the CUA Case Manager or Supervisor (CUA case), during the same business week that the information becomes known.

Media Inquiries:
In the event that the Provider receives a media inquiry, the Provider must notify the CUA Director and DHS Communications Director. Staff are not permitted to comment or even acknowledge a case, but should direct such inquiries to the Department's Communications Director.

Megan's Law Requirements:
When a sexually violent predator from the National Megan's Law database lives or moves within 1000 feet of any of a Provider's resource home, the Provider receives an electronic notification from the Department. Upon receipt of this notification, the Provider must do the following:

DocuSign Envelope ID: 42fE54E1-f109-45FD-8478-27B82F8F845C

- o   Make a telephone call (within 24 hours of the electronic notification) to the resource home notifying the Resource Parent that a sexually violent predator lives within 1000 feet of the home.
- o   Visit the resource home within 48 hours and:
  - ▪   Review the Megan's Law Safety Plan with the Resource Parent and any youth 14 and older.
  - ▪   Have all parties sign the Megan's Law Notification and Safety Plan.
  - ▪   Provide a picture of the predator.
- o   Mail a copy of the signed Megan's Law Notification/Safety Plan or Receipt of Megan's Law Notification and Safety Plan to the DHS Ombudsman in care of the DHS Commissioner's Office:
      1515 Arch Street, 8th Floor
      Philadelphia, PA 19102
- o   Email the signed Megan's Law Notification and Safety Plan to the CUA Director of Quality Assurance for any child or youth residing in the facility.

**Foster Parent Registry**
Providers promptly provide information to the PA Foster Parent Registry regarding Resource Parent Caregiver status and changes in status between annual certification and re-certification time frames.

Providers must ensure current and updated copies of each Resource Caregivers Certificate of Compliance are provided to the Department and the CUA. Providers must upload Resource Home certification information and documentation to the Provider Licensure module of DHSConnect whenever Resource Caregivers are certified and whenever their certification status changes.

**Mentoring:**
The Resource Parent must play a role in facilitating reunification as described in the service plans. Primarily this will be based on the Resource Parents' capabilities to serve as a mentor to the legal family and assist legal family in strengthening parental capabilities, assisting with planned activities, modeling and fostering positive parent-child interaction.

*See also,* the DHS Performance Standards, DHS policy, and as appropriate, the IOC Practice and Fiscal Guidelines for relevant policy.

**Hours and location of work:**
The Provider must have 24 hours a day, 7 days a week accessibility.  For CUA cases, resource homes are located ideally in the CUA region.

**Emergency contact procedures are as follows:**
Departmental supervisory staff will provide emergency coverage on a rotational basis to ensure access to agency assistance and services outside of regular business hours for referrals from the Philadelphia Department of Human Services and Community Umbrella Agencies for the placement of children in appropriate foster homes and to respond to emergencies involving the children and families served by the program. The on call supervisor can be reached at 215-808-8656.

**The administrative office for the Provider is located at:**
Catholic Human Services
222 N. 17th Street
3rd floor
Philadelphia, PA 19103

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

Referrals are typically accepted during normal work hours although emergency placements are considered on a case by case basis.

**Staffing Structure:**
Attach Agency Organizational Chart and Program Organizational Chart.

**Technology requirements:**
Internet access to utilize DHSConnect.

**Funding restrictions:**
(Insert N/A or describe restrictions)

**The program is overseen by:**
Robert Montoro, MSW, Administrator

## Cover Page

| | |
|---|---|
| User: | UNKNOWN |
| Document: | UNKNOWN |
| Server: | C60-C70-7B51 |
| Time: | 08/03/2017 07:58:16 |
| Pages requested: | 11 |
| Sheet Size: | 8.5x11" LEF |
| Selected Page Range: | All |
| Number of Copies: | 1 |
| Number of Printed Sheets: | 11 |
| Status: | OK |

Notes 1:

Notes 2:

Instructions:

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C



CATHOLIC SOCIAL SERVICES
ARCHDIOCESE OF PHILADELPHIA
Organizational Structure

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C



# THE CITY OF PHILADELPHIA

# PROFESSIONAL SERVICES CONTRACT

# GENERAL PROVISIONS

# FOR

# DEPARTMENT OF HUMAN SERVICES CONTRACTS

Revision Date: June 2017

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

The City of Philadelphia
Professional Services Contract
Department of Human Services
General Provisions

## TABLE OF CONTENTS

TABLE OF CONTENTS ............................................................................................................. ii

ARTICLE I: DEFINITIONS ...................................................................................................... 9

| | | |
|---|---|---|
| 1.1 | ADA ................................................................................................. | 9 |
| 1.2 | Additional Services and Materials. .................................................. | 9 |
| 1.3 | Additional Term, Additional Terms ................................................. | 9 |
| 1.4 | Agency .............................................................................................. | 9 |
| 1.5 | Aggregate Actual Cost ...................................................................... | 9 |
| 1.6 | Appropriated Fiscal Year .................................................................. | 9 |
| 1.7 | Amendment ....................................................................................... | 9 |
| 1.8 | Applicable Law ................................................................................. | 9 |
| 1.9 | Applicant ........................................................................................... | 9 |
| 1.10 | CBES ................................................................................................. | 9 |
| 1.11 | Certification of Restrictions on Lobbying ........................................ | 10 |
| 1.12 | City .................................................................................................... | 10 |
| 1.13 | City Agency ...................................................................................... | 10 |
| 1.14 | City Council ...................................................................................... | 10 |
| 1.15 | City-Related Agency ......................................................................... | 10 |
| 1.16 | Code ................................................................................................... | 10 |
| 1.17 | Commissioner .................................................................................... | 10 |
| 1.18 | Commonwealth .................................................................................. | 10 |
| 1.19 | Community Behavioral Health .......................................................... | 10 |
| 1.20 | Consultant .......................................................................................... | 10 |
| 1.21 | Contract .............................................................................................. | 11 |
| 1.22 | Contract Cost Principles ................................................................... | 11 |
| 1.23 | Contract Documents .......................................................................... | 11 |
| 1.24 | Contributions ..................................................................................... | 11 |
| 1.25 | Community Umbrella Agency ........................................................... | 11 |
| 1.26 | CRU ................................................................................................... | 11 |
| 1.27 | CWO .................................................................................................. | 11 |
| 1.28 | CYD Policy Manual .......................................................................... | 11 |
| 1.29 | Department ......................................................................................... | 11 |
| 1.30 | Departmental and Administrative Policy Directives ......................... | 11 |
| 1.31 | Discharge Plan .................................................................................. | 11 |
| 1.32 | Discharge Summary ........................................................................... | 12 |
| 1.33 | EPSDT ............................................................................................... | 12 |
| 1.34 | Event of Default ................................................................................ | 12 |
| 1.35 | Event of Insolvency .......................................................................... | 12 |
| 1.36 | Exhaustion of Capacity ..................................................................... | 12 |
| 1.37 | Family Court ...................................................................................... | 12 |

DocuSign Envelope ID: 42TE54E1-1109-43FD-9476-27B82F8F845C

| | | |
|---|---|---|
| 1.38 | Financial Assistance | 12 |
| 1.39 | Fiscal Year | 12 |
| 1.40 | Form Authorizations | 13 |
| 1.41 | FSP | 13 |
| 1.42 | Functional Expenditure Report | 13 |
| 1.43 | General Provisions | 13 |
| 1.44 | HealthChoices | 13 |
| 1.45 | Improving Outcomes for Children | 13 |
| 1.46 | Independent Audit Report | 13 |
| 1.47 | Initial Term | 13 |
| 1.48 | Intent to Adopt | 13 |
| 1.49 | Interpretation; Number, Gender | 13 |
| 1.50 | ISP | 14 |
| 1.51 | JPO | 14 |
| 1.52 | Materials | 14 |
| 1.53 | Medical Assistance | 14 |
| 1.54 | Mental Health Procedures Act | 14 |
| 1.55 | Modification Notice | 14 |
| 1.56 | Non-Competitively Bid Contract | 14 |
| 1.57 | Out-of-Home Placement | 14 |
| 1.58 | PA DHS | 14 |
| 1.59 | Party; Parties | 15 |
| 1.60 | PBC | 15 |
| 1.61 | Person | 15 |
| 1.62 | Placement Amendment | 15 |
| 1.63 | Policy Transmittals and Guides | 15 |
| 1.64 | Professional Services Contract | 15 |
| 1.65 | Provider | 15 |
| 1.66 | Provider Agreement | 15 |
| 1.67 | Provisional | 15 |
| 1.68 | Referring Agency | 15 |
| 1.69 | Responsible Official | 15 |
| 1.70 | Santiago Consent Decree | 15 |
| 1.71 | Scope of Services | 15 |
| 1.72 | Services | 16 |
| 1.73 | Single Case Plan | 16 |
| 1.74 | Subcontract | 16 |
| 1.75 | Subcontractor | 16 |
| 1.76 | Subrecipient Audit Guide | 16 |
| 1.77 | Suspension Notice | 16 |
| 1.78 | Suspension Period | 16 |
| 1.79 | SWAN | 16 |
| 1.80 | Term | 16 |
| 1.81 | Termination Notice | 16 |
| 1.82 | Transition | 16 |
| 1.83 | Transition Notice | 16 |
| 1.84 | Total Actual Cost | 17 |

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

| | | |
|---|---|---|
| 1.85 | Vacancy. | 17 |
| ARTICLE II: TERM | | 17 |
| 2.1 | Initial Term. | 17 |
| 2.2 | Additional Terms. | 17 |
| ARTICLE III: PROVIDER'S DUTIES AND COVENANTS | | 17 |
| 3.1 | Performance Requirements | 17 |
| 3.2 | Compliance with Applicable Law | 17 |
| (a) | Title IV(e) of the Social Security Act ("Title IV(e)") and Adoption and Safe Families Act ("ASFA") Compliance. | 18 |
| (b) | Compliance with Title VI of the Civil Rights Act of 1964 | 18 |
| (c) | Compliance with the Prison Rape Elimination Act of 2003 | 19 |
| (d) | Fostering Connections To Success and Increasing Adoption Act of 2008 | 19 |
| (e) | Activities and Experiences for Children in Out-of-Home Placements Act of 2015.. | 19 |
| 3.3 | Additional Services and Materials; Change in Scope of Services. | 20 |
| 3.4 | Responsibility | 20 |
| 3.5 | Subcontracts | 22 |
| 3.6 | Conflict of Interest; Related Party Transactions | 25 |
| 3.7 | Relationship with the City or Family Court | 25 |
| 3.8 | Time Frame for Submissions | 25 |
| 3.9 | Prompt Payment by Provider | 26 |
| 3.10 | Sales and Use Tax | 26 |
| 3.11 | Adherence to Departmental Policy | 26 |
| 3.12 | Adoption License | 26 |
| 3.13 | Routine Transportation Costs | 27 |
| 3.14 | Family Visit Food Costs | 27 |
| 3.15 | Payments for Placement Services | 27 |
| 3.16 | EPSDT; Managed Care | 27 |
| 3.17 | Service Requirements | 28 |
| 3.18 | Web-Based Central Referral Unit (CRU) System Participation | 28 |
| 3.19 | Dependent Placement Referrals. | 28 |
| 3.20 | Referral Disputes | 28 |
| 3.21 | Rejection of Referral | 28 |
| 3.22 | Notice of Referral Acceptance or Rejection | 29 |
| 3.24 | Vacation, Holiday Placement | 29 |
| 3.25 | Adequate Clothing | 29 |
| 3.26 | Return of Medical Assistance Card | 29 |
| 3.27 | Service Reports | 29 |
| (a) | Progress Reports. | 29 |
| (b) | Placement Objectives; Adjustment Reports | 30 |
| (c) | Notice of Child's Location. | 30 |
| (d) | Copies of ISPs, Other Reports. | 31 |
| (e) | In Home Services and Foster Care Outcomes Requirements. | 31 |
| (f) | Compliance with Temporary Assistance for Needy Families ("TANF") Reporting Requirements. | 31 |
| (g) | Unusual Incident, Safety Alert and HCSIS Reports | 32 |
| (h) | Documentation of arrests of children/youth. | 32 |
| (i) | Documentation of restraints of children/youth. | 32 |

DocuSign Envelope ID: 421E54E1-1109-43FD-9478-27B82F8F845C

| | | | |
|---|---|---|---|
| 3.28 | | Transitional and Discharge Planning. | 32 |
| | (a) | Upon Agreement of the Parties | 33 |
| | (b) | Upon Request of Provider | 33 |
| | (c) | Delinquent Children | 33 |
| | (d) | Documentation of discharges of children/youth. | 34 |
| 3.29 | | Absence of Child | 34 |
| 3.30 | | Provider's Publications | 35 |
| 3.31 | | Certifications | 35 |
| 3.32 | | Child Death Review | 39 |
| 3.33 | | Foster Parent Agreements. | 39 |
| 3.34 | | Group Home Provision. | 40 |
| 3.35 | | Adoption and Permanent Legal Custodianship. | 40 |
| ARTICLE IV: PROVIDER'S REPRESENTATIONS AND COVENANTS | | | 40 |
| 4.1 | | Provider's Representations and Covenants | 40 |
| | (a) | Good Standing | 40 |
| | (b) | Authority to Act | 40 |
| | (c) | Legal Obligation | 41 |
| | (d) | No Litigation Preventing Performance | 41 |
| | (e) | Requisite Licensure and Qualifications | 41 |
| | (f) | No Adverse Interests | 42 |
| | (g) | No Indebtedness to the City | 42 |
| | (h) | Commercial Activity License | 43 |
| | (i) | Subcontractor Licensure; No Indebtedness to the City | 43 |
| | (j) | Non-Suspension; Debarment | 43 |
| | (k) | Prohibiting Religious Activities | 43 |
| | (l) | Non-Lobbying Certification. | 44 |
| 4.2 | | Notice of Change | 44 |
| ARTICLE V: SERVICE REQUIREMENTS | | | 45 |
| 5.1 | | Scope of Services. | 45 |
| 5.2 | | Placement and Referral Process | 45 |
| | (a) | Eligibility for Services | 45 |
| | (b) | Referral Process | 45 |
| | (c) | Residential Treatment Facility Placement | 46 |
| | (d) | Emergency Shelter Placement | 46 |
| | (e) | Availability of Placement Providers | 46 |
| | (f) | Information Sharing Following Acceptance for Placement. | 46 |
| | (g) | Information Sharing in Emergency Out-of-Home Placement Cases | 46 |
| | (h) | Collaborative Planning | 47 |
| | (i) | Clothing. | 47 |
| | (j) | Life skills training for children in placement | 47 |
| 5.3 | | Medical and Dental Costs | 48 |
| | (a) | Responsibility for Payment. | 48 |
| | (b) | Medical Assistance | 48 |
| | (c) | Limits of the City's Responsibility | 48 |
| | (d) | Elective Services | 49 |
| 5.4 | | Change in Laws. | 49 |
| 5.5 | | Right of Review and Rejection | 49 |

DocuSign Envelope ID: 421E34E1-1109-43FD-9476-27B82F8F845C

ARTICLE VI: COMPENSATION ............................................................................ 49
6.1     Requisite Documents ................................................................................. 49
6.2     Certification of Available Funds ............................................................... 49
6.3     Unavailability of Funds ............................................................................. 49
6.4     Crossing Fiscal Years ............................................................................... 50
6.5     Allowability of Cost Items ........................................................................ 50
6.6     Advances ................................................................................................... 50
6.7     Income From Contract Funds .................................................................... 51
6.8     Monitoring of Fund Utilization .................................................................. 51
6.9     Maximum Daily Rate, Days of Care or Units of Service (or combination thereof) ........ 51
6.10    Total Actual Cost ...................................................................................... 51
6.11    Excess Compensation ............................................................................... 52
6.12    Unpaid Amounts ....................................................................................... 52
6.13    Invoices ..................................................................................................... 52
6.14    Golden Parachute Agreements .................................................................. 53
6.15    Indirect Rate Requests .............................................................................. 53
6.16    Timely Payment From Pennsylvania State Funds ...................................... 53
ARTICLE VII: AUDITS; INSPECTION RIGHTS; RECORDS ................................. 53
7.1     City Audit .................................................................................................. 53
7.2     Inspection .................................................................................................. 54
7.3     Availability of Records ............................................................................. 54
7.4     Retention of Records ................................................................................. 54
7.5     Independent Audit ..................................................................................... 54
7.6     Compliance Audit Reports ........................................................................ 57
7.7     Program Records; Reporting Costs ............................................................ 57
    (a)     Reports Concerning Provider's Costs ................................................ 57
    (b)     Purchase Category ............................................................................. 58
    (c)     Unallowable Costs; Third Party Funds .............................................. 58
7.8     Audits Pursuant to Section 6-400 of the Home Rule Charter ...................... 59
ARTICLE VIII: ASSIGNMENT ............................................................................... 59
8.1     Assignment By Provider ............................................................................ 59
8.2     Applicability in Case of Bankruptcy or Insolvency ................................... 59
8.3     Personal Services ...................................................................................... 60
ARTICLE IX: INDEPENDENT CONTRACTOR; INDEMNIFICATION;   LITIGATION
              COOPERATION ...................................................................................... 60
9.1     Independent Contractor ............................................................................. 60
9.2     Indemnification ......................................................................................... 60
9.3     Litigation Cooperation .............................................................................. 60
9.4     Notice of Claims ....................................................................................... 60
ARTICLE X: INSURANCE ....................................................................................... 61
10.1    Insurance ................................................................................................... 61
    (a)     Workers' Compensation and Employers' Liability ............................. 61
    (b)     General Liability Insurance ................................................................ 61
    (c)     Automobile Liability Insurance ......................................................... 62
    (d)     Professional Liability Insurance ........................................................ 62
10.2    Self-Insurance ........................................................................................... 62
10.3    Evidence of Insurance Coverage ............................................................... 63

DocuSign Envelope ID: 421E54E1-1109-43FD-9478-27B82F8F845C

| | | |
|---|---|---|
| 10.4 | Fidelity Bond | 64 |
| ARTICLE XI: OWNERSHIP OF MATERIALS; PROPRIETARY INFORMATION; CONFIDENTIALITY | | 64 |
| 11.1 | City Data | 64 |
| 11.2 | Ownership of Materials | 64 |
| 11.3 | Non-Disclosure and Destruction of Data | 66 |
| ARTICLE XII: EVENTS OF DEFAULT | | 66 |
| 12.1 | Events of Default | 66 |
| 12.2 | Notice and Cure | 67 |
| ARTICLE XIII: REMEDIES | | 67 |
| 13.1 | The City's Remedies | 67 |
| 13.2 | Concurrent Pursuit of Remedies; No Waiver | 69 |
| ARTICLE XIV: TRANSITION, TERMINATION AND SUSPENSION | | 69 |
| 14.1 | Transition | 69 |
| 14.2 | Termination or Suspension | 69 |
| 14.3 | Provider Responsibilities Upon Transition, Termination or Suspension | 69 |
| 14.4 | Payment of Provider upon Transition, Termination or Suspension | 70 |
| 14.5 | Special Suspension Rules | 71 |
| ARTICLE XV: ADDITONAL REPRESENTATIONS AND COVENANTS OF PROVIDER RELATING TO CERTAIN APPLICABLE LAWS | | 71 |
| 15.1 | Non-Discrimination; Fair Practices | 71 |
| 15.2 | Chapter 17-400 of the Philadelphia Code: Exclusionary Private Organizations | 72 |
| 15.3 | Executive Order 03-12: Minority, Woman and Disabled Business Enterprise Participation | 72 |
| 15.4 | Federal Laws | 75 |
| 15.5 | Americans With Disabilities Act | 75 |
| 15.6 | Northern Ireland | 76 |
| 15.7 | Limited English Proficiency | 76 |
| 15.8 | Business, Corporate and Slavery Era Insurance Disclosure | 77 |
| 15.9 | Protected Health Information | 77 |
| 15.10 | Chapter 17-1300 of The Philadelphia Code: Philadelphia 21st Century Minimum Wage and Benefits Standard | 78 |
| 15.11 | Chapter 17-1400 of the Philadelphia Code: Contributions and Other Mandatory Disclosures | 81 |
| 15.12 | Executive Order 10-16: Gifts | 84 |
| 15.13 | Chapter 17-1900 of the Philadelphia Code: Equal Benefits Ordinance | 85 |
| ARTICLE XVI: MISCELLANEOUS | | 86 |
| 16.1 | Governing Law | 86 |
| 16.2 | Amendments; Waiver | 86 |
| 16.3 | Integration | 86 |
| 16.4 | No Joint Venture | 86 |
| 16.5 | No Third Party Beneficiaries | 86 |
| 16.6 | Counterparts | 87 |
| 16.7 | Severability and Partial Invalidity | 87 |
| 16.8 | Survival | 87 |
| 16.9 | Determination of Disputes | 87 |
| 16.10 | Interpretation; Order of Precedence | 87 |

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

16.11    Headings .......................................................................................... 87
16.12    Statutory and other Citations ........................................................ 88
16.13    Days .................................................................................................. 88
16.14    Forum Selection Clause; Consent to Jurisdiction ........................ 88
16.15    Waiver of Jury Trial ....................................................................... 88
16.16    Notices ............................................................................................. 88
16.17    E-signatures ..................................................................................... 89
(a)      Technology Changes ....................................................................... 89
(b)      Electronic Submissions ................................................................... 89
(c)      Breach .............................................................................................. 89

DocuSign Envelope ID: 1E1E6121-F1CC-4670-D-6476-27D02I of 846C

The City of Philadelphia
Professional Services Contract
Department of Human Services
General Provisions

# GENERAL PROVISIONS

## ARTICLE I:  DEFINITIONS

1.1   **ADA.**  "ADA" shall have the meaning set forth in Section 15.5 (Americans with Disabilities Act) below.

1.2   **Additional Services and Materials.**  "Additional Services and Materials" shall have the meaning set forth in Section 3.3 (Additional Services and Materials; Change in Scope of Services) below.

1.3   **Additional Term, Additional Terms.**  "Additional Term" and "Additional Terms" shall have the meanings set forth in Section 2.2 (Additional Terms) below.

1.4   **Agency.**  "Agency" shall have the meaning set forth in Section 7.8 (Audits Pursuant to Section 6-400 of the Home Rule Charter) below.

1.5   **Aggregate Actual Cost.**  "Aggregate Actual Cost" means the sum of all Total Actual Costs incurred by Provider in provision of the Services.

1.6   **Appropriated Fiscal Year.**  "Appropriated Fiscal Year" shall have the meaning set forth in Section 6.4 (Crossing Fiscal Years) below.

1.7   **Amendment.**  "Amendment" means (a) a written modification or change to any Contract Document signed by both Parties, and (b) a Modification Notice (see Section 6.9 Maximum Daily Rate, Days of Care or Units of Service (or combination thereof) below).

1.8   **Applicable Law.**  "Applicable Law" means all applicable present and future federal, state or local laws, ordinances, executive orders, rules, regulations and all court orders, injunctions, decrees and other official interpretations thereof of any federal, state or local court, administrative agency or governmental body, including the City, the Commonwealth and the United States of America. Applicable Law includes, without limitation, the Philadelphia Home Rule Charter, the Philadelphia Code, the Pennsylvania Code, and the specific laws set forth in Article XV (Additional Covenants of Provider Relating to Certain Applicable Laws) below, each as amended from time to time.

1.9   **Applicant.**  "Applicant" has the meaning as set forth in Subsection 17-1401(1) of The Philadelphia Code, as it may be amended from time to time. As of June 2012, that definition was "[a] Person who has filed an application to be awarded a Non-Competitively Bid Contract."

1.10   **CBES.**  "CBES" means Community Based Emergency Shelter, an emergency placement facility for delinquent or alleged delinquent youth.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

1.11    **Certification of Restrictions on Lobbying.** "Certification of Restrictions on Lobbying," if required in the Provider Agreement, means a certificate in the form attached to the Provider Agreement.

1.12    **City.** The "City" means The City of Philadelphia, a corporation and body politic existing under the laws of the Commonwealth of Pennsylvania, and includes its various executive and administrative departments, agencies, boards and commissions, including the Department, and its legislature, City Council (defined below). The City is a City of the First Class under the laws of the Commonwealth of Pennsylvania.

1.13    **City Agency.** "City Agency" has the meaning as set forth in Subsection 17-1401(5) of The Philadelphia Code, as it may be amended from time to time. As of June 2012, that definition was "[a]ny office, department, board, commission or other agency of the City of Philadelphia."

1.14    **City Council.** "City Council" means the Council of The City of Philadelphia, as described in Article II of the Philadelphia Home Rule Charter, as it may be amended from time to time. City Council is the legislature of the City.

1.15    **City-Related Agency.** "City-Related Agency" has the meaning set forth in Subsection 17-1401(9) of The Philadelphia Code, as it may be amended from time to time. As of June 2012, that definition was "[a]ll authorities and quasi-public corporations which either: receive appropriations from the City, have entered into continuing contractual or cooperative relationships with the City, or operate under legal authority granted to them by City ordinance."

1.16    **Code.** The "Code" unless otherwise specified shall mean the Philadelphia Code, as it may be amended from time to time.

1.17    **Commissioner.** "Commissioner" means the Commissioner of the Department of Human Services of the City.

1.18    **Commonwealth.** "Commonwealth" means the Commonwealth of Pennsylvania.

1.19    **Community Behavioral Health.** "Community Behavioral Health" or "CBH" means Community Behavioral Health, a Pennsylvania nonprofit corporation incorporated for the purpose of helping to ensure that Philadelphians with mental health and substance abuse needs receive the most appropriate and effective treatment in the least restrictive and most cost effective setting.

1.20    **Consultant.** "Consultant" has the meaning set forth in Subsection 17-1401(6) of The Philadelphia Code, as it may be amended from time to time. As of June 2012, that definition was "[a]ny Person used by Provider to assist in obtaining a Non-Competitively Bid Contract through direct or indirect communication by such Person with any City Agency or any City officer or employee, if the communication is undertaken by such Person in exchange for, or with the understanding of receiving, payment from Provider or any other Person; provided, however, that "Consultant" shall not include a full-time employee of Provider."

DocuSign Envelope ID: 42TLJ4L1-1T05-43FD-9476-27B6ZF8F845C

1.21   **Contract**. The "Contract" means the agreement of the Parties evidenced by the Contract Documents. References to this "Contract" shall mean this Contract as the same may be in effect at the time such reference becomes operative.

1.22   **Contract Cost Principles**. The "Contract Cost Principles" means the "City of Philadelphia Contract Cost Principles and Guidelines," as it may be amended from time to time, which specifies the Department's guidelines for the qualitative and quantitative evaluation of contract services and materials, the determination of allowable costs, and the standards to determine the allowability of individual cost items. (Copies are available from the Department upon request.)

1.23   **Contract Documents**. The "Contract Documents" means these General Provisions, the Provider Agreement, the Limited License Agreement for the Cross Agency Response for Effective Services (CARES) (where applicable) and any and all other documents or exhibits incorporated by reference in either the General Provisions or the Provider Agreement, and any and all Amendments to any of these documents.

1.24   **Contributions**. "Contributions" shall have the meaning set forth in the Pennsylvania Election Code, 25 P.S. Section 3241.

1.25   **Community Umbrella Agency.** "Community Umbrella Agency" or "CUA" means an agency located in a defined geographic area that provides a continuum of services to children and youth at risk of abuse, neglect, or delinquency, as further described in the Scope of Services.

1.26   **CRU**. "CRU" means Central Referral Unit.

1.27   **CWO.** "CWO" means Child Welfare Operations of the Department. CWO was formerly known as the Children and Youth Division ("CYD").

1.28   **CYD Policy Manual**. "CYD Policy Manual" (formerly the Operations Manual ) means the document and its revisions which contains all the policies of the Department's Child Welfare Operations.

1.29   **Department**. The "Department" or "DHS" means the Department of Human Services of the City.

1.30   **Departmental and Administrative Policy Directives**. "Departmental and Administrative Policy Directives" means those policy or procedural directives regarding programs and operations of the various divisions of the Department that are issued to Providers by the Commissioner or the Commissioner's designee which may include, but is not limited to, Deputy Commisioners, Policy and Planning, and Provider Relations and Evaluations of Programs (PREP). .

1.31   **Discharge Plan**. "Discharge Plan" means the document submitted by Provider to the Department upon discharge of a child from Provider's agency. The Discharge Plan outlines the Services Provider has provided to the child and the child's family, the effectiveness of those Services, and any additional services recommended by Provider.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

1.32   **Discharge Summary.** "Discharge Summary" means a description of the Services provided to a child and the child's family by Provider, and a statement of the reasons for the child's discharge.

1.33   **EPSDT.** "EPSDT" means Early and Periodic Screening, Diagnosis and Treatment, a Pennsylvania Medical Assistance program initiative providing medical services to children aged 0-21 years.

1.34   **Event of Default.** "Event of Default" means those events defined and identified in Section 12.1 (Events of Default) of these General Provisions.

1.35   **Event of Insolvency.** "Event of Insolvency" means (a) the filing of a voluntary petition by Provider under the Federal Bankruptcy Code or any similar state or federal law; or (b) the filing of an involuntary petition against Provider under the Federal Bankruptcy Code or any similar state or federal law which remains undismissed for a period of forty-five (45) days; or (c) Provider's making of an assignment for the benefit of creditors; or (d) the appointment of a receiver for Provider or for the property or assets of Provider, if such appointment is not vacated within forty-five (45) days thereafter; or (e) any other proceeding under any bankruptcy or insolvency law or liquidation law, voluntary or otherwise; or (f) Provider's inability to pay its obligations as they mature; or (g) Provider's insolvency as otherwise defined under any Applicable Law.

1.36   **Exhaustion of Capacity.** "Exhaustion of capacity" means the utilization of all of the Service capacity (whether beds in the case of out-of-home placement, or units or slots of Service in the case of non-placement), of Provider.

1.37   **Family Court.** "Family Court" means that judicial division of the Court of Common Pleas for Philadelphia County with original jurisdiction over all matters pertaining to dependent and delinquent children.

1.38   **Financial Assistance.** "Financial Assistance" has the meaning set forth in Section 17-1401(16) of The Philadelphia Code, as it may be amended from time to time. As of June 2012, that definition was "[a]ny grant, loan, tax incentive, bond financing subsidy for land purchase or otherwise, or other form of assistance that is realized by or provided to a Person in the amount of fifty thousand dollars ($50,000) or more through the authority or approval of the City, including, but not limited to, Tax Increment Financing (TIF) aid, industrial development bonds, use of the power of eminent domain, Community Development Block Grant (CDBG) aid or loans, airport revenue bonds, and Enterprise Zone or similar economic development zone designations (such as Keystone Opportunity Zones, Keystone Opportunity Expansion Zones, Keystone Opportunity Improvement Zones, and Economic Development District Zones), but not including any assistance to which a Person is entitled under a law enacted before the Person applied for or requested such assistance."

1.39   **Fiscal Year.** "Fiscal Year" means the fiscal year of the City, which commences on July 1 of each calendar year and expires on June 30 of the next succeeding calendar year.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

1.40 **Form Authorizations.** "Form Authorizations" means the "CRU Fax Cover Transmittal Sheet for Referral and Service Authorization" and "DHS After-Hours Fax Cover Transmittal Sheet for Referral and Service Authorization." The authorization forms will provide the Provider with the required documentation of proof or authorization to provide services to a child prior to accepting the child for service. Once the Fax Sheet has been received, Provider cannot make further requests for this form or for a Form 85-29 printout.

1.41 **FSP.** "FSP" means Family Service Plan, the document prepared by the Department which outlines those Services required for the family of the child or children committed to, or under the supervision of, the Department.

1.42 **Functional Expenditure Report.** "Functional Expenditure Report" means a report required by Subrecipient Audit Guide.

1.43 **General Provisions.** "General Provisions" means these "The City of Philadelphia Professional Services Contract General Provisions for Department of Human Service Contracts," which contains the standard provisions required by the City in its professional services contracts for the Department of Human Services, and any exhibits identified in these General Provisions.

1.44 **HealthChoices.** "HealthChoices" means the program operating under a waiver from the Centers for Medicare and Medicaid Services (formerly Health Care Financing Administration) pursuant to Section 1915(b) of the Social Security Act, 42 U.S.C. 1396(n), to provide mandatory managed health care to Medical Assistance recipients in Bucks, Chester, Delaware, Montgomery and Philadelphia Counties.

1.45 **Improving Outcomes for Children.** "Improving Outcomes for Children" or "IOC" means the City's multi-year reform plan to create a single case management system with distinct and well-defined roles for both DHS and Provider agencies.

1.46 **Independent Audit Report.** "Independent Audit Report" means a report prepared by a Certified Public Accountant who, pursuant to AICPA Professional Standards, is not (a) a member of the board of Provider, (b) an officer or employee of Provider, or (c) a partner, director, officer or employee of a partnership, corporation or association who is a member of the board of Provider, or a director, officer or employee of Provider.

1.47 **Initial Term.** "Initial Term" shall have the meaning set forth in Section 2.1 (Initial Term) below.

1.48 **Intent to Adopt.** "Intent to Adopt" means that report which is required by the Adoption Act (23 Pa. C.S. § 2531), to be filed with the Court of Common Pleas by the person or persons intending to adopt a child, confirming said person or persons' intent to adopt.

1.49 **Interpretation; Number, Gender.** The words "herein" "hereof" and "hereunder" and other words of similar import refer to this Contract as a whole, including the all of the Contract Documents, and not to any particular article, section, subsection or clause contained in the Contract Documents. Whenever the

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

context requires, words used in the singular shall be construed to include the plural and vice versa, and pronouns of any gender shall be deemed to include the masculine, feminine and neutral genders.

1.50  **ISP.**  "ISP" means the Individual Service Plan, that document prepared by Provider in accordance with the FSP, which identifies the specific Services Provider will render to the child and the child's family.

1.51  **JPO.** "JPO" means the Juvenile Probation Officer.

1.52  **Materials.**  "Materials" means any and all reports, records, documents, documentation, information, supplies, plans, original drawings, specifications, computations, sketches, renderings, arrangements, videos, pamphlets, advertisements, statistics, and other data, computer tapes, computer software, and other tangible work product or materials prepared or developed by Provider in connection with the Services, or for Provider by a Subcontractor in connection with the Services, and supplied to the City by Provider or its Subcontractor pursuant to this Contract.

1.53  **Medical Assistance.** "Medical Assistance" or "MA" means that program authorized under Article IV(f) of the Public Welfare Code, which is administered in accordance with Title XIX of the Social Security Act (42 U.S.C. §1396), and the regulations from time to time promulgated thereunder, to provide for specific medically necessary medical services and items furnished to eligible recipients by approved providers enrolled in the program.

1.54  **Mental Health Procedures Act.**  "Mental Health Procedures Act" means the law, codified at 50 P.S. §§7101-7503, as it may be amended from time to time, which governs the procedures for voluntary and involuntary mental health treatment in the Commonwealth of Pennsylvania.

1.55  **Modification Notice.**  "Modification Notice" means written notice from the City to Provider that informs Provider of the City's intent to modify the maximum daily rate, number of days of care or units of Services under this Contract.  The Modification Notice operates as an amendment to this Contract.

1.56  **Non-Competitively Bid Contract.**  "Non-Competitively Bid Contract" has the meaning set forth in Section 17-1401(12) of The Philadelphia Code, as it may be amended from time to time. As of June 2012, that definition was "[a] contract for the purchase of goods or services to which the City or a City Agency is a party that is not subject to the lowest responsible bidder requirements of Section 8-200 of the Charter, including, but not limited to, a Professional Services Contract, and any renewal of such a contract (other than a renewal term pursuant to an option to renew contained in an executed contract)."

1.57  **Out-of-Home Placement.**  "Out-of-Home Placement" means those Services that involve placement of a child outside of the child's home, including, without limitation, placement in a foster care home, a group home, a residential treatment facility, or any similar placement setting.

1.58  **PA DHS.**  "PA DHS" means the Commonwealth Department of Human Services.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

1.59 **Party; Parties.** A "Party" means either the City or Provider; the "Parties" means the City and Provider.

1.60 **PBC.** "PBC" or "Performance Based Contract" means a contract model that incentivizes performance and ties Provider's payment and contract renewal to performance outcomes.

1.61 **Person.** "Person" means any individual, sole proprietorship, association, company, firm, partnership, limited partnership, joint venture, corporation, limited liability company or other form of entity or association recognized by law.

1.62 **Placement Amendment.** "Placement Amendment" means that document which is a part of the FSP, and which identifies those Services that are required for a child who is placed outside of his or her home.

1.63 **Policy Transmittals and Guides.** "Policy Transmittals and Guides" means those notifications to Providers of changes in Departmental policies or procedures in the of the Department that are issued on an interim or emergency basis.

1.64 **Professional Services Contract.** "Professional Services Contract" has the meaning set forth in Section 17-1401(15) of The Philadelphia Code, as it may be amended from time to time. As of June 2012, that definition was "[a] contract to which the City or a City Agency is a party that is not subject to the lowest competitive bidding requirements of Section 8-200 of the Charter because it involves the rendition of professional services, including any renewal of such a contract (other than a renewal term pursuant to an option to renew contained in an executed contract)."

1.65 **Provider.** "Provider" means the Person providing Services and Materials to the City as defined in the heading of the Provider Agreement.

1.66 **Provider Agreement.** The "Provider Agreement" means the instrument, part of the Contract Documents, which sets forth the terms, covenants and conditions specific to Provider's engagement by the City to provide the Services and Materials under this Contract.

1.67 **Provisional.** "Provisional" means conditional, pending confirmation or validation.

1.68 **Referring Agency.** "Referring Agency" means the Department.

1.69 **Responsible Official.** The "Responsible Official" means the director, commissioner or other head of the Department.

1.70 **Santiago Consent Decree.** "Santiago Consent Decree" means the Third Amended Stipulation and Order, dated January 21, 1988, amending Santiago, et al. v. City of Philadelphia et al. (C.A. No. 74-2589, E.D. Pa.), a consent decree, and requiring the Department to maintain the population at the Philadelphia Juvenile Justice Services Center at a maximum of one hundred five (105) youth.

1.71 **Scope of Services.** "Scope of Services" means the document(s) incorporated by reference and/or the document(s) attached as an exhibit (or as exhibits) to the

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

Provider Agreement, which set(s) forth the Services to be rendered and Materials to be provided under this Contract, the time frames within which the Services are to be rendered and the Materials are to be provided, and other certain requirements Provider must satisfy in rendering the Services and providing the Materials.

1.72   **Services.**  "Services" means the work to be performed under this Contract as specified in the Provider Agreement.

1.73   **Single Case Plan.**  "Single Case Plan" means a coordinated plan developed as set forth in the Scope of Services, as it may be modified and revised from time to time.

1.74   **Subcontract.**  "Subcontract" means a contract made between Provider and a Subcontractor providing for the completion of some part or parts of the Services or Materials by a Subcontractor.

1.75   **Subcontractor.**  "Subcontractor" means a Person performing under a contract with Provider some part of the Services or Materials. It includes a Person performing some part of the Services or Materials under contract with another Subcontractor at any tier.

1.76   **Subrecipient Audit Guide.**  "Subrecipient Audit Guide" means the document entitled City of Philadelphia Subrecipient Audit Guide, which specifies the City's audit requirements, as amended from time to time.  (Copies are available in the Office of the Director of Finance of the City.)

1.77   **Suspension Notice.**  "Suspension Notice" means a written notice from the City to Provider pursuant to Section 14.2 (Termination or Suspension) below suspending Provider's performance under this Contract.

1.78   **Suspension Period.**  "Suspension Period" means the period designated by the City in a Suspension Notice during which the City has suspended Provider's performance under this Contract.

1.79   **SWAN.**  "SWAN" means the State Wide Adoption Network, a state wide adoption system which is administered by the Pennsylvania Council of Childrens' Services under contract with PA DHS.

1.80   **Term.**  "Term" has the meaning set forth in Section 2.1 (Initial Term) of the Provider Agreement.

1.81   **Termination Notice.**  "Termination Notice" means a written notice from the City to Provider terminating this Contract.

1.82   **Transition.**  "Transition" means the planned progression and transfer of Services and Materials from Provider's Contract to either another provider or another contract with the same Provider.

1.83   **Transition Notice.**  "Transition Notice" means means a written notice from the City to Provider evidencing the City's intent to transition the Services and Materials to be provided under this Contract to another.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

1.84   **Total Actual Cost.** "Total Actual Cost" means the sum of all allowable expenses incurred by Provider in the provision of a particular Service under the Contract.

1.85   **Vacancy.** "Vacancy" means the existence of an available bed in a placement program, or an available service unit or slot in a non-placement program.


## ARTICLE II:   TERM


2.1   **Initial Term.** The initial term ("Initial Term") of this Contract is set forth in the Provider Agreement.   In no event shall the Initial Term exceed one (1) year.

2.2   **Additional Terms.** The City may, at its sole option, amend this Contract to add on an annual basis up to three (3) successive one (1) year terms ("Additional Terms"), unless any shorter term (or terms) is specified in the Provider Agreement.   Unless otherwise stated in the Provider Agreement, the same terms and conditions applicable in the Initial Term shall be applicable in the Additional Term(s).   The City shall give Provider thirty (30) days written notice of its intent to amend this Contract to add an Additional Term prior to each annual Additional Term.   Each Additional Term shall be subject to appropriation of funds by City Council for such Additional Term.   There shall be no liability or penalty to the City for electing not to amend the term of this Contract to add Additional Terms. Each Additional Term of this Contract shall be deemed to constitute a separate contract, whose term shall not exceed one (1) year.


## ARTICLE III:   PROVIDER'S DUTIES AND COVENANTS


3.1   **Performance Requirements.** Provider shall provide all Services and Materials in accordance with this Contract and applicable professional standards.   All payments to Provider are contingent upon satisfactory performance of the terms and conditions set forth in this Contract, as determined by the Commissioner in his or her sole discretion.

3.2   **Compliance with Applicable Law.** Provider shall comply with the requirements of all Applicable Law with respect to Provider's activities, Services, Materials and facilities used in connection with any aspect of this Contract, whether or not such Applicable Law is specifically identified by name in this Contract.   Provider shall inform the Commissioner, in writing, of any notices of violations of any Applicable Law within forty-eight (48) hours of Provider's receipt thereof, and shall correct any violations within the time prescribed by law, or immediately in the case of any emergency. In the case of out-of-state placements, the regulations of the licensing state and municipality, if any, shall apply except when such regulations are in conflict with PA DHS or City policies governing the

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

maintenance and care of children in its custody, in which case the more stringent standard shall apply.

(a)  **Title IV(e) of the Social Security Act ("Title IV(e)") and Adoption and Safe Families Act ("ASFA") Compliance.**  In compliance with the requirements of Title IV(e), ASFA, and corresponding Commonwealth of Pennsylvania law, Provider agrees to do the following:

(1)  Assure and document the safety of each child for every face to face contact.

(2)  If unsafe conditions exist, notify the Department of Human Services, immediately, and document the steps taken to remedy the unsafe conditions.

(3)  Provide timely outreach and services to families in accordance with the Family Service Plan.

(4)  Utilize a concurrent planning process while other possible permanentalternatives, including a primary goal of reunification, are being explored.

(5)  Document reasonable efforts exercised by Provider to accomplish the Family Service Plan goals and objectives.

(6)  Document and notify the Department when the parent(s) fail(s) to maintain substantial and continuing contact with their children.

(7)  Document and notify the Department, when there exists, or Provider believes there exists, compelling reasons not to file a petition to terminate parental rights of a child who has been in placement fifteen (15) of the previous twenty-two (22) months.

(8)  Document and notify the Department, when there exists, or Provider believes there exists, aggravated circumstances (as defined by the the Juvenile Act, 42 Pa.C.S.A. 6301 et seq.).

(b)  **Compliance with Title VI of the Civil Rights Act of 1964.**  The Department, as a recipient of federal funding from the federal Department of Health and Human Services, is bound by Title VI of the 1964 Civil Rights Act and its implementing regulations to take reasonable steps to provide meaningful access to its programs and activities by its language minority populations.  In keeping with this mandate, the Mayor of Philadelphia has issued Executive Order "Access to Federally Funded City Programs and Activities for Individuals with Limited English Proficiency" dated September 29, 2001 requiring that reasonable steps be taken to ensure that all citizens of the City of Philadelphia have access to programs and activities without regard to English proficiency.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

Provider agrees to cooperate fully with the Department in its efforts to achieve full compliance with this mandate. Provider will assess the level of services provided to clients with limited English proficiency, report those findings to the Department within the timeframe and in the format requested; and, to take any additional actions that may be requested by the Department from time to time to ensure compliance with Title VI.

(c) **Compliance with the Prison Rape Elimination Act of 2003 (PREA) PL 108–79, 42 U.S.C. Chapter 147 §§15601--15609.** Provider agrees that if it is providing services to delinquent children, children held pursuant to a delinquent petition, or services relating to the confinement of children in any way then the Provider shall be obligated to comply with the Prison Rape Elimination Act of 2003 and all related standards as they may be amended from time to time.

(d) **Fostering Connections To Success and Increasing Adoption Act of 2008.** Provider shall collect and provide appropriate documentation at a minimum of every six (6) months that all youth turning eighteen (18) years old are notified of the right to remain in care or right to re-enter care until twenty-one (21) years old if they continue to meet the definition of "child" under the Juvenile Act and the court grants their request.

(e) **Activities and Experiences for Children in Out-of-Home Placements Act of 2015.** Provider shall comply will all requirements of the Activities and Experiences for Children in Out-of-Home Placements Act, including, without limitation, the reasonable and prudent parent standard established by the Act and all policies and regulations established by PA-DHS related to the Act.

   (1) If Provider operates an Out-of-Home placement setting other than a resource family home, such as: a group home, shelter, RTF, institutional care facility, or other similar placement setting, then Provider shall designate an individual to provide decision-making authority under the reasonable and prudent parent standard for children residing in Provider's care in accordance with staffing and supervision requirements applicable to the placement setting. The individual designated shall consult with all appropriate DHS, CUA, and Provider caseworkers or staff members who are most familiar with the child in applying and using the standard.

   (2) If Provider operates resource family homes, such as: foster homes, kinship homes, or other similar placement settings, then Provider shall provide training and monitoring of the resource families

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

regarding the application and use of the reasonable and prudent parent standard.

(3)     Consistent with Section 3.5 of this contract below, Provider shall require these same provisions in each of its Subcontracts for Out-of-Home placement services, with appropriate substituion of party identies.

3.3     **Additional Services and Materials; Change in Scope of Services.** Except as set forth in Section 6.8 (Monitoring of Fund Utilization) below, at any time during the Term of this Contract, the City may, by written change order or request delivered by notice to Provider, make changes to the Scope of Services under this Contract, and the Parties will, if appropriate, negotiate an adjustment in compensation if necessary, subject to appropriation of funds by City Council. Provider shall not commence to perform or provide, and the City shall not pay for, any services or materials not included in this Contract (the "Additional Services and Materials") unless and until Provider receives written pre-authorization (by change order or other request) from the Commissioner that specifies the Additional Services and Materials to be provided. In no event shall the rates charged by Provider for said Additional Services and Materials exceed the lowest of (a) Provider's then current standard rates for such Services or Materials, (b) such rates as the City and Provider may have negotiated for this Contract, as set forth in the Provider Agreement, or (c) the lowest rate or rates that Provider may then be charging to other purchasers of like Services and Materials. If Provider requests changes to the Scope of Services, Provider must demonstrate to the satisfaction of the City, in its sole discretion, that the changes are necessary and not due to the acts or omissions of Provider. The City shall pay Provider additional compensation above the limit set forth in the Provider Agreement only if and when an Amendment to this Contract is duly executed by the Parties. The City shall have no responsibility or liability whatsoever for any fee, or for costs incurred by Provider for any services, materials or other costs or expenses, other than the Services and Materials and any duly approved Additional Services and Materials.

3.4     **Responsibility.**

(a)     Notwithstanding the acceptance and approval by the City of any Services performed or Materials provided, Provider shall continue to be responsible for the professional quality, technical accuracy and the coordination of all Materials and Services provided by Provider under this Contract. Provider shall, without additional compensation, promptly and diligently correct any errors, defects, deficiencies or omissions in Provider's Materials and Services.

DocuSign Envelope ID: 42TE34E1-1109-43FD-9478-27B82F8F845C

(1) Plan of Correction. This section applies to Providers who have been or who may be requested to submit a Plan of Correction (POC) to DHS regarding performance concerns. Provider acknowledges that DHS, by requesting a POC, does not resolve or waive the issues raised by DHS under any other notices and other communications and that under the Contract (and as it may be amended from time to time) Provider remains under the duty to explain and rectify any matters that have been or may be raised by DHS or its designee.

Provider agrees that the final accepted POC (and if applicable, any DHS addendum to POC) is incorporated by reference to the contract. By signing contract, Provider agrees to be bound by the additional terms and conditions of the POC submitted by Provider and any addendum submitted by DHS. Failure to submit or comply with the terms of the POC shall constitute an Event of Default as prescribed in Section 12.1(a) and (c), permitting DHS to exercise the remedies available in Section 13.1, including but not limited to, termination of the Contract.

By entering into a contract with Provider while requesting a POC, DHS reserves and does not waive its rights to enact Section 3.1 Performance Requirements, to rely on Section 3.4(b) Responsibility and/or or to invoke Article XIV: Transition, Termination and Suspension of the General Provisions for any of the reasons provided nor does it waive any remedies available under Article XIII: Remedies.

(b)     Furthermore, by entering into a contract with DHS and/or continued performance under this contract while submitting a POC, Provider maintains its obligation to comply with all of the provisions of Article III: Provider's Duties and Covenants of the General Provisions. The City's review, approval or acceptance of, or payment for, any of the Materials and Services required under this Contract shall not constitute any representation, warranty or guaranty by the City as to the substance or quality of the matter reviewed, approved or accepted and shall not be construed to operate as a waiver or estoppel of any of the City's rights or privileges under this Contract or of any cause of action arising out of the performance of this Contract. No Person shall have any right to rely in any way on the City's review, approval or acceptance of Provider's Services or Materials. Provider shall be and remain liable in accordance with this Contract and Applicable Law for all damages to the City caused by Provider or the Services or Materials provided by Provider. Review, approval or acceptance by the City or the Commissioner under this Contract shall not constitute or be construed to constitute approval otherwise required by any City department, board, commission, or other regulatory agency in the exercise of such department's, board's, commission's or agency's independent regulatory authority or police powers under Applicable Law.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B62F8F845C

(c)   Without limiting Provider's responsibility as set forth above, if any act or omission of Provider or error or deficiency or omission in the Services or Materials provided by Provider requires any change in the Scope of Services or any portion thereof, Provider shall promptly complete such change at no additional cost to the City.

(d)   **CUA Case Management.** For a Provider whose Services include Out-of-Home Placement of any child, insomuch as case management services are provided by a CUA under contract with DHS or according to Applicable Law, the Provider must abide by the respective CUA's policies and procedures, and cooperate with, assist, and take direction from the respective CUA in the performance of Provider's Services under this Contract.

3.5   **Subcontracts.**

(a)   Provider shall not delegate or enter into any Subcontract for the performance of any of its obligations under this Contract, in whole or in part, without on each occasion first obtaining the written consent of the Commissioner or a designee.

(b)   Provider shall submit to the Commissioner or her designee copies of all proposed Subcontract(s) to be entered into by Provider, along with Provider's written request for the City's consent.  All such Subcontracts must specify that:

(1)   work performed by Subcontractor shall be in conformity with the terms of this Contract;

(2)   nothing contained in such Subcontract shall be construed to impair the rights of the City under this Contract;

(3)   the City's consent to or approval of any Subcontract shall not create any obligation of the City to any Subcontractor;

(4)   nothing contained in such Subcontract, or under this Contract, shall create any obligation of the City to any Subcontractor;

(5)   the City shall be expressly designated a third party beneficiary of the Subcontract;

(6)   upon request by the City (at the City's sole option) and upon receipt of written notice from the City stating that this Contract between the City and Provider has been terminated, Subcontractor agrees that it will continue to perform its obligations under the Subcontract for the benefit of the City in conformity with the terms and conditions of this Contract, provided the City pays Subcontractor for the Services rendered and Materials provided by Subcontractor from and after the date of the termination of this Contract between the City and Provider at the same rate or in the same amount as set forth in the Subcontract for those Services and Materials provided by Subcontractor after such date of termination;

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

(7)    Under each Subcontract, the Subcontractor, at any tier, shall be bound by the same terms, covenants and conditions as Provider under this Contract, including without limitation: Confidentiality, Availability and Retention of Records, Inspection, all audit requirements, Independent Audits, Compliance Audit Reports, audits and inspection by government representatives, Placement and Referral Process requirements, Insurance, Indemnification, and Litigation Cooperation requirements. Any item required to be submitted to the City under this section shall be submitted to the City directly, with a copy to the Provider, unless otherwise directed by the Commissioner or their designee in writing;

(8)    Under each Subcontract, the Subcontractor shall be subject to quality assurance, fiscal and performance reviews which include site evaluations and inspection of records, that will be directed at compliance of state and federal law and regulations, including but not limited to Title IV-E of the Social Security Act, Temporary Assistance for Needy Families (TANF), the Public Welfare Code (including Act 148), the Child Protective Services Law, and compliance of the requirements under this Contract;

(9)    Subcontractor shall, effective on the date of the Subcontract, presently, fully and unconditionally assign, transfer and set over to the City all of Subcontractor's right, title and interest in and to any sales and/or use tax which may be refunded as a result of a claim for refund for any materials purchased in connection with the Subcontract or this Contract, and Subcontractor shall covenant and agree that, (i) other than as directed by the City, it will not file a claim for refund for any sales or use tax which is the subject of this assignment; and (ii) the City, in its own name or in the name of Subcontractor, may file a claim for a refund of any sales or use tax covered by this assignment;

(10)    Subcontractor shall not be indebted to the City. To satisfy this requirement, Provider shall include the requirement of subsection 4.1(f) (No Indebtedness to the City) below, with appropriate adjustments for the identity of the parties, in all Subcontracts that are entered into for work to be performed pursuant to this Contract;

(11)    Subcontractor shall comply with Chapter 17-400 of The Philadelphia Code. To satisfy this requirement, Provider shall include the requirements of Subsection 15.2(a) (The Philadelphia Code, Chapter 17-400) below, with appropriate adjustments for the identity of the parties, in all Subcontracts that are entered into for work to be performed pursuant to this Contract);

(12)    Subcontractor shall comply with Section 17-104 of The Philadelphia Code. To satisfy this requirement, Provider shall include the requirements of Subsection 15.2(b) (The Philadelphia

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

Code, Section 17-104) below, with appropriate adjustments for the identity of the parties, in all Subcontracts that are entered into for work to be performed pursuant to this Contract; and

(13)  Subcontractor is not and shall not become suspended or debarred by the Commonwealth, any other state or the federal government throughout the term of the Subcontract.

(14)  Subcontractor shall comply with Chapter 17-1300 of the Code to the extent it is applicable to a Subcontractor that is also a Service Contractor (as defined in Chapter 17-1300) providing Services under the Subcontract, and to Subcontractors at any tier that are also Service Contractors providing Services under this Contract. To satisfy these requirements, Provider shall notify its Subcontractors of these provisions; shall incorporate this paragraph and Section 15.10 below, with appropriate adjustments for the identity of the parties, in each Subcontract; and shall require its Subcontractors to include such terms in any lower-tier Subcontract that is, or may become, covered by Chapter 17-1300.

(c)  No permitted Subcontract shall relieve Provider of any obligation under this Contract. Provider shall be as fully responsible for the acts and omissions of its Subcontractors and Persons either directly or indirectly employed or retained by them as it is for the acts and omissions of Provider and Persons directly or indirectly employed or retained by Provider.

(d)  Any purported Subcontract made in violation of this Section or of any other Section in this Contract shall be null and voidable.

(e)  City-Related Agencies.

(1)  If Provider is a City-Related Agency, Provider shall abide by the provisions of Chapter 17-1400 of The Philadelphia Code in awarding any contract(s) pursuant to this Contract as though such contracts were directly subject to the provisions of Chapter 17-1400, except that the exception set forth at Section 17-1406(8) of The Philadelphia Code shall apply to Provider as if Provider were listed in that subsection.

(2)  Unless approved by the City to the contrary, any approvals required by Philadelphia Code Chapter 17-1400 to be performed by the City Solicitor shall be performed on behalf of a City-Related Agency by its General Counsel; any approvals required to be performed by the Director of Finance shall be performed on behalf of a City-Related Agency by its Chief Financial Officer; and any approvals required to be performed by the Mayor shall be performed on behalf of a City-Related Agency by its Executive Director. Any notices required to be sent under Chapter 17-1400 to designated City officials, shall be sent in electronic form to

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

those designated City officials.

(f)    Provider shall submit to the Commissioner or her designee final copies of all executed Subcontracts entered into by Provider.

3.6    **Conflict of Interest; Related Party Transactions.**

(a)    Provider shall adhere to Department policy and to 55 Pa. Code §3680.63, as it may be amended from time to time, regarding conflicts of interest and related party transactions. Without limitation of the foregoing, related party transactions shall also include any transactions involving any direct or indirect financial interest of Provider's board members, executive personnel, or their immediate families.

(b)    Provider shall furnish the Department with copies of all documents submitted to PA DHS for the purpose of securing a prior written determination pursuant to §3680.63, including a copy of the written determination.

(c)    Provider shall disclose all related party transactions in its annual fiscal report to the City.

3.7    **Relationship with the City or Family Court.**

(a)    Neither Provider's personnel nor any Subcontractor personnel shall be employees of the City, employees of the Family Court, or any other governmental officer or employee whose salary is paid out of the City Treasury.  Provider shall notify the City of any Provider personnel or any Subcontractor personnel who have any employment or other contractual relationship or agency relationship with the City or with the Family Court.

(b)    Pursuant to Section 20-607(c) of The Philadelphia Code, as it may be amended from time to time, neither Provider's personnel nor any Subcontractor personnel, nor any parent, spouse, child, brother, sister or like relative-in-law, nor any person, firm, partnership, corporation, business association, trustee or straw party owned or operated by any of them, shall be financially interested in any award, contract, lease, case, claim, decision, decree or judgment made by any such personnel while in the service of the City until at least two (2) years after the expiration of such person's service or employment with the City.

(c)    Provider must maintain documentation in its personnel files that provides verification that it has informed all of its personnel and Subcontractors of their obligation to report to Provider whether they are currently or subsequently become employed by DHS.

3.8    **Time Frame for Submissions.**  Provider shall perform any and all Services and shall submit any and all Materials required by this Contract within the time frames set forth in the Scope of Services attached as an exhibit to the Provider Agreement or as mutually agreed upon in writing by the City and Provider. Absent any such written time frames, Provider shall perform its obligations under

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

this Contract diligently and promptly and in any and all events before the scheduled expiration of the Term.

3.9 **Prompt Payment by Provider.** Provider agrees to promptly pay all Persons which have furnished labor or supplies in connection with the Services, the Materials or this Contract, including, without limitation, Subcontractors and suppliers. Provider shall provide, upon request of the City, reasonable evidence that these Persons have been fully and timely paid.

3.10 **Sales and Use Tax.** The City is not subject to federal, state or local sales or use taxes or federal excise tax. Provider hereby assigns to the City all of its right, title and interest in any sales or use tax which may be refunded as a result of any materials, including any Materials, purchased or any services, including any Services, rendered in connection with this Contract and unless directed otherwise by the City, Provider shall not file a claim for any sales or use tax refund subject to this assignment. Provider authorizes the City, in its own name or the name of Provider, to file a claim for a refund of any sales or use tax subject to this assignment.

3.11 **Adherence to Departmental Policy.** Provider shall be bound by all current Departmental and Administrative Policy Directives, Policy Transmittals and Guides, the CYD Policy Manual, applicable Performance and Service Standards, applicable Practice Guidelines, and any applicable PA DHS and/or Office of Children, Youth, and Families transmittals and bulletins as these documents may be amended from time to time. The Department may provide access to these documents on the Provider Extranet website or by making copies of these documents available to the Provider upon request.

3.12 **Adoption License.**

(a) If Provider's Services include foster family care, Provider agrees as follows:

(1) Provider shall, at Provider's option, (a) apply for and obtain, within sixty (60) days from the effective date of this Contract, a valid, current adoption license from the PA DHS; or, (b) immediately upon the effective date of this Contract, become affiliated with a child welfare agency that possesses a valid, current adoption license.

(2) Provider shall become affiliated with SWAN immediately upon the effective date of the Contract.

(b) Provider shall cooperate with the City in the City's efforts to facilitate the adoption of children in foster care, and Provider shall refer all children in its custody to SWAN when the child has a court sanctioned goal of adoption. If there is no known adoption resource, SWAN shall register such children with the appropriate adoption exchanges.

DocuSign Envelope ID: 421E54E1-1109-43FD-9478-27B82F8F845C

3.13 **Routine Transportation Costs.** With the exception of those costs associated with a runaway, the specific provisions for which are set forth at Section 3.29 (Absence of a Child), Provider shall be responsible for all routine transportation costs incurred by Provider in fulfilling the terms of this Contract.

3.14 **Family Visit Food Costs.** Provider shall be responsible for the costs of food for the child while the child is visiting his or her family.

3.15 **Payments for Placement Services.** Provider shall use payments under this Contract to purchase only those Services that are reimbursable under Applicable Law and the Contract Cost Principles, unless Provider has received prior written approval from the Commissioner or the Commissioner's designee to purchase non-reimbursable Services. This requirement applies equally whether the Services are purchased directly by Provider or indirectly through Provider's Subcontractor, or Provider's referral to another agency.

3.16 **EPSDT; Managed Care.** Provider shall comply with the City's EPSDT initiative. Compliance shall include, without limitation, Provider's securing of all licenses and permits necessary for Provider to participate in the Medical Assistance program, HealthChoices or managed care organizations (where appropriate); Provider's timely submission of all forms and reports required by the Commonweath Office of Medical Assistance, HealthChoices or managed care organizations; and Provider's timely pursuit of any and all appeals of the Commonwealth's denial or discontinuance of EPSDT funding to Provider, or denial, discontinuance or reduction of medical services by HealthChoices or managed care organizations.

Provider shall comply with the City's initiative to integrate behavioral health services with other health and social services provided to children and families. Compliance shall include, without limitation, the following:

(a) Provider shall use **1-888-545-2600**, the central contact number of Community Behavioral Health (CBH), for the purpose of securing mental health and substance abuse services for children and their caregivers;

(b) Provider shall document fully in the case file the results of each referral to CBH; and

(c) Upon request by DHS and/or CBH and with proper authorization, Provider shall release to CBH any documents and/or reports regarding behavioral health services provided to children and families.
Provider must maintain centrally located documentation regarding whether a child/youth has received a full EPDST screening within sixty (60) days of entering placement, unless the child has had a screening and the results are available, and whether the subsequent treatment indicated has been initiated/scheduled within ninety (90) days upon entering placement. Youth transferring from one foster care agency to another and youth transferring from a facility licensed under Chapter 3800 regulations to a foster care agency may be exceptions.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

3.17    **Service Requirements.**

    (a)    Provider shall provide Services to the children and youth and their families in accordance with the FSP, any Placement Amendments, and Form Authorizations.

    (b)    Provider shall submit a Scope of Services which shall be consistent with Department's Program Standards and Applicable Law.

    (c)    Provider's Scope of Services shall be current, shall satisfy the City's requirements as to form and content, and shall be attached as an exhibit to the Provider Agreement.

3.18    **Web-Based Central Referral Unit (CRU) System Participation.**

    (a)    The Department utilizes a Web-Based CRU System for all its non-PBC providers.   Upon its implementation, Provider shall report all its vacancies, by age and gender, by participating in the Department's Web-Based CRU System, and in any additional tracking system the Department may identify, and Provider shall update the system on a weekly basis, and/or more frequently for emergency shelter programs.   Failure to comply with this provision may result in the Provider not receiving referrals from the Department's CRU.  Provider has twenty-four (24) hours to accept or reject a referral.

    (b)    The Department shall monitor Provider's compliance with this provision and shall only make referrals based upon vacancies reported through this system.  The Department, in its sole discretion, may periodically utilize additional resource tracking systems.

3.19    **Dependent Placement Referrals.**   Provider shall accept youth with deferred or dual adjudications in its dependent facility. To the extent permitted by law, including applicable state regulations, Provider shall accept dependent youth in its delinquent facilities if such youth are otherwise eligible for admission into Provider's facility. Delinquent Providers agree that their Scope of Services shall not exclude dependent children from their program unless they are required by law to do so.

3.20    **Referral Disputes.**   Provider shall submit a written quarterly report to the Commissioner's designee detailing the number and circumstances of each referral dispute registered in accordance with Section 5.2(b)(3) of these General Provisions. Excessive referral disputes, as determined by the Commissioner in his/her sole discretion, may cause the City to terminate this Contract.

3.21    **Rejection of Referral.**   Provider shall not reject a child or family for Services based upon the location or condition of the family's residence, their environmental or social condition, or for any other reason if the profiles of such child or family are consistent with Provider's Scope of Services or DHS's applicable standards as listed in the Provider Agreement, unless an exception is

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

granted by the Commissioner or the Commissioner's designee, in his/her sole discretion.

3.22   **Notice of Referral Acceptance or Rejection.**

    (a)   Except for Performance Based Contract Providers, Provider shall notify the Commissioner within twenty-four (24) hours of its decision to accept or reject placement referrals; provided, however, Provider's rejection of a placement referral must be in accordance with the process set forth in Section 5.2(b)(3) of the General Provisions. Provider shall provide the Commissioner with a written statement of the basis for each rejected referral within twenty-four (24) hours of the rejection unless an exception is granted by Commissioner or Commissioner's designee.

    (b)   Within seventy-two (72) hours of accepting a case that has been designated as a Kinship Care placement, Provider must visit the placement and complete an assessment of the kinship caregiver's home to ensure that it is in compliance with State regulations regarding foster homes

3.23   **Documentation of Referrals.**   Providers must maintain centrally located documentation regarding each referral that the Provider receives from DHS. Provider must maintain the following information: the date of receipt of referral; the requesting DHS division (CWO or JJS); the name, age and race of the child; presenting primary problem; and whether the child was accepted or rejected for admission to the program and if applicable, the reason for rejection.

3.24   **Vacation, Holiday Placement.**   Provider shall ensure that each child in an Out-of-Home Placement has uninterrupted Services and placement in the event Provider's office closes for vacation or holidays.

3.25   **Adequate Clothing.**   It shall be Provider's responsibility to purchase a seasonally adequate and complete wardrobe for each child in placement in its program and for any child who is being discharged from its program.

3.26   **Return of Medical Assistance Card.**   At the time of discharge or within seventy-two (72) hours of an unplanned discharge, Provider shall return the Medical Assistance card of any child who has been removed or discharged from Provider's placement to the City; otherwise, Provider shall be liable for any charges incurred after discharge. Provider agrees that, upon its return of the child's Medical Assistance card to the City, Provider will cooperate fully with the Department for the purpose of re-enrolling the child with a primary care physician.

3.27   **Service Reports.**

    (a)   **Progress Reports.**   Provider shall submit to the City, on a quarterly basis, a written progress report for each child for whom Services are provided. The report shall be consistent with the ISP, shall present an evaluation of

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

the child's current status, and shall include a statement of Provider's treatment goals. If the City purchases residential treatment Services under the Contract, Provider shall submit a diagnostic study and treatment plan to the City within thirty (30) days after the child's initial placement.

(b)  **Placement Objectives; Adjustment Reports.**  When the Services purchased under the Contract include residential Services, Provider shall, within ninety (90) days after the child's initial placement, submit a report to the City which evaluates the child's adjustment to placement and the child's prognosis. Within one hundred eighty (180) days after the initial placement, Provider shall submit a report to the City which examines whether a less restrictive placement is appropriate for the child. The City generally expects that Provider will move children to a less restrictive placement, and that children have the capacity to make use of a less intensive Service within one hundred eighty (180) days after their initial placement in a residential facility. With the exception of those children committed to the Juvenile Justice System as the result of the commission of delinquent acts, when Provider recommends that a child receive more than one hundred eighty (180) days of residential services, Provider shall present written justification for the recommendation to the Department, and shall participate in a case review within one hundred eighty (180) days after the child's placement. Provider shall allow visits by authorized City employees, upon oral or written request, for discussion or review of information pertinent to the child, or for interviews with the child and the child's natural family. If the child is placed in foster family residential treatment, and is supervised by Provider, Provider shall arrange for all contacts by the City with the child and foster family through the staff of Provider. The use of conference calls between the City, the natural family, and the residential treatment facility or the foster family will be regularly scheduled by Provider when distance prevents regular contact.

With regard to children with special medical needs, Provider shall provide all training necessary to the individual(s) with whom the child will reside in order to accommodate those needs. Individuals to be trained may include, without limitation, the child's legal guardian(s) or the child's biological, kinship, foster or adoptive parent(s).

(c)  **Notice of Child's Location.**  Providers shall promptly notify the City of the exact placement location and address of each child placed in accordance with the terms of the Contract. A child shall not be moved from one location to another even within a Provider's own system without PRIOR written notice to the Department and applicable approval of court, except in emergency situations that place the child in imminent risk of harm. In non-emergency situations, Provider must furnish the City, in writing, with information regarding any proposed move of a child including, but not limited to, the exact new address of the child as soon as that address is known, plans for education, and plans for transfer of

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

applicable medical and therapeutic services but in no event less than seventy-two (72) hours prior to the move.  In emergency situations, Provider shall notify the City of the new address orally and in writing with information regarding any proposed move of a child including, but not limited to, the exact new address of the child as soon as that address is known, plans for education, and plans for transfer of applicable medical and therapeutic services immediately after ensuring the safety of the child or children involved.

**A failure to comply with this provision constitutes an Event of Default pursuant to Section 12.1(a).  If Provider fails to comply with this provision, the City may exercise any of the Remedies available to it pursuant to Section 13.1.**

(d)     **Copies of ISPs, Other Reports.**  Provider shall promptly provide the City with copies of each ISP, periodic reviews of ISPs, and in-home and day care services reports.  Provider's ISP form for children and youth, as well as quarterly reports on each child and family shall be consistent with the FSP and Applicable Law.  In addition, Provider shall promptly submit all requisite reports to Family Court and to Community Behavioral Health or its successor or assigns.

(e)     **In Home Services and Foster Care Outcomes Requirements.**  All providers are required to implement and utilize all forms and procedures in home services and Foster Care Services.  Provider shall comply with all current, newly enacted and subsequent outcome requirements enacted during the term of the Contract, including any and all amendments thereto.

(f)     **Compliance with Temporary Assistance for Needy Families ("TANF") Reporting Requirements.**  Provider shall comply with all requirements needed to document and claim under TANF the eligible services delivered by the Provider.  Compliance shall include, without limitation, submitting the following:

(1)     Once a month, the list of clients receiving services that month on the form prescribed by the City;

(2)     Once a month, the standard summary invoice on the form prescribed by the City;

(3)     Once a year, a properly completed Means Test Worksheet (MTW) for each child receiving services.  A MTW must be completed when a child first comes into service, so each month the Provider must provide a properly completed MTW for every child who came into care that month.  That MTW is valid for twelve (12) months from the date the MTW was completed.  If the client continues to receive services beyond twelve (12) months, a new MTW must be completed.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

(g) **Unusual Incident, Safety Alert and HCSIS Reports.** Provider shall notify DHS, orally and in writing of any fatality or incident, as required by state regulations, including by not limited to 55 Pa. Code 3680.21, and state and DHS directives, including but not limited to, the Policy and Procedure Guide dated February 23, 2010, "Using and Responding to the Safety Alert Tool for Families Receiving In Home Services and the Home and Community Services Information System (HCSIS) Reports for Children in PA Placements."

(h) **Documentation of arrests of children/youth.** Providers must maintain centrally located documentation regarding all arrests by law enforcement of children and youth being served by the Provider. The Provider must maintain the following information: the date of the report, the DHS division (CWO or JJS) that placed the child with the Provider agency or program; the name, age and race of the child; the date and time the arrest occurred; and reason for the arrest by the law enforcement agency.

(i) **Documentation of restraints of children/youth.** Providers must maintain centrally located documentation regarding all restraints of children/youth served. Provider must maintain the following information: the date of the report; the DHS division (CWO or JJS) that placed the child with the Provider agency or program; the name, age and race of the child; reason for restraint; date and time the restraint occurred; type of restraint used; name of employee(s) who performed the restraint; duration of the restraint; name of employee(s) who observed the child; and the result of restraint (i.e., injuries incurred, hospitalization, etc.). Provider shall abide by all applicable law and directives in regards to restraints of pregnant females.

(j) **Documentation of Truancy.** Provider must maintain centrally located documentation regarding whether a child/youth has been truant (three (3) unexcused absences within the school year) during the time the child/youth was placed with Provider.

**If the Provider fails to comply with these requirements, the City may withold payments to the Provider until such time that the Provider complies with these requirements.**

3.28 **Transitional and Discharge Planning.** Provider shall comply with any Departmental and Administrative Policy Directives, and all applicable laws, regulations, and directives regarding transition and discharge planning and development.

DocuSign Envelope ID: 42 1LU4L 1-1108-431 D-5478-21B62F8F845U

(a)     **Upon Agreement of the Parties.**

(1)     Provider shall submit to the City a Case Closing Summary and close the case pursuant to Deparmental Policy following child's discharge from Provider's care, along with important documents including, without limitation, birth certificate, Social Security card, court order, and copies of any other documents requested by the City that relate to the child.

(2)     Provider shall administer and distribute money acquired or received by the child in accordance with Applicable Law and any applicable Discharge Plan.  Provider acknowledges that such funds are the property of the child.

(b)     **Upon Request of Provider.**  In cases where the child's discharge from Provider's care is requested by Provider, and is not made pursuant to a mutually agreed upon service plan or court-ordered removal, Provider shall submit to Commissioner a written explanation detailing the basis for the requested discharge.  If the request is approved by the Commissioner or Commissioner's designee, Provider shall give the City thirty (30) days formal written notice of its intent to discharge; if the child is a special needs child (as that term is defined by the Department and Applicable Law), Provider shall give the City ninety (90) days formal written notice. If a discharge on an emergency basis proves necessary, the City may, in its sole discretion, permit a shorter notice period.  Provider may not unilaterally discharge a child or case.

(1)     **Unplanned discharges.**  In accordance with the requirements of Section 3.28(b) and subject to Provider's full compliance therewith, Provider is authorized to discharge a child from its care and custody **only after** Provider has confirmed with the Department's Central Referral Unit that an alternative placement has been identified and Provider has contacted the Department's Social Worker regarding the date, time and place of discharge. The discharge documents must include a statement of the reason for the discharge.  Provided further, that in compliance with the thirty (30) or ninety (90) day notice requirement set forth in Section 3.28(b), Provider will forward such notice both to the Department Social Worker and to the Central Referral Unit. Provider further agrees to include with the notice a current evaluation addressing the child's treatment needs.

(c)     **Delinquent Children.**

(1)     When a delinquent child is recommended for discharge, Provider shall submit to the Probation Department of the Court of Common Pleas, the Juvenile Justice Services Administrator of the

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

Department, and the District Attorney, a complete summary of all information pertaining to the child's adjustment and progress, and any recommendations of Provider, one (1) month prior to the anticipated discharge date.

(2) If a delinquent youth or an alleged delinquent youth is placed in a CBES or, in the case of a delinquent youth, in a delinquent facility, and while residing at such facility is arrested on new charges; and if at the time of the arrest the youth was not a runaway youth; then Provider shall accept and transport the youth back to the facility pending court disposition of the new charges. Provider may obtain an exception to this provision if Provider's facility has exhausted its capacity, or if the youth is committable pursuant to the Mental Health Procedures Act, is eligible for detention at the Philadelphia Juvenile Juvenile Justice Services Center pursuant to the <u>Santiago</u> Consent Decree, or is eligible for admission to an acute care facility for medical purposes.  If Provider determines that the youth, because of the new charges, is not suitable for its program, Provider may, after accepting the youth back to its facility, request that the referring agency of the City grant an exception to this provision by following the procedures outlined in Section 5.2(b)(3).

(d) **Documentation of discharges of children/youth.**  Providers must maintain centrally located documentation regarding each child that is discharged from Provider's agency.  Provider must maintain the following information:  the date of the discharge from the Provider's agency or program; the DHS division (CWO or JJS) that placed the child; the name, age and race of the child; and the reason that the child was discharged (including successful progress of original presenting problem; AWOL; negative discharge; etc.).

3.29 **Absence of Child.**

(a) When a child voluntarily absents himself or herself from the supervision of Provider or Provider's designee for a period of twenty-four (24) hours, the child is to be considered a runaway and Provider shall:

(1) Notify all appropriate parties, including the Department, police, the National Center for Missing and Exploited Chidren, and, if appropriate, the Philadelphia Juvenile Probation Department of the Court of Common Pleas. Immediate oral notice shall be given to the Department and the Philadelphia Juvenile Probation Department (if appropriate), as soon as Provider determines that the child is determined to be a runaway, but in no event later than

DocuSign Envelope ID: 42 1E34E1-1109-43F0-9478-27B82F8F845C

twenty-four (24) hours after departure. Provider shall give written notice not later than the next working day. Provider shall also give oral and written notice, in the manner set forth above, as soon as the child is found or returned to Provider's physical custody. Provider shall notify the Philadelphia Juvenile Probation Department of any runaway at the following numbers:

<u>Weekends, Evenings and Holidays</u>
686-4818 or 4999 Intake Unit

When the child is alleged or adjudicated delinquent, Provider shall notify the District Attorney at 686-4000.

(2) Reserve the child's placement for seven (7) days from the time of knowledge of the child's departure, unless the City notifies Provider to the contrary. Upon such notice, the City or CUA shall be obligated to compensate Provider for maintaining availability of the placement. If the child is located within the seven (7) day period, Provider shall accept the child back into placement in accordance with the exception and appeal procedure described at Section 5.2(b)(3)

(b) Upon mutual agreement of Provider and the Commissioner's designee, the seven (7) day period may be extended.

(c) When a child who is still in the care of Provider is found within the county of placement or a contiguous county, Provider shall be responsible for transportation costs for returning the child. In all other situations, the City shall be responsible for the cost of transportation. If Provider makes arrangements for the use of public transportation in returning a child who has run away, the City shall be responsible for transportation costs only when it has given prior approval. With the exception of delinquent children, this subsection (c) shall apply only to children placed in the legal custody of the Department.

3.30    **Provider's Publications.**   Provider shall identify the Department as a funding source in all literature, documents reports or pamphlets which Provider publishes, develops or produces in connection with this Contract.

3.31    **Certifications.**   Provider shall obtain Certifications as required by law and by DHS policy. Herein, "Certifications" shall be understood to mean: (i.) a report of Federal criminal history record information dated no more than one (1) year-to-the-day prior to the individual's start date and obtained by submitting a full set of fingerprints in a manner described by PA DHS to the Federal Bureau of Investigation (FBI), (ii.) a Pennsylvania Criminal History Record Report dated no more than one (1) year-to-the-day prior to the individual's start date, (iii.) a certification from PA DHS dated no more than one (1) year-to-the-day prior to the

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

individual's start date certifying whether the applicant is named in the PA DHS maintained central register as an alleged perpetrator in a pending child abuse investigation, the perpetrator in a founded report of child abuse, the perpetrator in an indicated report of child abuse, the perpetrator in a founded report for a school employee or the perpetrator in an indicated report for a school employee, (iv.) criminal history and child abuse record certifications from any other current or previous state of residence within the past five (5) year period and dated no more than one (1) year-to-the-day prior to the individual's start date, and (v.) any other record or certification requested by the Department.

(a) Prior to commencing employment or service with the Provider or Subcontractor, any individual for whom Certifications are required must swear or affirm in writing that the individual has not been disqualified from employment or service under the Child Protective Services Law, 23 Pa.C.S. § 6344(c), and has not been convicted of an offense similar in nature to a crime listed in 23 Pa.C.S. § 6344(c) under the laws or former laws of the United States or one of its territories or possessions, another state, the District of Columbia, the Commonwealth of Puerto Rico or a foreign nation, or under a former law of the Commonwealth of Pennsylvania.

(b) Certifications shall be obtained prior to the approval and/or hiring of any applicant. Provider shall obtain Certifications for all applicants for employment including without limitation: employees, agents, independent contractors, volunteers having contact with children, all prospective foster parent applicants, all prospective adoptive parent applicants, all prospective PLC custodians, all prospective foster home Household Members, all prospective adoptive parent Household Members, and all prospective PLC custodian Household Members. A "Household Member" shall herein be defined as: any individual 18 years of age or older spending thirty (30) days or more in a home during a calendar year.

(c) This section shall be applicable to all staff including without limitation executive, administrative, and operational staff.

(d) Provider shall obtain the required Certifications for all current employees, agents, independent contractors, volunteers having contact with children, foster parents, adoptive and prospective adoptive parents, PLC custodians and prospective PLC custodians, and all of their respective Household members for whom this information has not already been obtained.

(e) Providers have a continuing obligation to obtain updated Certifications every sixty (60) months.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

(f)    The PA DHS is utilizing Cogent Systems to process FBI record checks. Provider shall be responsible for entering into an agency agreement with Cogent Systems so that Provider may pay for the fees for all prospective foster and adoptive parent applicants and their respective Household Members applying through the Provider or establish an agency policy to require that applicants pay the fees themselves. These records must be included, when applicable, in the documentation forwarded to the DHS Licensure Unit when foster homes are certified or recertified.

(g)    According to the Child Protective Services Law ("CPSL"), 23 Pa. C.S. § 6301 et seq.), an individual may not be hired or approved for employment or participation in a program, activity, or service, including but not limited to employment as either a foster parent or an adoptive parent, if that individual has been convicted of any of the following offenses or if the individual has been convicted of the attempt, solicitation, or conspiracy to commit any of the following offenses:

- Criminal Homicide
- Aggravated Assault
- Stalking
- Kidnapping
- Unlawful Restraint
- Rape
- Statutory Sexual Assault
- Involuntary Deviate Sexual Intercourse
- Sexual Assault
- Aggravated Indecent Assault
- Indecent Assault
- Indecent Exposure
- Incest
- Concealing Death of a Child
- Endangering the Welfare of Children
- Dealing in Infant Children
- Felony Prostitution and Related Offenses
- Obscene and Other Sexual Materials and Performances
- Corruption of Minors
- Sexual Abuse of Children
- Felony Offense Under the Controlled Drug, Device and Cosmetic Act, committed within the five (5) year period immediately preceding individual's application

(h)    Other than the last criminal offense listed – Felony Drug Offense – there is no time limitation on the enumerated criminal convictions. For example, an aggravated assault from thirty-five (35) years ago shall have the same effect as an aggravated assault conviction this year: namely,

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

the individual shall be precluded from employment or participation in a program, activity, or service.

(i) Provider shall not approve an applicant as a foster parent, prospective adoptive parent, or PLC custodian if they or any Household Member are named as the perpetrator in a founded report of Child Abuse or a report equivalent to a founded report of Child Abuse in another state.

(j) Provider shall not approve an applicant as a foster parent, prospective adoptive parent, or PLC custodian if they or any Household Member are named as the perpetrator in an indicated report, or a report equivalent to an indicated report in another state, within the previous 5 years. A perpetrator and those with a Household Member named as a perpetrator in an indicated report or the equivalent of an indicated report from another state more than five years ago may be approved as a foster parent, prospective adoptive parent, or PLC custodian, but only with the written approval of the Commissioner or his/her designee at the director level or higher.

(k) Provider shall not approve an employee, agent, independent contractor, or volunteer having contact with children for service if they are named as the perpetrator in a founded report of Child Abuse or a report equivalent to a founded report of Child Abuse in another state, within the previous 5 years. A perpetrator named in a founded report, or the equivalent of a founded report from another state, more than 5 years ago may only be approved as an employee, agent, independent contractor, or volunteer having contact with children for service upon the written approval of the Provider's Executive Director, President, or similar Chief Executive Officer. Such written approval shall be determined on a case by case basis and record of such written approval shall be maintained in accordance with section 7.4 of these General Provisions.

(l) Provider shall not approve an employee, agent, independent contractor, or volunteer having contact with children for service if they are named as the perpetrator in an indicated report, or a report equivalent to an indicated report in another state, within the previous 5 years. A perpetrator named in an indicated report, or the equivalent of an indicated report from another state, more than 5 years ago may only be approved as an employee, agent, independent contractor, or volunteer having contact with children for service upon the written approval of the Provider's Executive Director, President, or similar Chief Executive Officer. Such written approval shall be determined on a case by case basis and record of such written approval shall be maintained in accordance with section 7.4 of these General Provisions.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27BB2F8F645C

(m)     Provider shall immediately require any of its employees, agents, independent contractors, volunteers having contact with children, foster parents, prosepctive adoptive parents, or Household members of either a foster home or prospective adoptive home to submit new Certifications to Provider in the manner required in this section for a new applicant should Provider have or ever develop a reasonable belief that such Certifications would disqualify the individual or home they reside in from approval under this section or Applicable Law. Costs for these certifications shall be borne by the Provider.

(n)     Provider shall require all employees, agents, independent contractors, all adoptive, foster and kinship parents, and all of Provider's volunteers having contact with children to notify Provider in writing if they are arrested for or convicted of an offense that would constitute grounds for denying employment or participation in a program, activity or service, or if they are named as a perpetrator in a founded or indicated report. Such written notice shall be provided not later than 72 hours after the arrest, conviction or notification that the person has been listed as a perpetrator.

(o)     Provider shall immediately notify the Department of any disqualifying Certification.

(p)     Waiver: Waiver of any of the provisions of this section may be requested only for those provisions not required by Applicable Law. Such waivers shall only be valid with the express written approval of the Commissioner or his/her designee at the director level or higher and only to the extent permitted by Applicable Law.

3.32    **Child Death Review.** Provider shall conduct an internal review when a child placed with Provider, whether or not placed by the City, dies as the result of suspected child abuse or neglect. The review shall include cases that are currently active and also those that were known to Provider within the past sixteen (16) months. Provider shall conduct said review simultaneously with the Child Protective Service (CPS) investigation. Provider's review shall assess compliance with statutory, regulatory, and county requirements; and compliance with Provider's policies and procedures, including examination of supervisory and training requirements, for the purpose of determining whether the appropriate level of service was provided to the child, the child's family and/or foster family. A written report detailing the findings and conclusions of the death review shall be submitted to DHS within thirty (30) days following receipt of the report of suspected abuse if applicable. In addition, Provider shall participate in Act 33 meetings.

3.33    **Foster Parent Agreements.** Provider shall include in its agreements with foster parents the requirement that foster parents shall not maintain in their households,

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

at the same time, other children committed to the Department of Human Services who are placed with other Philadelphia County foster family care agencies.

3.34 **Group Home Provision.** Provider must obtain the prior written approval of the City of Philadelphia, through the Commissioner or the Commissioner's designee, prior to acquiring, whether through purchase or lease, a group home or institution situated in the City of Philadelphia for the purpose of providing services to Philadelphia County dependent or delinquent youth. Provider further agrees that it must obtain written approval of the Commissioner or the Commissioner's designee before making any change in the type of dependent or delinquent youth for whom services will be provided on these properties.

3.35 **Adoption and Permanent Legal Custodianship.** Provider shall complete and/or ensure the completion of a family profile according to the Department, City and State specifications for caretakers the City identifies as appropriate for adoption and permanent legal custodianship. The fee payable for the work to complete the family profile will be determined by the revised Statewide Adoption Network ("SWAN") state bulletin by reference.

## ARTICLE IV:  PROVIDER'S REPRESENTATIONS AND COVENANTS

4.1 **Provider's Representations and Covenants.** Provider makes the following representations, warranties and covenants upon which the City has relied as a material consideration for the execution and delivery by the City of this Contract. The representations, warranties, and covenants stated below shall continue throughout the Term of this Contract. In the event said representations, warranties, and covenants are or become untrue or inaccurate, Provider shall promptly give notice thereof to the City, specifying the manner in which said representation, warranty, or covenant is untrue or inaccurate.

(a) **Good Standing.** If Provider is not an individual, Provider is a business corporation, limited liability company, partnership, limited partnership or other business entity duly organized, validly existing and in good standing under the laws of the state of its incorporation or organization. Provider is duly licensed, qualified and in good standing in the Commonwealth of Pennsylvania and in all jurisdictions in which it conducts business activities relating in any way to the performance of the Services and delivery of the Materials under this Contract, including, but not limited to, the jurisdiction in which Provider is organized. If Provider is a not-for-profit corporation or otherwise an entity determined to be tax exempt pursuant to Section 501(c) of the Internal Revenue Code by the Internal Revenue Service, then Provider has procured, and shall maintain in full force and effect, all consents and approvals necessary in connection with such tax-exempt and non-profit status.

(b) **Authority to Act.** Provider has full legal power and authority to execute and deliver this Contract, and provide the Services and Materials as set

DocuSign Envelope ID: 42TE34E1-1109-43FD-9478-27B82F8F845C

forth herein.  Provider has duly authorized by all necessary actions the execution and delivery of this Contract on behalf of Provider by the individual or individuals signing the Provider Agreement.  This Contract is the legal, valid and binding obligation of Provider, enforceable against Provider in accordance with the terms set forth herein.  The execution and delivery of this Contract by Provider will not result in a default under or a breach or violation of (1) Provider's certificate or articles of incorporation or bylaws, partnership agreement, limited liability company operating agreement or other pertinent organizational documents, as applicable; (2) any Applicable Law or any judgment, decree order, license, permit or other instrument or obligation to which Provider is now a party or by which Provider may be bound or affected; and (3) Provider's tax exempt status, if applicable.  No consent, approval or authorization is required of any regulatory authority or governmental agency, or of any shareholder, partner, member, manager or other party related to Provider.

(c)     **Legal Obligation.**  This Contract has been duly authorized, executed and delivered by Provider, by and through individuals duly authorized to execute this Contract on behalf of Provider, and constitutes the legal, valid and binding obligation of Provider, enforceable against Provider in accordance with its terms.

(d)     **No Litigation Preventing Performance.**  There is no litigation, claim, consent order, settlement agreement, arbitration, agency proceeding, investigation, challenge or other proceeding pending or threatened against Provider, its properties or business or any individuals acting on Provider's behalf, including, without limitation, Subcontractors, in which any Person seeks to enjoin or prohibit Provider from entering into or performing its obligations under this Contract.

(e)     **Requisite Licensure and Qualifications.**  Provider and all of the Persons acting on Provider's behalf, including, without limitation, Subcontractors and their Subcontractors at any tier, in connection with the Services and Materials provided under this Contract, possess and, at all times during the Term of this Contract, shall possess all approvals, licenses, board certifications or eligibilities, training, certifications, qualifications and other credentials, including, without limitation, all licenses required for eligibility to receive Medical Assistance or other third party reimbursements, required in accordance with Applicable Law and the terms of this Contract, to perform the Services and provide the Materials.  Provider shall provide the City with copies of all approvals, licenses, credentials and certifications required under this Section upon request by the City.

Provider and all foster family homes, whether relative or non-relative, shall have current, full Certificates of Approval and/or licensure

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

throughout the Term of this Contract. Temporary or provisional approval and/or licenses do not satisfy this requirement.

Provider shall notify the Commissioner or Commissioner's designee, orally, electronically, and in writing, of any violations of the requirements of this section within twenty-four (24) hours of Provider's receipt of notice or other knowledge thereof, including changes which place Provider, Subcontractors, or a foster home in a provisional license status, or any other approval and/or license violation. Electronic notices of violation of this section shall be sent via email to DHSLicensure@phila.gov. **DHS will not reimburse foster care agencies for services provided to homes without documentation of full licenses.**

(f)     **No Adverse Interests.** Except as disclosed in writing and approved in advance by the Responsible Official, neither Provider nor any of its directors, officers, members, partners or employees, has any interest, or will acquire any interest, directly or indirectly, that would or may conflict in any manner or degree with the performance or rendering of the Services and Materials.

(g)     **No Indebtedness to the City.** Provider and any and all entities controlling Provider, under common control with Provider or controlled by Provider are not currently indebted to the City, and will not at any time during the Term of this Contract (including any Additional Term(s)) be indebted to the City, for or on account of any delinquent taxes (including, but not limited to, taxes collected by the City on behalf of the School District of Philadelphia), water bills, sewer bills, liens, judgments, fees or other debts for which no written agreement or payment plan satisfactory to the City has been established. Provider shall remain current during the Term of this Contract under all such agreements and payment plans, and shall inform the Responsible Official in writing of Provider's receipt of any notices of delinquent payments under any such agreement or payment plan within five (5) days after receipt. In addition to any other rights or remedies available to the City at law or in equity, Provider acknowledges that any breach or failure to conform to this representation, warranty and covenant may, at the option of the City, result in the withholding of payments otherwise due to Provider under this Contract or any other agreement with the City under which the City may then owe payment of any kind, and, if such breach or failure is not resolved to the City's satisfaction within a reasonable time frame specified by the City in writing, may result in the offset of any such indebtedness against said payments or the termination of this Contract for default (in which case Provider shall be liable for all excess costs and other damages resulting from the termination), or both. In addition, Provider understands that false certification, representation or warranty by it is subject to prosecution under Title 18 Pa.C.S.A. § 4904.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

(h)     **Commercial Activity License.**  If Provider is a "business" as defined in Section 19-2601 of the Code, Provider has and shall maintain during the Term of this Contract, a valid, current Commercial Activity License, issued by the City's Department of Licenses and Inspections, to do business in the City.

(i)     **Subcontractor Licensure; No Indebtedness to the City.**  Each Subcontractor, if any, holds and shall maintain during the term of the Subcontract, a valid, current Commercial Activity License to do business in the City, if required by Applicable Law.  To the best of Provider's knowledge, information and belief, the representations made in any Subcontract that Subcontractor is not indebted to the City are true and correct.

(j)     **Non-Suspension; Debarment.**  Provider and all of the individuals acting on Provider's behalf including, without limitation, Subcontractors, are not under suspension or debarment from doing business with the Commonwealth of Pennsylvania, any other state, or the federal government, or any department, agency or political subdivision of any of the foregoing.  If Provider cannot so warrant, then Provider shall submit to the Responsible Official a full, complete written explanation as to why Provider cannot so warrant.  Provider shall reimburse the City for the reasonable cost of investigation incurred by the City or the Commonwealth of Pennsylvania Office of Inspector General for investigation of Provider's compliance with the terms of this or any other contract between Provider and the City which results in the suspension or debarment of Provider.  Such costs shall include, but are not limited to, salaries of investigators, including overtime, travel and lodging expenses, expert witness and documentary fees and attorney fees and expenses.  Provider shall not be responsible for costs of investigations which do not result in Provider's suspension or debarment.

(k)     **Prohibiting Religious Activities.**  Provider shall not provide religious instruction, conduct religious worship or services, or in any way proselytize any individual in connection with the Services provided, either directly or indirectly, under this Contract.

Provider shall inform all individuals to whom Services are provided, whether directly or indirectly, of the following:  "The Philadelphia Department of Human Services' selection of a faith-based provider of social services is not an endorsement of the Provider's religious character, practices or beliefs.  No Provider of social services may discriminate against you on the basis of religion, a religious belief or your refusal to actively participate in a religious practice."

The above representations, warranties and convenants shall continue throughout the Term of this Contract.  In the event said

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

representations, warranties and covenants are or become untrue or inaccurate, Provider shall promptly give notice thereof to the City, specifying the manner in which said representation, warranty or covenant is untrue or inaccurate.

(1)   **Non-Lobbying Certification.**  No federally appropriated funds have been paid, by or on behalf of Provider, to any person for influencing or attempting to influence an officer or employee of any agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with the awarding of any federal contract, the making of any federal grant, the making of any federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any federal contract, grant, loan or cooperative agreement.

If any funds other than federally appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with this Contract, Provider shall complete and submit Standard Form LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

If this Contract or any Subcontract is funded with federal funds, Provider shall require that this language be included in the award documents for all subawards at all tiers (including Subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients and Subcontractors shall certify and disclose accordingly.

Provider understands that this is a material representation of fact upon which reliance was placed when this Contract was entered into. Submission of this certification is a prerequisite for making or entering into this Contract imposed under Section 1352, Title 31, U.S. Code, and Provider agrees that the execution of this Contract shall constitute the requisite submission.

The above representations, warranties and convenants shall continue throughout the Term of this Contract.  In the event said representations, warranties and covenants are or become untrue or inaccurate, Provider shall promptly give notice thereof to the City, specifying the manner in which said representation, warranty or covenant is untrue or inaccurate.

4.2   **Notice of Change.**  If there is a material change in the foregoing representations made by Provider for itself or on behalf of any of its Subcontractors, or a

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

circumstance occurs adversely affecting Provider's business integrity, Provider shall promptly notify Responsible Official of such changed circumstances.

## ARTICLE V:  SERVICE REQUIREMENTS

5.1     **Scope of Services.**   Services provided include the Services described in the Provider Agreement and all the obligations under this Contract.  The Services encompass the following general categories:

   (a)     Services to dependent, delinquent, and non-adjudicated children and their families; and

   (b)     Other professional services, including consulting and training services.

5.2     **Placement and Referral Process.**

   (a)     **Eligibility for Services.**   With the exception of children adjudicated delinquent, the City will be responsible for the determination of eligibility for public care and Services, and for the assumption of legal custody, if required, for all children provided Services under the Contract.

   (b)     **Referral Process.**

      (1)     With the exception of children adjudicated delinquent, the City shall, prior to Provider's acceptance of a child, furnish Provider with a social summary, including a family summary and a medical history.  To the extent such information is available to the City, the City shall also provide related school information, a signed psychological evaluation, and a signed psychiatric evaluation.

      (2)     When Provider receives a referral from the City for placement, with the exception of state approved residential treatment facility placements, the City will cooperate with Provider in arranging a pre-placement visit or conference.  The participants may include, but are not limited to, the child, parent or guardian, and County caseworker or probation officer.  Provider will not be obligated to pay transportation costs for participants who attend the visit or conference.

      (3)     Provider may reject a child and family only if it has exhausted its capacity under this Contract.  If Provider determines that a child or family is not acceptable for reasons other than exhaustion of capacity, it must notify the Commissioner in writing within twenty-four (24) hours of the rejection detailing the basis of the intended rejection and request an exception to this provision.  The Commissioner or Commissioner's designee's decision to grant or reject the request shall be final.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

(c)   **Residential Treatment Facility Placement.**  In the event that a child requires services that can only be provided in a residential treatment facility (RTF), Providers are to obtain approval from Community Behavioral Health (CBH) PRIOR to the RTF placement.

(d)   **Emergency Shelter Placement.**  In the case of Out-of-Home Placement in an emergency shelter, Provider will accept all referrals as stated in the Performance Standards.  Provider may only reject a referral if:

- Provider has exhausted its capacity under the Contract;

- the youth is committable pursuant to the Mental Health Procedures Act 50 P.S. § 7101 et seq.;

- the youth is eligible for detention at the Philadelphia Juvenile Justice Services Center pursuant to the Santiago Consent Decree; or

- the youth is eligible for admission to an acute care facility for medical purposes.

If Provider determines that a child placed in an emergency shelter is not suitable for its program for reasons other than those identified in this Section 5.2, Provider may, after accepting the child into emergency shelter, request an exception to this provision by following the procedures outlined in Section 5.2(b)(3).   Emergency shelter services must be accessible to the City for the placement of children twenty-four (24) hours per day, seven (7) days per week.

(e)   **Availability of Placement Providers.**  All Providers of Out-of-Home Placement services to children shall be prepared to receive referrals and to accept children into placement at all times, twenty-four (24) hours per day, seven (7) days per week.  Out-of-Home Placement Providers shall respond to placement referrals within one hour of their being contacted and will work immediately to secure placement for each child referred.

(f)   **Information Sharing Following Acceptance for Placement.**  Except in emergency situations, when the City receives official notice of acceptance by Provider for Out-of-Home Placement of a referred child, the City shall send to Provider available and pertinent information and documentation within five (5) business days after receipt of notice, or as soon as possible thereafter.

(g)   **Information Sharing in Emergency Out-of-Home Placement Cases.**  In the event of an emergency Out-of-Home Placement, the City shall make every effort to supply Provider with all available records, reports,

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

summaries, and any other pertinent information as soon as possible after the date of acceptance.

(h) **Collaborative Planning.** Provider, with the participation of all other necessary participants, shall develop an ISP, which shall be consistent with the FSP and Applicable Law. If DHS is responsible for case management, then DHS, with the participation of the Provider and all other necessary participants, shall develop an FSP, including a Placement Amendment. If a CUA is responsible for case management, then CUA, with the participation of the Provider and all other necessary participants, shall develop a Single Case Plan, which incorporates the ISP and shall be consistent with Applicable Law.

(i) **Clothing.** The City shall ensure that each child entering Out-of-Home Placement with Provider shall have at least minimally adequate clothing. If the City determines that the child's clothing is inadequate, it may authorize Provider to purchase the necessary clothing as outlined in the Departmental and Administrative Policy Directives.

(j) **Life skills training for children in placement.** Provider shall comply with Departmental and Administrative Policy Directives regarding the provision of life skill services for all youth in placement who have attained the age of twelve (12) years or above, regardless of their permanency goals. Concurrent with the ongoing reasonable efforts toward permanency, Provider will address the child's need to acquire the life skills needed for adult self-sufficiency. The Individual Service Plan will identify self-sufficiency goals and specific courses of action that the child will take to prepare for the pursuit of these goals. Provider's agency case worker will provide direct social work and other services to help the child prepare for self-sufficiency as an adult, including:

- Provision of life skills training

- High school retention and support

- Career clarification and decision-making

- Preparation for post-secondary education or vocational training

- Planning for acquisition of permanent housing upon discharge

- Support in identifying and coping with feelings of separation and loss that will be encountered upon emancipation

Provider shall identify and facilitate access to the resources needed for youth to acquire the skills necessary for self-sufficiency, including resources to support educational and employment goals and the acquisition of housing upon discharge.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

**Failure to comply with these requirements constitutes an Event of Default pursuant to Section 12.1(a). If Provider fails to comply with the requirements under Section 5.2, the City may exercise any of the remedies available pursuant to Section 13.1 including witholding of payment.**

5.3     **Medical and Dental Costs.**

(a)     **Responsibility for Payment.** The maximum fee(s) set forth in the Provider Agreement and Article VI of these General Provisions do not include payment of medical expenses. The City shall provide the necessary means of payment for medical expenses for the child only in the absence of a third party payor. The City shall apply for public benefits on behalf of the children and youth, including Public Assistance, Medical Assistance, Social Security or SSI, and the City shall furnish Provider with Medical Assistance card(s) or such information as is necessary to secure third party payments.

(b)     **Medical Assistance.** For delinquent children and children placed in the legal custody of the City, the City shall provide financial coverage for medical expenses through the MA program. The City shall not provide financial reimbursement for medical expenses which are not covered by the MA eligibility guidelines, or for services provided by vendors who are not MA-approved. Reimbursement shall be paid directly to the MA-approved vendor, not to Provider.

(c)     **Limits of the City's Responsibility.**

The City shall not be responsible for the following medical expenses:

(1)     those expenses incurred prior to the effective date of this Contract;

(2)     those expenses that are in excess of the applicable MA rate, unless Provider obtained prior written approval from the City;

(3)     those expenses for services not covered by the applicable MA category for which the child or youth is eligible, unless Provider has obtained prior written approval from the City;

(4)     those expenses for which the vendor refuses to bill MA; and

(5)     those expenses for services for which prior authorization from a managed care organization, including CBH, is required and has not been obtained, and for which Provider is seeking payment from the City. Provider shall be responsible for obtaining treatment authorization prior to securing the services; failure to do so shall result in Provider bearing sole liability for payment for such services.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

(d)   **Elective Services.** The City shall not assume responsibility for elective services (including medical or dental) unless Provider obtains prior written approval from the City.

5.4   **Change in Laws.** If, during the Contract Term, there are changes in PA DHS regulations regarding MA reimbursement, the City and Provider agree to negotiate an Amendment, to set forth revisions to Section 0 (Medical and Dental Costs) hereof, to conform to such changes. The City and Provider further agree that the remaining provisions of this Contract shall remain in full force and effect and binding on the Parties.

5.5   **Right of Review and Rejection.** The City reserves the right to inquire into the background and qualifications of Persons retained by Provider to provide Services, and to reject the use of any persons, families, or households which, in the City's sole judgment, are determined not to be in the best interests of the child or families for whom the Services are required.

## ARTICLE VI:   COMPENSATION

6.1   **Requisite Documents.** Prior to the City's payment for placement Services furnished by Provider to delinquent or alleged delinquent youth, Provider must possess the following completed and current documents:

(1)   Form Authorizations;
(2)   FSP;
(3)   Placement Amendment, if any;
(4)   CY-61 (Application for Initial Determination for Title IV-E Placement Maintenance and Medicaid); and
(5)   Court Order

6.2   **Certification of Available Funds.** Provider acknowledges that payments under this Contract shall not exceed the amount certified by or on behalf of the City's Director of Finance as available for this Contract. A copy of the form signed by the Office of the Director of Finance showing the amount of currently available funds will be attached to the fully executed Contract returned to Provider. During the Initial Term and any Additional Term(s) of this Contract, the City reserves the right to fund any remaining balance of this Contract amount in varying amounts from time to time as funds become available, not to exceed in total the maximum amount stated in this Contract. Provider agrees that the City shall not be obligated to fund this Contract except out of funds certified by or on behalf of the City's Director of Finance as currently available, even if those funds are less than the maximum amount stated in this Contract. If sufficient funds are not certified as available at any time, the City may exercise its options described in Section 6.3 (Unavailability of Funds) below.

6.3   **Unavailability of Funds.** If funding for this Contract from any source is not obtained and continued at an aggregate level sufficient to allow for payment for

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

the Services performed and Materials delivered under this Contract, the City may exercise one of the following options without liability or penalty to the City:

(a)   Terminate this Contract effective upon a date specified in a Termination Notice; or

(b)   Continue this Contract by reducing, through written notice to Provider, the amount of this Contract and Services and Materials, consistent with the nature, amount and circumstances of available funding.

The City's exercise of either option under this Section shall not affect any obligations or liabilities of either Party accruing prior to such termination or reduction of Services or Materials. Provider shall be compensated in accordance with the terms of this Contract for Services and Materials satisfactorily performed and delivered prior to such termination or modification of this Contract under this Section.

6.4   **Crossing Fiscal Years.** If any portion of the compensation set forth in this Contract is to be paid in any City fiscal year following the fiscal year in which the Initial Term or any Additional Term of this Contract commences (in either case, "Appropriated Fiscal Year"), Provider understands and agrees that the portion of the compensation under this Contract payable with City funds for any period following the Appropriated Fiscal Year is subject to the discretion of City Council as to future appropriations. If, for any reason, funds for any such portion of the compensation are not appropriated by City Council in any Fiscal Year following the Appropriated Fiscal Year, this Contract and the City's liability under this Contract shall automatically terminate at the end of the then current Appropriated Fiscal Year; provided, however, that Provider shall be compensated in accordance with the terms of this Contract for Services and Materials satisfactorily performed and delivered prior to the end of the then current Appropriated Fiscal Year.

6.5   **Allowability of Cost Items.** All payments by the City to Provider under this Contract shall be subject to the limitations on the allowability of cost items imposed by the City of Philadelphia Contract Cost Principles and Guidelines.

6.6   **Advances.** The City may, in the City's sole discretion, offer providers of per diem placement services (including Provider, if applicable) a one twelfth (1/12) advance payment, based on the maximum amount of this Contract, if Provider meets the following criteria:.

(1) Contract and/or encumbrance is $50,000.00 or over;
(2) Agency is not-for-profit;
(3) Service is to be provided for at least 5 DHS placement clients;
(4) Agency has submitted audited financial statements by required date;
(5) Audit review does not indicate possible financial difficulties;
(6) Provider performance reviews have been satisfactory;
(7) Provider has been contracting with DHS for at least 3 years; and

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

(8) A decrease in payments and/or placements, as determined by DHS, is not expected.

The advance to Provider shall be repaid by Provider to the City by reducing a proportionate amount of the advance from subsequent monthly payments by the City to Provider. The entire advance amount must be repaid no later than the April 30th invoice unless otherwise approved by the DHS Commissioner, not to exceed the end of the fiscal year for which the advance is provided. The City, in its sole discretion, may waive any or all of the criteria enumerated in (1)-(8) above.

6.7 **Income From Contract Funds.** Provider shall provide a written report to the City accounting for all income derived either directly or indirectly by Provider from the use of funds paid to Provider under this Contract or with respect to any activities of Provider in connection with this Contract, including, but not limited to, sale, publication, registration fees, interest, program service fees, and service charges on fees. If required by the City, at the City's sole discretion, Provider shall use all such income to set off against and reduce payments to Provider otherwise due under this Contract.

6.8 **Monitoring of Fund Utilization.** Provider and the City shall monitor utilization of funds encumbered under this Contract. Provider shall furnish the City with current utilization reports on a monthly basis. In the event of mutually agreed upon overutilization, the City will, proceeding under Section 3.3 (Additional Services and Materials; Change in Scope of Services) above, authorize an Amendment to this Contract to compensate Provider for such overutilization.

6.9 **Maximum Daily Rate, Days of Care or Units of Service (or combination thereof).** The City shall not compensate Provider for any increases in the maximum daily rate, number of days of care or units of service set forth in the Provider Agreement without the prior written approval of the Commissioner. By execution of this Contract, Provider agrees that the City may modify, upon issuance of a Modification Notice to Provider, the maximum daily rate, number of days of care or units of service that the City agrees to purchase under this Contract. In the event the maximum daily rate, number of days of care or units of service are increased, the date of such increase shall be the date stated in the Modification Notice. Any decrease in the maximum daily rate, number of days of care or units of services shall be made upon issuance of a Modification Notice not less than thirty (30) days prior to the effective date of such decrease.

6.10 **Total Actual Cost.** The maximum fee(s) set forth Section 4.1 in the Provider Agreement represents the maximum daily rate multiplied by the anticipated units of Services. The City shall pay Provider only for Provider's Total Actual Cost for Services set forth in the Provider Agreement, not to exceed the maximum amount set forth in Section 4.1 of the Provider Agreement. Total Actual Cost shall be limited to those expenditures permitted by Applicable Law, the City's Functional Expenditure Report, and the City of Philadelphia Contract Cost Principles and

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

Guidelines, as each may be amended from time to time. Actual cost shall be measured as of the end of the current fiscal year (unless a different date is approved in writing by the Commissioner or Commissioner's designee), and shall be documented on the Independent Functional Expenditure Report prepared and certified by a Certified Public Accountant. The Functional Expenditure Report shall be submitted to the City not more than one hundred twenty (120) days after the expiration or earlier termination date of this Contract.

6.11 **Excess Compensation.** If, as documented on the Independent Functional Expenditure Report prepared and certified by a Certified Public Accountant, compensation exceeds Provider's Total Actual Cost for Services, the City shall recover such excess compensation over Total Actual Cost by deduction from subsequent Provider billings to the Department or by accepting a refund from the Provider. The City may recover excess compensation at any time after it is documented. Total recovery of excess compensation by deductions from susequent Provider billings shall be accomplished over a nine (9) month maximum duration, unless a longer period is authorized in writing by the Commissioner or Commissioner's designee. Any extension of the recovery period, requested by the Provider or otherwise, beyond nine (9) months shall not create a bar to recovery by the City. If Provider ceases to contract with the City before the City has recovered all or any portion of the excess compensation, Provider shall promptly pay such excess amount to the City. The amounts of any deductions from Provider billings to the City in recovery of prior excess compensation over Total Actual Cost shall not be a part of actual costs for Department funded programs for the fiscal period during which it was deducted.

6.12 **Unpaid Amounts.** Provider must notify Department in writing at the address set forth in the Provider Agreement of any payments it claims are due to it under this Contract and which remain unpaid by the City, not more than sixty (60) days after the expiration of the then current Term of this Contract. Failure to adhere to the time limitation set forth in this Section may result in Provider's forfeiture of any unpaid balances or, in the sole discretion of the City, the requirement that Provider pay any and all additional administrative costs incurred by the City to process the invoices.

6.13 **Invoices.** To meet the City's requirements of a complete and accurate invoice a Provider must have a validly conformed contract with the City for the time period in which the Provider's duties were performed and a Provider must be in compliance with all of the terms of that contract, including, but not limited to, the Scope of Services, DHS Provider Standards, and all applicable Article VII audit requirements. A Provider shall submit their invoices to the City on a monthly basis. The City must receive invoices not more than ten (10) business days following expiration of the month for which the invoice is submitted.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

6.14 **Golden Parachute Agreements.** Provider shall not utilize funds under this Contract to fund in whole or in part the payment of Golden Parachute agreements or any similar agreements negotiated with its employees or agents.

6.15 **Indirect Rate Requests.** The budget-based, cost reimbursement contract Provider may request an indirect rate for indirect expenses. In order to be eligible for indirect rate approval, Provider must ensure that the request conforms to the requirements outlined in the Contract Cost Principles.

    (a) For cost reimbursement contracts over $500,000.00, Provider must submit a detailed justification including line item indirect expense cost calculations, regardless of the percentage of the indirect rate that is being requested.

    (b) For cost reimbursement contracts under $500,000.00 with a request of an indirect rate of greater than 10% of the total budget, Provider must submit a detailed justification including line item indirect expense cost calculations.

    (c) For cost reimbursement contracts under $500,000.00 with a request of an indirect rate of equal to or less than 10% of the total budget, Provider is not required to submit a detailed justification including line item indirect expense cost calculations, unless specifically requested by DHS.

    (d) The value of any applicable Subcontracts shall not be part of Provider's indirect percentage calculations.

    (e) All indirect rate approvals are at the sole discretion of DHS.

    (f) DHS may require a detailed justification including line item indirect expense cost calculations for all indirect rate requests at any time; all provisions to the contrary notwithstanding.

6.16 **Timely Payment From Pennsylvania State Funds.** Complete and accurate invoices submitted to the City, for which the City receives State reimbursement and for which the State funds have already been appropriated by the State for reimbursement to the City, shall be paid within thirty (30) days of receipt of the invoice.

### ARTICLE VII:   AUDITS; INSPECTION RIGHTS; RECORDS

7.1 **City Audit.** From time to time during the Initial Term and any Additional Term(s) of this Contract, and for a period of five (5) years after the expiration or termination of this Contract, the City may audit any and all aspects of Provider's performance under this Contract, including but not limited to its billings and invoices. Audits may be conducted by representatives, agents or contractors of the City, including the Department, or other authorized City representatives including, without limitation, the City Controller. If requested by the City, Provider shall submit to the City all vouchers or invoices presented for payment

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

pursuant to this Contract, all cancelled checks, work papers, books, records and accounts upon which the vouchers or invoices are based, and any and all documentation and justification in support of expenditures or fees incurred pursuant to this Contract. All books, invoices, vouchers, records, reports, cancelled checks and other materials shall be subject to periodic review or audit by the City.

7.2 **Inspection.** All Services and Materials shall be subject to inspection and review by City, federal and state representatives, as may be applicable, or their designees, at the offices of Provider in the City, or in another location with the City's consent. Provider shall cooperate with all City, state and federal inspections and reviews conducted in accordance with the provisions of this Contract. Such inspection and review of Provider's Services and Materials, including, without limitation, programs and facilities, shall be in the sole discretion of the inspecting or reviewing entity. Such inspection or review may include, without limitation, meetings with consumers, review of staffing ratios and job descriptions, and meetings with any of Provider's staff members who are either directly or indirectly involved in providing Services or Materials.

7.3 **Availability of Records.** Provider shall make available to the City at reasonable times during the Term of this Contract and for the period set forth in Section 7.4 (Retention of Records) below, all records pertaining to this Contract for the purpose of inspection, audit or reproduction by any authorized representative (including any agent or contractor and the City Controller) of the City, the Commonwealth Secretary of PA DHS or Auditor General, and any other federal and/or state auditors, as may be applicable.

7.4 **Retention of Records.** Provider shall retain all records, books of account and documentation pertaining to this Contract for a period of five (5) years following expiration or termination of this Contract; if, however, any litigation, claim or audit is commenced prior to expiration of said five (5) year period, then the records shall be retained until all litigation, claims or audit findings have been completely terminated or resolved, without right of further appeal, or if Applicable Law requires a longer period, then the records shall be retained for such longer period.

7.5 **Independent Audit.**

(a) *Combined City contracts that total less than $300,000 in a fiscal year.* If requested by the City, Provider shall submit to the City an Independent Audit Report that is acceptable to the City and prepared and certified by a Certified Public Accountant (CPA) acceptable to the City. The Independent Audit Report shall be prepared in accordance with the following audit requirements:

(1) Provider shall submit a separate audit for each individual entity that contracts with the City. An individual entity includes each

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

entity with a distinct taxpayer identification number or social security number, or employer identification number. It is intended that this requirement be followed in addition to any other requirements of: the law, other regulatory bodies, or other financial statement presentations.

(2)     The basic financial statements to be filed will include: the Statement of Financial Position, the Statement of Activities, the Statement of Cash Flows and the Statement of Functional Revenue and Expenses by Contract number and Program name.

(3)     Provider shall ensure that a final audit of the financial transactions relating to each City contract shall be performed in compliance with all requirements of the Subrecipient Audit Guide, which is incorporated in this Contract by reference. This audit shall verify that all invoiced costs are actual, authorized and eligible for reimbursement in accordance with each City contract's requirements.

(4)     Provider agrees to make full and prompt refund to the City of amounts of money which result from audit exceptions due to Provider's performance hereunder, or result from non-compliance with Applicable Law and this contract, including, without limitation, the Contract Cost Principles.

(5)     The City reserves the right to disallow fees paid by Provider for audit services under this contract if the final audit report is not submitted in the manner and within the time frame prescribed in this Section or if subsequent review of audit work papers discloses deficiencies in required performance.

(6)     Provider shall submit all audit documentation, as described above, pertaining to this Contract no later than one hundred twenty (120) days after the end of the Term of this Contract, unless a different time is approved, in writing, in accordance with City's audit policies, which are incorporated in this contract by reference. Provider's failure to submit the audit documentation in the time required shall be a basis for withholding processing of invoices for payment, and other remedies the City has at its discretion in accordance with this contract and the City's audit policies.

(b)     *Combined City contracts that total $300,000 or more in a fiscal year.* Provider shall submit to the City an Independent Audit Report that is acceptable to the City and prepared and certified by a Certified Public Accountant (CPA) acceptable to the City. The Independent Audit Report shall be prepared in accordance with the following audit requirements:

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

(1)     Provider shall submit a separate audit for each individual entity that contracts with the City. An individual entity includes each entity with a distinct taxpayer identification number or social security number, or employer identification number. It is intended that this requirement be followed in addition to any other requirements of: the law, other regulatory bodies, or other financial statement presentations.

(2)     The basic financial statements to be filed will include: the Statement of Financial Position, the Statement of Activities, the Statement of Cash Flows and the Statement of Functional Revenue and Expenses by Contract number and Program name.

(3)     Provider shall ensure that an audit of the financial transactions relating to each City contract shall be performed.

     a)     As applicable, the audit shall be in compliance with all requirements of the Subrecipient Audit Guide, which is incorporated in this contract by reference. This includes Department specific required disclosures and schedules. This audit shall verify that all invoiced costs are actual, authorized and eligible for reimbursement in accordance with this contract's requirements.

         1)     When the combined total of all City contracts with the Provider is greater than $300,000 but the combination of all federal and state funds received by the Provider, from all sources, is less than $500,000, the Provider must provide a financial audit in accordance with generally accepted auditing standards. Specifically, the report shall contain a Balance Sheet, Statement Of Activities And Changes In Net Assets, and A Statement Of Cash Flows.

         2)     When the combined total of all funds received by the Provider from the federal and state governments, from all sources, are equal to or greater than $500,000, the Provider must provide a financial audit in accordance with generally accepted government auditing standards (Yellow Book Audit), regardless of the combined total of all City contracts. Specifically, the report shall contain a Balance Sheet, Statement Of Activities And Changes In Net Assets, and A Statement Of Cash Flows. In addition, there must be an opinion given on Internal Control Over Financial Reporting.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

3)    When the combined total of all funds received by the Provider from the federal government, from all sources, is equal to or greater than $750,000, the Provider must provide a Single Audit in accordance with the United States Code of Federal Regulations Title 2 (2 CFR).

b)    Providers shall adhere to all other auditing requirements imposed by state and/or federal legislation and regulation, including but not limited to audit submission timelines, on funding source(s) that provider receives through this contract, if the funding source(s) are comprised of state and/or federal funds.

(4)    Provider agrees to make full and prompt refund to the City of amounts of money which result from audit exceptions due to Provider's performance hereunder, or result from non-compliance with Applicable Law and this contract, including, without limitation, the Contract Cost Principles.

(5)    The City reserves the right to disallow fees paid by Provider for audit services under this contract if the final audit report is not submitted in the manner and time frame prescribed in this Section or if subsequent review of audit work papers discloses deficiencies in required performance.

(6)    Provider shall submit all audit documentation, as described above, pertaining to this Contract no later than one hundred twenty (120) days after the end of the Term of this Contract, unless a different time is approved, in writing, in accordance with City audit policies, which are incorporated in this contract by reference. Provider's failure to submit the audit documentation in the time required shall be a basis for withholding processing of invoices for payment, and other remedies the City has at its discretion in accordance with this contract and the City's audit policies.

7.6    **Compliance Audit Reports.** If this Contract is funded in whole or in part with Commonwealth or federal funds, Provider must prepare and submit compliance audit reports to the Department as required under Applicable Law and any contracts pertinent to the Department's receipt of such funds.

7.7    **Program Records; Reporting Costs.**

(a)    **Reports Concerning Provider's Costs.** In addition to the financial and compliance audits, Provider shall (1) identify that part of its per diem rate or unit cost that is attributable to Services rendered; and (2) identify any

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

unallowable costs, as defined by Applicable Law, this Contract, and the Contract Cost Principles.

(1)   Providers of Title IV-E eligible services, regardless of their physical location, are required to provide complete, timely and accurate Title IV-E submissions.

    a)   Providers must secure approved Title IV-E rates for all eligible services as a condition of receiving full funding for Title IV-E services from DHS. If, after a reasonable timeframe (as determined by DHS), Provider has failed to secure approved Title IV-E rates, DHS may retroactively decrease payable per diems to the prior year's city portion of such per diems. If no prior year Title IV-E per diem rate was established, DHS reserves the right to establish a temporary city share rate until the Provider's Title IV-E package has been approved.

    b)   Title IV-E rate packages must include rates for all Out-of-Home Placement services provided to DHS. If DHS's contracted rates are greater than the projected per diem included in the Title IV-E rate packages, DHS's contracted rates shall be reduced to the Title IV-E rates.

(b)   **Purchase Category.**   In reporting financial, program or Service information, Provider shall reflect costs by purchase category for each Service rendered under this Contract.

(c)   **Unallowable Costs; Third Party Funds.**

(1)   In the calculation of unallowable costs under Title IV-E, this Contract, or the City of Philadelphia Contract Cost Principles and Guidelines, contributed Services are to be used to offset unallowable costs before computing the unreimbursed amount which Provider will report to the City.

(2)   Unless otherwise required by the Department to obtain maximum reimbursement from any third party source, Provider agrees that third party funds received from a government funding source (which may be used to pay for costs incurred in providing a child welfare Service provided under this Contract) or third party donor restricted funds (which may be held for a specific child welfare Service provided under this Contract), shall be credited in the following manner:

    a)   first against unallowable costs; then,

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

b)    against the difference between the Actual Allowable Costs incurred by Provider and the per diem cost paid by the City for the Service; then,

c)    to reduce the payments otherwise required to be made by the City under this Contract, by applying the remaining funds to such costs on a percentage basis, calculated by dividing the cost for each Service under this Contract by the total cost of all Services provided under this Contract.

7.8    **Audits Pursuant to Section 6-400 of the Home Rule Charter.**  Any Provider that is an Agency, as defined in Section 6-400 of the Philadelphia Home Rule Charter, shall permit the City Controller to audit its affairs as authorized in Section 6-400 during the Initial Term or any Additional Term.  Under Section 6-400, an Agency is any entity that receives funds from the City, and either a) is created by, or whose board of directors is in whole or part appointed by, one or more City officials or bodies; or b) is organized pursuant to legal authority granted to it by City ordinance.

## ARTICLE VIII:  ASSIGNMENT

8.1    **Assignment By Provider.**  Provider shall not assign this Contract, or any part of this Contract, or delegate performance of this Contract (other than to its own work forces), without obtaining the prior written consent of the Commissioner or designee.  The decision whether to consent to an assignment, the timing of consent (if any), and conditions to such consent, if any, shall each be at the City's sole discretion.  Any consent to the assignment of any monies to be paid under this Contract shall not relieve Provider from the faithful performance of any of its obligations under this Contract or change any of the Terms and Conditions of this Contract.  Any purported assignment in violation of this provision shall be void and of no effect.  The City's consent to an assignment shall not release the assignor from any liability accrued or thereafter accruing under this Contract.  Any assignment or purported assignment shall be in writing and shall contain an express assumption by the assignee of all liability accrued or thereafter accruing under this Contract.  Consent by the City to any assignment shall not be deemed a course of conduct, dealing or performance with respect to any other assignment or proposed assignment.  For purposes of this Section 8.1 (Assignment by Provider), an assignment includes the acquisition of the Provider, or a controlling interest therein, through a sale of stock, assets, or otherwise; a corporate or other merger; and the appointment of a receiver or bankruptcy trustee; and the transfer of this Contract or of control of Provider in any bankruptcy or other insolvency proceeding.

8.2    **Applicability in Case of Bankruptcy or Insolvency.**  A receiver or trustee of or for Provider in any federal or state bankruptcy, insolvency or other proceeding concerning Provider shall comply with the requirements set forth in Section 8.1 (Assignment by Provider) above.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

8.3   **Personal Services.**  Provider acknowledges that the Services and Materials are the personal services of Provider and the City shall have no obligation to accept performance by a third party without the Commissioner's or designee's prior and express written consent.

## ARTICLE IX:  INDEPENDENT CONTRACTOR; INDEMNIFICATION; LITIGATION COOPERATION

9.1   **Independent Contractor.**  Provider is an independent contractor and shall not in any way or for any purpose be deemed or intended to be an employee or agent of the City.  Neither Provider nor its agents, employees or Subcontractors shall in any way represent that they are acting as employees, officials or agents of the City.

9.2   **Indemnification.**  Provider shall indemnify, defend and hold harmless the City, its officers, employees and agents, from and against any and all losses, costs (including, but not limited to, litigation and settlement costs and counsel fees and expenses), claims, suits, actions, damages, liability and expenses, occasioned wholly or in part by Provider's act or omission or negligence or fault or the act or omission or negligence or fault of Provider's agents, Subcontractors, independent contractors, suppliers, employees or servants in connection with this Contract, including, but not limited to, those in connection with loss of life, bodily injury, personal injury, damage to property, contamination or adverse effects on the environment, intentional acts, failure to pay any Subcontractors and suppliers, any breach of this Contract, loss of data, data security breach, and any infringement or violation of any proprietary right (including, but not limited to, patent, copyright, trademark, service mark and trade secret).

9.3   **Litigation Cooperation.**  If, at any time, the City becomes involved in a dispute or receives notice of a claim or is involved in litigation concerning the Services and Materials provided under this Contract, the resolution of which requires the Services or cooperation of Provider, and Provider is not otherwise obligated to indemnify and defend the City pursuant to the provisions of Section 9.2 (Indemnification) above, Provider agrees to provide such Services and to cooperate with the City in resolving such claim or litigation as Additional Services and Materials under Section 3.3 (Additional Services and Materials; Change in Scope of Services) above and require any Subcontractors to abide to this Section 9.3.

9.4   **Notice of Claims.**  If Provider receives notice of a legal claim against it in connection with this Contract, Provider shall submit appropriate written notice of such claim to its insurance carrier within the time frame required for submission of claims by the applicable insurance policy and, within ten (10) business days of receipt of notice of the claim, to the Commissioner.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

## ARTICLE X:  INSURANCE

10.1    **Insurance.**  Unless otherwise approved by the City's Risk Manager in writing, Provider shall, at its sole cost and expense, procure and maintain, or cause to be procured and maintained, in full force and effect, the types and minimum limits of insurance specified below, covering Provider's performance of the Services and the delivery of the Materials.  Provider shall procure, or cause to be procured, all insurance from reputable insurers admitted to do business on a direct basis in the Commonwealth of Pennsylvania or otherwise acceptable to the City.   All insurance herein, except Professional Liability insurance, shall be written on an "occurrence" basis and not a "claims-made" basis.  In no event shall Provider perform any Services or other work until Provider has delivered or caused to be delivered to the Responsible Official and the City's Risk Management Division the required evidence of insurance coverages.  All insurance coverages shall provide for at least thirty (30) days prior written notice to be given to the City in the event coverage is materially changed, cancelled, or non-renewed.  The City, its officers, employees, and agents, shall be named as additional insureds on the General Liability Insurance policy.   Coverage shall also include sexual abuse/molestation coverage.  As outlined in Section 10.3, Provider shall also deliver or cause to be delivered to the City an endorsement stating that the coverage afforded the City and its officers, employees and agents, as additional insureds, will be primary to any other coverage available to them and that no act or omission of the City, its officers, employees or agents shall invalidate the coverage.

(a)     **Workers' Compensation and Employers' Liability.**

      (1)    Workers' Compensation:  Statutory Limits

      (2)    Employers' Liability:  $100,000 Each Accident - Bodily Injury by Accident; $100,000 Each Employee - Bodily Injury by Disease; and $500,000 Policy Limit - Bodily Injury by Disease.

      (3)    Other states insurance including Pennsylvania.

(b)     **General Liability Insurance.**

Limits of Liability:

      (1)    For all Out-of-Home service categories, including, but not limited to, day treatment and day care centers:  Two million dollars ($2,000,000.00) per occurrence;

      (2)    For all in-home service categories:  One million dollars ($1,000,000.00) per occurrence;

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

Coverage:

(1)   Premises operations;
(2)   Blanket contractual liability;
(3)   Personal injury liability;
(4)   Products and completed operations;
(5)   Independent contractors;
(6)   Employees and volunteers as additional insureds;
(7)   Cross liability;
(8)   Broad form property damage (including completed operations); and
(9)   Sexual abuse/molestation.

(c)   <u>**Automobile Liability Insurance**</u>.

(1)   Limit of Liability:  $1,000,000 per occurrence combined single limit for bodily injury (including death) and property damage liability.

(2)   Coverage:  Owned, non-owned, and hired vehicles.

(d)   <u>**Professional Liability Insurance**</u>.

(1)   Health Care Providers subject to the Medical Care Availability and Reduction of Error (MCARE) Act, as amended:

a)   Hospital and Nursing Homes including officers and employees: $1,000,000 each occurrence, $4,000,000 annual aggregate.

b)   Individuals and Professional Corporations: $1,000,000 each occurrence; $3,000,000 annual aggregate.

(2)   All Health Care and Human Services Providers not subject to the MCARE Act, as amended: $1,000,000 each occurrence; $3,000,000 annual aggregate.

(3)   Professional Liability Insurance may be written on a claims-made basis provided that coverage for occurrences happening during the performance of the Services required under this Agreement shall be maintained in full force and effect under the policy or "tail" coverage for a period of at least two (2) years after completion of the Services.

10.2   <u>**Self-Insurance**</u>.  Provider may not self-insure any of the coverages required under this Contract without the prior written approval of the Commissioner and the City's Risk Manager.  In the event that Provider wants to self-insure any of the coverages listed above, it shall submit to the Commissioner and the City's Risk

DocuSign Envelope ID: 421E34E1-11U9-43FD-9478-27B82F8F845C

Manager, prior to Provider's commencement of Services or delivery of any Materials hereunder, a certified copy of Provider's most recent audited financial statement, and such other evidence of its qualifications to act as self-insurer (e.g. state approval) as may be requested by the Commissioner or the City's Risk Manager. In the event the City grants such approval, Provider understands and agrees that the City, its officers, employees and agents shall be entitled to receive the same coverages and benefits under Provider's self-insurance program that they would have received had the insurance requirements set forth above been satisfied by a reputable insurer admitted and duly authorized to do business in the Commonwealth of Pennsylvania or otherwise acceptable to the City. If at the time of commencement of the Term of this Contract, Provider self-insures its professional liability or workers' compensation and employers' liability coverage, Provider may, in lieu of the foregoing, furnish to the City a current copy of the state certification form for self-insurance or a current copy of the State Insurance Commissioner's letter of approval, whichever is appropriate. The insurance (including self-insurance) requirements set forth herein are not intended and shall not be construed to modify, limit or reduce the indemnifications made in this Contract by Provider to the City, or to limit Provider's liability under this Contract to the limits of the policies of insurance (or self-insurance) required to be maintained by Provider hereunder.

10.3 **Evidence of Insurance Coverage.** Certificates of insurance evidencing the required coverages must specifically reference the City contract number for which they are being submitted, indicate that the City of Philadelphia, its officers, employees and agents are named as additional insureds and that coverage is included for sexual abuse/molestation. The original certificates of insurance and a copy of Provider's current sexual abuse/molestation endorsement must be submitted to the City's Risk Manager at the following address:

> The City of Philadelphia
> Office of the Director of Finance
> Division of Risk Management
> 1515 Arch Street, 14th Floor
> Philadelphia, PA 19102-1579
> (Fax No.: 215-683-1705).

A copy of the certificates of insurance shall be submitted to the Commissioner at the address of the Department set forth in the Notice Section of the Provider Agreement. Both submissions must be made at least ten (10) days before work is begun and at least ten (10) days before each Additional Term. The City, in its sole discretion, may waive the ten (10) day requirement for advance documentation of coverage in situations where such waiver will benefit the City, but under no circumstances shall Provider actually begin work (or continue work, in the case of an Additional Term) without providing the required evidence of insurance. The actual endorsement adding the City as an additional insured must specifically reference the City contract number and be submitted to the City's

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

Risk Manager at the above address. The City reserves the right to require Provider to furnish certified copies of the original policies of all insurance required under this Contract at any time upon ten (10) days written notice to Provider.

10.4  **Fidelity Bond.** When required by the City, Provider shall, at its sole cost and expense, obtain and maintain during the Initial Term and any Additional Term(s) of this Contract, a fidelity bond in an amount equal to the greater of (a) Ten Thousand Dollars ($10,000) or (b) the amount specified in the Provider Agreement, covering Provider's employees who have financial responsibilities related to the receipt and disbursement of funds under this Contract. In lieu of a fidelity bond, Provider may obtain coverage for crime insurance with limits that are the greater of (a) ten thousand dollars ($10,000) or (b) the amount specified in the Provider Agreement. The fidelity bond or crime insurance, whichever is obtained by Provider, shall name the City as a beneficiary. Evidence of the existence of the fidelity bond or crime insurance shall be submitted to the City prior to the commencement of Services in conformity with the requirements of Section 10.3 (Evidence of Insurance Coverage) above.

## ARTICLE XI:   OWNERSHIP OF MATERIALS; PROPRIETARY INFORMATION; CONFIDENTIALITY

11.1  **City Data.** Except as may be provided otherwise in the section of the Provider Agreement dealing with exceptions to these General Provisions, "City Data" shall include: any and all records, documents, and data furnished by the City to Provider in relation to the work required under the Contract; and all Deliverables, Materials, other work product(s), and items of work created by Provider as part of, or to perform work required under, the Contract. "City Data" shall not, however, include any information which: was known to Provider, prior to the commencement of its performance of the Contract, free of any obligation to keep it confidential; is proprietary to Provider; was generally known to the public at the time of receipt by Provider, or becomes generally known to the public through no act or omission of Provider; or was independently developed by Provider, unrelated to work performed for the City, and without knowledge or use of any information obtained from the City.

11.2  **Ownership of Materials.**

(a)   Subject to Applicable Law, all Materials shall be the sole and absolute property of the City and the City shall have title thereto and unrestricted use thereof. To the extent that any Materials relating to this Contract developed by or for Provider embody a copyrightable work, including, but not limited to, a "compilation" as that term is used in 17 U.S.C. §101, as amended from time to time, the City and Provider agree that such copyrightable work(s) shall be considered as one or more "works made for hire" by Provider for the City, as that term is used in 17 U.S.C. §§101 and 201(b), as amended from time to time. To the extent that any Materials

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

relating to this Contract developed by or for Provider embody one or more copyrightable works but are neither a "compilation" nor any other form of "work made for hire," Provider hereby assigns, and agrees to execute instruments evidencing such assignment, all copyrights in all of such works to the City. Provider shall cause all Materials developed or produced by Provider and any Subcontractor in connection with this Contract which embody a copyrightable work to bear the following designation: "©____The City of Philadelphia" [complete then current year in blank line].

(b)    Without limitation of the foregoing, and in order to ensure continuity of care, medical records may be retained in the custody and control of Provider. The City shall be allowed unlimited access to all medical records, and if copies are required they shall be made at Provider's expense.

(c)    Provider shall make available to the City, upon the City's request, a copy of any Materials prepared by or for Provider in performance of this Contract, at no cost to the City.

(d)    All computer programs, tapes and software developed under this Contract shall be compatible with specifications set by the Department.

(e)    Provider hereby grants, and shall require its Subcontractors to grant, to the City a royalty-free, nonexclusive and irrevocable right to publish, translate, reproduce, deliver, perform and authorize others to do so, all studies, media, curricula, reports and other Materials not owned by the City under this Contract but which relate to the performance of the Services, Materials or this Contract; provided, however, that Provider shall not be required to grant such right to the City with respect to any Materials for which Provider would be liable to pay compensation to third parties because of such grant.

(f)    If federal or Commonwealth funds are used for the development of new software or for modifications of software, the Provider hereby grants to the Commonwealth of Pennsylvania and the federal government a royalty-free, nonexclusive and irrevocable license. Said license shall include the rights to reproduce, publish, or otherwise use, and to authorize others to use for State and Federal Government purposes, including software or modifications thereof and associated documentation designed, developed or installed with federal financial participation. Said license shall apply except when in the case that the software purchase is of proprietary operating/vendor software packages (e.g., ADABAS or TOTAL) which are provided at established catalog or market prices and sold or leased to the general public.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8FB45C

11.3   **Non-Disclosure and Destruction of Data.** Provider and its employees, agents, Subcontractors, suppliers, and any person or entity acting on its behalf (i) will maintain in strict confidence all City Data; (ii) will not, without the City's written permission, issue, divulge, disclose, publish, communicate, or distribute any City Data to any person or entity except as may be strictly necessary to perform under the Contract; (iii) will not, without the City's written permission, in any way use any City Data for their businesses, research, or other advantage or gain (except as may be strictly necessary to perform under the Contract), including, without limitation, any use of City Data in any presentation, demonstration, or proposal to perform work, to the City or to others, that may be conducted or created as part of their business activities or otherwise; and (iv) except as required by Applicable Law, will immediately upon termination of the Contract return all City Data to the City, destroy any and all copies of any City Data that are in their possession, whether on paper or in electronic or other form and, if requested by the City in writing, will certify in writing that there has been full compliance with this section.

## ARTICLE XII:   EVENTS OF DEFAULT

12.1   **Events of Default.** Each of the following shall be an Event of Default by Provider under this Contract:

(a)   Failure by Provider to comply with any provision of this Contract;

(b)   Occurrence of an Event of Insolvency with respect to Provider;

(c)   Falseness or inaccuracy of any warranty or representation of Provider contained in this Contract or in any other document submitted to the City by Provider;

(d)   Misappropriation by Provider of any funds provided under this Contract or failure by Provider to notify the City upon discovery of any misappropriation;

(e)   A violation of law which results in a guilty plea, a plea of nolo contendere, or conviction of a criminal offense by Provider, or any of its directors, employees, or agents (1) directly or indirectly relating to this Contract or the Services or Materials provided under this Contract, whether or not such offense is ultimately adjudged to have occurred; or (2) which adversely affects the performance of this Contract; or (3) in any factual circumstances bearing any substantial similarity to any of the Services under this Contract;

(f)   Indictment or other issuance of formal criminal charges against Provider, its directors, employees or agents for any criminal offense or any other violation of Applicable Law directly relating to this Contract or Services or Materials, in any factual circumstances bearing any substantial

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

similarity to any of the Services under this Contract or which otherwise adversely affects Provider's performance of this Contract in accordance with its terms, whether or not such offense or violation is ultimately adjudged to have occurred;

(g)   Debarment or suspension of Provider or any agent, employee or Subcontractor of Provider under federal, state or local law, rule or regulation; and/or

(h)   Any act, omission, or misrepresentation which renders Provider ineligible for a City contract or renders the contract voidable under Philadelphia Code Chapter §17-1400.

12.2   **Notice and Cure.**  The City agrees that the City will not exercise any right or remedy provided for in Section 13.1 (The City's Remedies) below because of any Event of Default unless the City has first given written notice of the Event of Default to Provider, and Provider, within a period of ten (10) days thereafter, or such additional cure period as the City may authorize, shall have failed to correct the Event of Default; provided, however, that no such notice from the City shall be required nor shall the City permit any period for cure if:

(a)   Provider has temporarily or permanently ceased providing Services and/or Materials;

(b)   The Event of Default creates an emergency which requires, as determined by the City in the City's sole discretion, immediate exercise of the City's rights or remedies;

(c)   The City has previously notified Provider in the preceding twelve (12) month period of any Event of Default under this Contract;

(d)   An Event of Default occurs as described in 12.1(b), (c), (d), or (f)  above; or

(e)   Provider has failed to obtain or maintain the insurance or any bond required under this Contract.

Nothing contained in this Section shall limit the City's rights under Article XIII (Remedies) below.

## ARTICLE XIII:  REMEDIES

13.1   **The City's Remedies.**

(a)   In the event Provider has committed or permitted an Event of Default and has been notified thereof in accordance with Section 12.2 (Notice and Cure) above, then the City may, but shall not be obligated to, without

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

further notice to or demand on Provider and without waiving or releasing Provider from any of its obligations under this Contract:

(1)    perform (or cause a third party to perform) this Contract, in whole or in part, including, without limitation, obtaining or paying for any required insurance or performing other acts capable of performance by the City. Provider shall be liable to the City for all sums paid by the City and all expenses incurred by the City (or a third party) pursuant to this Section 13.1, together with interest at a rate equal to the Prime Rate as set by First Union National Bank or its successors, plus five (5) percent, provided, however, such interest rate and expense shall not exceed the highest legal rate permitted in the Commonwealth of Pennsylvania thereon from the date the City or its agent incurs such costs. The City shall not in any event be liable for inconvenience, expense or any other damage (including, but not limited to, consequential damages or lost profits) incurred by Provider by reason of the City's performance or paying such costs or expenses, and the obligations of Provider under this Contract shall not be altered or affected in any manner by the City's exercise of its rights under this Section 13.1 (The City's Remedies);

(2)    withhold payment of, or offset against, any funds payable to or for the benefit of Provider;

(3)    collect, foreclose or realize upon any bond, collateral, security or insurance provided by or on behalf of Provider;

(4)    exercise any other right the City has or may have at law, in equity, or under this Contract.

(b)    In the event Provider has committed or permitted an Event of Default and has been notified thereof in accordance with Section 12.2 (Notice and Cure) above, then the City may, but shall not be obligated to, without waiving or releasing Provider from any of its obligations under this Contract, terminate or suspend this Contract in whole or in part, as set forth more fully in Article XIV (Transition, Termination, and Suspension) below. In the event of partial termination or suspension, Provider shall continue the performance of this Contract to the extent not terminated or suspended.

(c)    The Services and Materials purchased from Provider are unique, personal in nature and not otherwise readily available. Accordingly, Provider acknowledges that, in addition to all other remedies to which the City is entitled, the City shall have the right, to the fullest extent permitted under Applicable Law, to enforce the terms of this Contract without limitation, by a decree of specific performance or by injunction restraining a

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B62F8F845C

violation, or attempted or threatened violation, of any provision of this Contract.

13.2   **Concurrent Pursuit of Remedies; No Waiver.** The City may exercise any or all of the remedies set forth in this Article XIII (Remedies), each of which may be pursued separately or in conjunction with such other remedies as the City in its sole discretion shall determine. No extension or indulgence granted by the City to Provider shall operate as a waiver of any of the City's rights in connection with this Contract. The rights and remedies of the City as described in this Article XIII (Remedies) and as described elsewhere in this Contract shall not be exclusive and are in addition to any other rights or remedies available to the City under this Contract at law or in equity.

## ARTICLE XIV: TRANSITION, TERMINATION AND SUSPENSION

14.1   **Transition.** As provided for in Section 2.1, this Contract shall not exceed the term period of one (1) year. However, the City shall have the right at any point, in either whole or in part, to transition the Services and Materials covered under this Contract to another contract. At least sixty (60) days notice of the need to transition the Services and Materials covered under this Contract will be provided with a transition start date and transition end date.

14.2   **Termination or Suspension.** In addition to its rights under Articles VI (Compensation) and XIII (Remedies) above, the City shall have the right, in either whole or in part, to terminate this Contract or suspend Provider's performance under this Contract at any time during the Initial Term or any Additional Term(s) of this Contract, for any reason, including, without limitation, the convenience of the City. If this Contract is terminated, the City shall issue a written Termination Notice, which shall set forth the effective date of the termination. If this Contract is suspended, the City shall issue a written Suspension Notice, which shall set forth the effective date of the suspension.

14.3   **Provider Responsibilities Upon Transition, Termination or Suspension.**

(a)   Upon the City's transmission of a Transition Notice, Termination Notice or a Suspension Notice under any provision of this Contract, Provider and its agents, employees and Subcontractors, shall

(1)   take immediate action in an orderly manner to discontinue Services and Materials, and demobilize work forces to minimize the incurrence of costs; and

(2)   upon request by the City by notice to Provider, collect, assemble and transmit to the City all Materials in such state of completion as may exist as of the effective date of the transition, termination or suspension. All such Materials shall be clearly labeled and indexed to the satisfaction of the Commissioner and delivered to

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

the Commissioner by Provider on or before the date for delivery of the Materials set forth in the Transition Notice, Termination Notice or Suspension Notice or, if no such date is set forth in the Termination Notice or Suspension Notice, then before the effective date of termination set forth in the Transition Notice, Termination Notice or Suspension Notice. Provider waives and releases any and all right to any retaining or charging liens or similar right or remedy in favor of Provider.

(b)    The City's transition, termination or suspension of this Contract shall not affect any obligations or liabilities of either Party accruing prior to the effective date of such termination or suspension.

(c)    There shall be no liability, cost or penalty to the City (including, but not limited to, consequential damages or lost profits) for transition, termination or suspension of this Contract.

### 14.4   Payment of Provider upon Transition, Termination or Suspension.

(a)    Upon termination or suspension of this Contract by the City for an Event of Default, Provider shall be entitled to payment of such an amount, to be determined by the City and subject to audit, as shall compensate it for the work satisfactorily performed prior to the termination date; provided, however, that:

    (1)    no allowance shall be included for termination expenses or for anticipated profits, unabsorbed or under absorbed overhead, or unperformed Services and Materials not satisfactorily delivered; and

    (2)    the City shall deduct from any amount due and payable to Provider prior to the termination date, but withheld or not paid, the total amount of fees, costs or additional expenses incurred by the City in order to satisfactorily complete the Services and Materials required to be performed by Provider under this Contract, including the expense of engaging another provider for this purpose, and such other damages, costs, losses and expenses of the City as may be incurred or result from such termination for an Event of Default.

(b)    In the event of transition, termination or suspension of this Contract by the City for the City's convenience, Provider shall be paid such an amount as shall compensate Provider for the portion of the Services satisfactorily performed and Materials satisfactorily delivered prior to the date of transition, termination or suspension. The City shall not pay Provider any amount for Provider's transition, termination or suspension expenses or anticipated profits, unabsorbed or underabsorbed overhead, or unperformed Services and Materials not satisfactorily delivered.

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

14.5     **Special Suspension Rules.**  Suspension of Provider's performance under this Contract after an Event of Default shall not constitute a waiver or release of any liability of Provider for such Event of Default or any of the City's damages or other remedies arising out of such Event of Default; nor shall such suspension be deemed an election of remedies in derogation of any other remedy.  Provider acknowledges that the City shall have the right, at its sole discretion, to suspend Provider's performance in the event City Council or the Commonwealth of Pennsylvania does not appropriate funds for the performance of this Contract.  In the event that the City issues a Suspension Notice to Provider, such suspension shall continue from the effective date specified in the Suspension Notice until a date specified in the Suspension Notice which shall be not more than one hundred eighty (180) days after the effective date or the date of judgment in any pending trial, whichever is later (such period, the "Suspension Period").  On or prior to the expiration of the Suspension Period, the City shall either terminate this Contract by giving a Termination Notice pursuant to Section 14.2 (Termination or Suspension) above, or by notice to Provider, instruct Provider to resume the delivery of Services and Materials pursuant to this Contract upon the expiration of the Suspension Period.  After issuing a Suspension Notice, the City shall pay any invoices submitted by Provider for Services rendered prior to the commencement of the Suspension Period or otherwise payable by the City to Provider under this Contract, subject to all of the City's rights and remedies against Provider, including but not limited to, its rights of set off and its right to review and accept Services and Materials prior to payment therefor.

## ARTICLE XV:   ADDITONAL REPRESENTATIONS AND COVENANTS OF PROVIDER RELATING TO CERTAIN APPLICABLE LAWS

In addition to the representations, warranties and covenants made by Provider in Article IV, Provider further represents, warrants and covenants that, to the extent of their applicability to Provider, Provider is in compliance with the laws, ordinances, regulations and executive orders described below. By executing this Contract, Provider thereby certifies to such compliance. Provider further certifies that the representations, warranties, and covenants provided pursuant to this Article shall continue to remain true throughout the Term of this Contract or any other period of time required by such laws. In the event said representations, warranties, and covenants are or become untrue or inaccurate, Provider shall promptly give notice thereof to the City, specifying the manner in which said representation, warranty, or covenant is untrue or inaccurate. The provisions of this Article are not intended to limit the applicability of the other provisions of this Contract, including, without limitation, Provider's agreement to comply with all Applicable Law.

15.1     **Non-Discrimination; Fair Practices.**  This Contract is entered into under the terms of the Charter, the Fair Practices Ordinance (Chapter 9-1100 of the Code) and the Mayor's Executive Order No. 04-86 (the "Executive Order"), as they may be amended from time to time, and in performing this Contract, Provider shall not discriminate or permit discrimination against any individual because of race, color, religion or national origin. Nor shall Provider discriminate or permit

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

discrimination against individuals in employment, housing and real property practices, and/or public accommodation practices whether by direct or indirect practice of exclusion, distinction, restriction, segregation, limitation, refusal, denial, differentiation or preference in the treatment of a person on the basis of actual or perceived race, ethnicity, color, sex, sexual orientation, gender identity, religion, national origin, ancestry, age, disability, marital status, source of income, familiar status, genetic information or domestic or sexual violence victim status, Human Immunodeficiency Virus (HIV) infection, or engage in any other act or practice made unlawful under the Charter, Chapter 9-1100, the Executive Order, or under the nondiscrimination laws of the United States or the Commonwealth of Pennsylvania.    In the event of any breach of this Section 15.1 (Non-Discrimination; Fair Practices), the City may, in addition to any other rights or remedies available under this Contract, at law or in equity, suspend or terminate this Contract forthwith.

15.2    **Chapter 17-400 of the Philadelphia Code: Exclusionary Private Organizations.**

(a)    In accordance with Chapter 17-400 of the Code, Provider agrees that its payment or reimbursement of membership fees or other expenses associated with participation by its employees in an exclusionary private organization, insofar as such participation confers an employment advantage or constitutes or results in discrimination with regard to hiring, tenure of employment, promotions, terms, privileges or conditions of employment on the basis of race, color, sex, sexual orientation, religion, national origin or ancestry, constitutes, without limiting the applicability of Articles XII (Events of Default) and XII (Remedies) above, a substantial breach of this Contract entitling the City to all rights and remedies provided in this Contract or otherwise available at law or in equity.

(b)    Provider agrees to cooperate with the Commission on Human Relations of the City in any manner which the Commission deems reasonable and necessary for the Commission to carry out its responsibilities under Chapter 17-400 of the Code.  Provider's failure to so cooperate shall constitute, without limiting the applicability of Articles XI (Events of Default) and XII (Remedies) above, a substantial breach of this Contract entitling the City to all rights and remedies provided in this Contract or otherwise available at law or in equity.

15.3    **Executive Order 03-12: Minority, Woman and Disabled Business Enterprise Participation.**  In accordance with Executive Order 03-12 (the "Antidiscrimination Policy"), the City, acting through its Office of Economic Opportunity ("OEO"), has established an antidiscrimination policy that relates to the solicitation and inclusion of Minority Business Enterprises ("MBE"), Woman Business Enterprises ("WBE"), and Disabled Business Enterprises ("DSBE")

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

(collectively, "M/W/DSBE") in City contracts. The purpose of this Antidiscrimination Policy is to ensure that all businesses desiring to do business with the City have an equal opportunity to compete by creating access to the City's procurement process and meaningfully increasing opportunities for the participation by M/W/DSBEs in City contracts at all tiers of contracting, as prime contractors, Subcontractors and joint venture partners. In furtherance of this policy, the City will, from time to time, establish participation ranges for City Contracts and City Related Special Projects. Provider agrees to comply with the requirements of the Antidiscrimination Policy, and where participation ranges are established by OEO, Provider agrees, without limitation, to submit documentation responsive to each of the participation ranges established for the Contract.

(a)     **General Requirements.**  In furtherance of the purposes of the Antidiscrimination Policy, Provider agrees to the following:

(1)     Provider, if it has achieved participation commitments with M/W/DSBEs, represents that it has entered into legally binding agreement(s) with M/W/DSBEs as participants under this Contract ("Participant Agreement(s)") for the services and in the dollar amount(s) and percentage(s) as specified in the M/W/DSBE Participation Exhibit to this Contract (the "Contract Commitment(s)").

(2)     Provider shall secure the prior written approval of the Office of Economic Opportunity ("OEO"), before making any changes or modifications to any Contract Commitments made by Provider herein, including, without limitation, substitutions for its MBEs, WBEs and/or DSBEs, changes or reductions in the services provided by its M/W/DSBE Subcontractors, or changes or reductions in the dollar and/or percentage amounts paid to its M/W/DSBE Subcontractors.

(3)     Unless otherwise specified in a Participant Agreement as described in (a) (1) above, Provider shall, within five (5) business days after receipt of a payment from the City for work performed under the Contract, deliver to its M/W/DSBE Subcontractors the proportionate share of such payment for services performed by its M/W/DSBE Subcontractors. In connection with payment of its M/W/DSBE Subcontractors, Provider agrees to fully comply with the City's payment reporting process which may include the use of electronic payment verification systems.

(4)     Provider shall, in the event of an increase in units of work and/or compensation under the Contract, increase its Contract Commitment(s) with its M/W/DSBE Subcontractors proportionately, which increase shall be reflected in the Participant

DocuSign Envelope ID: 421E34E1-1109-43FD-9478-27B82F8F845C

Agreement(s).  OEO may from time to time request documentation from Provider evidencing compliance with this provision.

(5)    Provider shall submit, within the time frames prescribed by the City, any and all documentation the City may request, including, but not limited to, copies of Participant Agreements, participation summary reports, M/W/DSBE Subcontractor invoices, telephone logs and correspondence with M/W/DSBE Subcontractors, cancelled checks and certification of payments.  Provider shall maintain all documentation related to this Section for a period of five (5) years from the date of Provider's receipt of final payment under the Contract.

(6)    Provider agrees that the City may, in its sole discretion, conduct periodic reviews to monitor Provider's compliance with the terms of this Antidiscrimination Policy.

(7)    Provider agrees that in the event the City determines that Provider has failed to comply with any of the requirements of this Antidiscrimination Policy, including substantial compliance with any Contract Commitment, the City may, in addition to any other rights and remedies it may have under the Contract which includes termination of the Contract, exercise one or more of the following remedies which shall be deemed cumulative and concurrent:

    a)    Debar Provider from proposing on and/or participating in any future contracts for a maximum period of three (3) years.

    b)    Recover as liquidated damages, i.e., without institution of a civil lawsuit, one percent (1%) of the total dollar amount of the Contract, which amount shall include any increase by way of amendments to the Contract, for each one percent (1%) (or fraction thereof) of the shortfall in Contract Commitment(s) to Provider's M/W/DSBE Subcontractors.

(8)    No privity of contract exists between the City and any M/W/DSBE Subcontractor identified herein and the City does not intend to give or confer upon any such M/W/DSBE Subcontractor(s) any legal rights or remedies in connection with the Subcontracted services pursuant to the Antidiscrimination Policy or by reason of this Contract except such rights or remedies that the M/W/DSBE Subcontractor may seek as a private cause of action under any legally binding contract to which it may be a party.  The remedies enumerated above are for the sole benefit of the City and City's failure to enforce any provision or the City's indulgence of any non-compliance with any provision hereunder, shall not operate as