# Exhibit C



**CITY OF PHILADELPHIA**

COMMISSION ON HUMAN RELATIONS
601 Walnut Street, Suite 300 South
Philadelphia, PA 19106
Telephone (215) 686-4670
Fax (215) 686-4684

THOMAS H. EARLE, ESQUIRE
Chairperson

March 16, 2018

RUE LANDAU, ESQUIRE
Executive Director

RECEIVED MAR 20 2018

Reverend John J. McIntyre
Board President
Catholic Social Services
Auxiliary Bishop, Archdiocese of Philadelphia
222 North 17th Street, 3rd Floor,
Philadelphia, PA 19103

We are writing in response to the March 13, 2018 Philadelphia Inquirer article, *Two Foster Agencies in Philly Won't Place Kids with LGBTQ People* that indicated Catholic Social Services (CSS) is denying services to same sex couples, and other individuals in the lesbian, gay, bisexual, transgender, and Queer (LGBTQ) community.

The Philadelphia Commission on Human Relations (PCHR) is the city agency charged with enforcing the anti-discrimination laws, particularly the city's Fair Practices Ordinance, Chapter 9-100 of the Philadelphia Code. The Fair Practices Ordinance prohibits discrimination in employment, housing, and public accommodations, including the delivery of city services in over sixteen protected categories, including sexual orientation and gender identity.

This nondiscrimination language is memorialized in Article XIV, Section 15.1 of the City's Professional Services Contract with your organization. Specifically, the contract states,

> [t]his Contract is entered into under the terms of…the Fair Practices Ordinance (Chapter 9-1100 of the Code)…Provider [shall not] discriminate or permit discrimination against individuals in employment, housing and real property practices, and/or public accommodation practices whether by direct or indirect practice of exclusion, distinction, restriction, segregation, limitation, refusal, denial, differentiation or preference in the treatment of a person on the basis of actual or perceived race, ethnicity, color, sex, sexual orientation, gender identity, religion, national origin, ancestry, age, disability, marital status, source of income, familial status…or engage in any other act or practice made unlawful under…Chapter 9-1100…

The contract also provides that "[i]n the event of any breach of this Section 15.1 (Non-Discrimination; Fair Practices), the City may, in addition to any other rights or remedies available under this Contract, at law or in equity, suspend or terminate this Contract forthwith."

PHILADELPHIA'S OFFICIAL AGENCY TO PROMOTE EQUAL RIGHTS AND EQUAL OPPORTUNITY FOR ALL PEOPLE

According to the aforementioned article, CSS administrator Ken Gavin said, "The Catholic Church does not endorse same-sex unions, based upon deeply held religious beliefs and principles. As such, CSS would not be able to consider foster care placement within the context of a same-sex union."

Based on the information provided in the article, it appears that CSS may be in violation of Article XIV, Section 14.1. Accordingly, we are writing to ask that you provide written responses to the questions below. Please note that any reference to "foster parent" is inclusive of foster parent(s), kinship parent(s), and/or pre-adoptive foster parent(s).

1) What are your policies for selecting foster care families? Please provide a copy of these policies in writing if available;

2) Are LGBTQ individuals, whether married or single, eligible to become foster parents with CSS?

3) Does CSS ask individuals or couples who apply to be foster parents if any household member identifies as LGBTQ? List and describe all instances in which CSS rejected attempts by persons identifying as LGBTQ to serve as foster parents.

4) Does CSS have a policy that denies services to any individual based on their sexual orientation? If so, please provide any applicable policy;

5) Does CSS have a specific policy that denies services to people based on their gender identity? If so, please provide any applicable policy;

6) Does CSS provide foster care placement to LGBTQ youth?

7) Does CSS have a policy that prohibits the completion of Adoption or Permanent Legal Custodianship (PLC) family Profiles for LGBTQ individuals whether married or single?

8) Do you have authority as a local affiliate/branch of the larger organization to create or follow your own policies?

9) If CSS has policies that deny services to people based on their sexual orientation or gender identity, are you willing to revise your policies so that all people can have equal access to your services?

10) If CSS subcontracts any of the services it is obligated to provide under its contract with the City, please provide the name and location of each entity and/or individual.

Once the requested information is provided, PCHR would like to arrange a meeting to further discuss CSS's policies with regard to the placement of foster care children and the provision of associated services to foster care children and the families with whom they are placed. If it is determined that CSS is in violation of its contract with the City, we would also like to explore potential remedies to bring CSS into compliance with the non-discrimination provisions of its contract.

Please provide responses to these questions within 10 days.

Sincerely,

Rue Landau, Esquire
Executive Director

Thomas H. Earle, Esquire
Chairperson

cc: Marcel S. Pratt, Acting City Solicitor
Cynthia Figueroa, DHS Commissioner