# Exhibit D

From: Staci Boyd <Staci.Boyd@Phila.gov>
Date: March 27, 2018 at 6:04:20 PM EDT
To: 

**Subject: FW: Intake Closure for Bethany and Catholic Social Services Foster Care Program**

Good Afternoon Executive Leadership,

Please see below. This information must be communicated to your respective staff in order to ensure that NO referrals are sent to these two providers effective immediately. Please reply separately to me confirming that you have shared this information to those that could potentially generate, approve or submit a referral to these providers.

Please submit your confirmation responses by Tuesday April 3, 2018. If you require additional time, please feel free to let me know. You will be notified regarding any updated information regarding this issue.

Thank you for your cooperation regarding this matter.

**Staci Morgan Boyd, MHA**
*Operations Director*
*Improving Outcomes for Children*
Department of Human Services
OPB 1515 Arch St, 8th floor
Philadelphia, PA 19102
STACI.BOYD@phila.gov
P- (215)683-0425
F- (215)683-6023

**From:** Kimberly Ali
**Sent:** Monday, March 26, 2018 02:51 PM
**To:** A Second Chance Inc; ABS Lincs VA Inc Dba First Home Care; Assessement & Treatment Alternatives,Inc.; Carson Valley Children's Aid; Children's Choice Inc; CHOR Youth and Family Services; Community Service Foundation Inc; Concern; Council of Spanish Speaking Org(Concilio); Dawn Holden; Delta Community Supports Inc; Devereux Foundation; Elwyn; Family & Childen's Aid Inc; First Choice Home and Community Services; Friendship House; Jewish Family & Children's Service of Grt Phila;

Juvenile Justice Center of Philadelphia ▮▮▮▮▮▮▮ ; Methodist Services; National Mentor Healthcare LLC dba PA Mentor; New Foundationa, Inc; ▮▮▮▮▮▮▮ Northeast Treatment Centers Inc; Northern Children's Services; Progressive Life Center Inc; SAFY of South Carolina; Silver Springs - Martin Luther School; The Children's Home of Easton; The Salvation Army; The Village Services; Tinesha Banks
**Cc:** ▮▮▮▮▮▮▮ ; Staci Boyd; ▮▮▮▮▮▮▮
**Subject:** Intake Closure for Bethany and Catholic Social Services Foster Care Program

Dear Colleagues,

Many of you may have read recent news articles regarding two of our foster care providers. I am providing this email of clarification regarding both foster care and adoption referrals for Catholic Social Services and Bethany Christian Services:

- **We have closed foster care intake and will not make adoption referrals to Bethany Christian Services and Catholic Social Services**, pending investigation by the Philadelphia Commission on Human Relations.
- We are committed to the safety and stability of children in our care and must consider the needs of the children and youth *currently* served by foster families licensed by these organizations. Our goal is to minimize placement disruptions, and to ensure that a child's ability to reunify or to continue an adoption process is not delayed because of placement disruption.
- **We are asking that you refrain from making any foster care referrals to Bethany Christian Services and Catholic Social Services**. If you have questions about a case, please contact me by phone or email.
- Please forward this email to your staff, particularly staff with the responsibility to identify placements.

Thank you for your attention to this matter.

<image001.gif><image002.gif>
<image003.gif><image004.gif>

DISCLAIMER: This electronic email message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s). If you are not the intended recipient or the person responsible for delivering e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.