APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

SHARONELL FULTON, et. al.

V.

CITY OF PHILADELPHIA, et. al.

Civil Action
No: _____

## DISCLOSURE STATEMENT FORM

Please check one box:

[✓] The nongovernmental corporate party, __Catholic Social Services of Philadelphia__, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

05/16/2018                                         _[signature]_
Date                                                  Signature

Counsel for: Sharonell Fulton, et. al.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
  (a)  WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:
    (1)  identifies any parent corporation and any publicly held corporation owning 10% or more of its stock;  or
    (2)  states that there is no such corporation.

  (b)  TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
    (1)  file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
    (2)  promptly file a supplemental statement if any required information changes.

APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

SHARONELL FULTON, et. al.

V.

CITY OF PHILADELPHIA, et. al.

Civil Action
No: _____

## DISCLOSURE STATEMENT FORM

Please check one box:

[✔] The nongovernmental corporate party, __Catholic Social Services of Philadelphia__, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

05/16/2018
Date

_[signature]_
Signature

Counsel for: Sharonell Fulton, et. al.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
        (1) identifies any parent corporation and any publicly held corporation owning10% or more of its stock; or

        (2) states that there is no such corporation.

    (b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
        (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
        (2) promptly file a supplemental statement if any required information changes.