## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARONELL FULTON, CECELIA PAUL, TONI LYNN SIMMS-BUSCH, and CATHOLIC SOCIAL SERVICES,<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF PHILADELPHIA, DEPARTMENT OF HUMAN SERVICES FOR THE CITY OF PHILADELPHIA, and PHILADELPHIA COMMISSION ON HUMAN RELATIONS,<br><br>*Defendants*. | Civil Action No. 18-2075<br><br>Assigned to the Honorable Judge Tucker |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A MEMORANDUM OVER 25 PAGES

WHEREFORE, this Court ORDERS:

For the reasons set forth in the Motion, Plaintiffs' Motion for Leave to File a Memorandum Over 25 Pages in Support of Their Motion for a Temporary Restraining Order and Preliminary Injunction is granted.

IT IS SO ORDERED.

Dated: June __, 2018

_____
Hon. Petrese B. Tucker
United States District Judge

1