# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARONELL FULTON, CECELIA PAUL TONILYN SIMMS-BUSCH, and CATHOLIC SOCIAL SERVICES, *Plaintiffs*, | : : : : : | Civil No: 2:18-cv-02075 |
| v. | : : | |
| CITY OF PHILADEPHIA, DEPARTMENT OF HUMAN SERVICES FOR THE CITY OF PHILADELPHIA, and PHILADELPHIA COMMISSION ON HUMAN RELATIONS, *Defendants*. | : : : : : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Please enter my appearance on behalf of Defendants, City of Philadelphia, Department of Human Services for the City of Philadelphia, and the Philadelphia Commission on Human Relations.

|  |  |
|---|---|
|  | CITY OF PHILADELPHIA LAW DEPARTMENT |
| DATED: June 5, 2018 | BY: /s/ Benjamin H. Field<br>Deputy City Solicitor<br>Attorney I.D. No. 204569<br>1515 Arch Street, 15th Floor<br>Philadelphia, PA 19102<br>Phone: (215) 683-5024<br>Fax: (215) 683-5299<br>Benjamin.Field@phila.gov |

# CERTIFICATE OF SERVICE

I hereby certify that, on June 5, 2018, I served a true and correct copy of the foregoing Entry of Appearance upon the following persons as a result of filing such document electronically. Such document is therefore available for viewing and/or downloading pursuant to the Court's ECF system and is served pursuant to FRCP Rule 5(b) and Local Civil Rule 5.1.2.

> Nicholas M. Centrella
> Conrad O'Brien PC
> 1500 Market Street, Suite 3900
> Philadelphia, PA  19102-2100
> (215) 864-8098
> *Counsel for Plaintiffs*


BY: /s/ Benjamin Field
Deputy City Solicitor