# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARONELL FULTON, CECELIA PAUL TONILYN SIMMS-BUSCH, and CATHOLIC SOCIAL SERVICES,<br>   *Plaintiffs,*<br><br>  v.<br><br>CITY OF PHILADEPHIA, DEPARTMENT OF HUMAN SERVICES FOR THE CITY OF PHILADELPHIA, and PHILADELPHIA COMMISSION ON HUMAN RELATIONS,<br>   *Defendants.* | Civil No: 2:18-cv-02075 |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Please enter my appearance on behalf of Defendants, City of Philadelphia. Department of Human Services for the City of Philadelphia, and Philadelphia Commission on Human Relations.

        CITY OF PHILADELPHIA
        LAW DEPARTMENT

  BY:  /s/ Eleanor N. Ewing
        Chief Deputy City Solicitor
        Attorney I.D. No. 28226
        1515 Arch Street, 15th Floor
        Philadelphia, PA 19102
        Phone: (215) 683-5012
        Fax: (215) 683-5299

DATED: June 5, 2018

# CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I served a true and correct copy of the foregoing Praecipe upon the following persons as a result of filing such document(s) electronically. Such document(s) is (are) therefore available for viewing and/or downloading pursuant to the Court's ECF system and is (area) served pursuant to FRCP Rule 5(b) and Local Civil Rule 5.1.2.

> Nicholas M. Centrella
> Conrad O'Brien PC
> 1500 Market Street, Suite 3900
> Philadelphia, PA  19102-2100
> (215) 864-8098
> *Counsel for Plaintiffs*

BY: /s/ Eleanor N. Ewing
Chief Deputy City Solicitor

Dated:   June 5, 2018