# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARONELL FULTON, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | NO. 18-2075 |
| CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this __6th__ day of June, 2018, upon consideration of Plaintiffs' Opposed Motion For Leave To File A Memorandum Over 25 Pages In Support Of Their Motion For A Temporary Restraining Order And Preliminary Injunction (Doc. 7) and Plaintiffs' Motion For A Temporary Restraining Order And Preliminary Injunction (Doc. 10), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. Plaintiffs' Opposed Motion For Leave To File A Memorandum Over 25 Pages In Support Of Their Motion For A Temporary Restraining Order And Preliminary Injunction (Doc. 7) is **GRANTED**;

2. Defendants shall file a response, if any, to Plaintiffs' Motion For A Temporary Restraining Order And Preliminary Injunction (Doc. 10) by no later than **Tuesday, June 12, 2018**;

3. To the extent that Defendants wish to submit a response in opposition to Plaintiffs' Motion For A Temporary Restraining Order And Preliminary Injunction (Doc. 10), then Defendants may, but are not required to, submit a responsive brief of up to thirty three (33) pages in length, exclusive of a table of contents;

1

4. Plaintiffs shall not file a reply without leave of Court, indeed, a reply brief is discouraged;

5. The Parties shall appear before the Court for an evidentiary hearing on Plaintiffs' Motion For A Temporary Restraining Order And Preliminary Injunction (Doc. 10) on **Monday, June 18, 2018 at 2:00p.m.** in Courtroom 16B, James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA 19106; and

6. To the extent that the Parties request that the evidentiary hearing be continued, the Parties shall confer with one another, in good faith, to determine appropriate alternative dates (at least three) and times for the hearing, then submit a joint request for continuance to the Court by fax (Chambers' Fax: 267-299-5072). In the event the Parties are unable to find mutually-agreeable times for the evidentiary hearing, the Party seeking the continuance shall file a motion for continuance and supporting brief (no longer than **five (5) pages**), the opposing Party shall file a response (no longer than **five (5) pages**) no later than **three (3) days** after service of the motion for continuance.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**