# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARONELL FULTON, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | NO. 18-2075 |
| CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this __6th__ day of June, 2018, upon consideration of Plaintiffs' Application for Admission *Pro Hac Vice* of Nicholas R. Reaves, Esq. (Doc. 3), Plaintiffs' Application for Admission *Pro Hac Vice* of Lori H. Windham, Esq. (Doc. 4), and Plaintiffs' Application for Admission *Pro Hac Vice* of Mark L. Rienzi, Esq. (Doc. 5), **IT IS HEREBY ORDERED AND DECREED** that the Motions are **GRANTED** and Nicholas R. Reaves, Esq., Lori H. Windham, Esq., and Mark L. Rienzi, Esq. are admitted *pro hac vice* to the United States District Court for the Eastern District of Pennsylvania, under Local Rule of Civil Procedure 83.5.2(b), for the pendency of this matter.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**