# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARONELL FULTON, *et al.*, | |
| Plaintiffs, | No. 2:18-cv-02075 |
| v. | |
| CITY OF PHILADELPHIA, *et al.*, | |
| Defendants. | |

## NOTICE OF APPEARANCE

**TO THE CLERK:**

Kindly enter the appearance of Mary Catherine Roper of the ACLU of Pennsylvania as counsel for the two proposed intervenor-defendants, The Support Center for Child Advocates and Philadelphia Family Pride, in the above-captioned action.

Dated: June 11, 2018

*/s/ Mary Catherine Roper*
Mary Catherine Roper (PA 71107)
AMERICAN CIVIL LIBERTIES UNION OF
PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
Tel.: (215) 592-1513 ext. 116
Fax: (215) 592-1343
mroper@aclupa.org

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing Notice of Appearance was filed electronically and served on all counsel of record via the ECF system of the United States District Court for the Eastern District of Pennsylvania.

Dated: June 11, 2018                             */s/ Mary Catherine Roper*