IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARONELL FULTON, CECELIA PAUL TONILYN SIMMS-BUSCH, and CATHOLIC SOCIAL SERVICES, <br> *Plaintiffs,* <br><br> v. <br><br> CITY OF PHILADEPHIA, DEPARTMENT OF HUMAN SERVICES FOR THE CITY OF PHILADELPHIA, and PHILADELPHIA COMMISSION ON HUMAN RELATIONS, <br> *Defendants.* | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil No: 2:18-cv-02075 |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Please enter my appearance on behalf of Defendants, City of Philadelphia, Department of Human Services for the City of Philadelphia, and Philadelphia Commission on Human Relations.

                                                  CITY OF PHILADELPHIA
                                                  LAW DEPARTMENT

                BY:    /s/ Diana Cortes
                               Chair, Litigation Group
                               Attorney I.D. No. 204274
                               1515 Arch Street, 17th Floor
                               Philadelphia, PA 19102
                               Phone: (215) 683-5038

DATED: June 12, 2018

# CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I served a true and correct copy of the foregoing Praecipe upon the following persons as a result of filing such document(s) electronically. Such document(s) is (are) therefore available for viewing and/or downloading pursuant to the Court's ECF system and is (area) served pursuant to FRCP Rule 5(b) and Local Civil Rule 5.1.2.

>Nicholas M. Centrella
Conrad O'Brien PC
1500 Market Street, Suite 3900
Philadelphia, PA 19102-2100
(215) 864-8098
*Counsel for Proposed Intervenor*

BY: /s/ Diana Cortes

Chair, Litigation Group

Dated: June 12, 2018