APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Fulton | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| City of Philadelphia | : | NO. 18-2075 |
| | : | |

## ORDER

AND NOW, this _____ Day of _____, _____, it is hereby

ORDERED that the application of <u>Leslie Cooper</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 18-2075

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Leslie Cooper__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Please see attached. | | |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Please see attached | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for __Proposed Intervenor-Defs.__

_(Applicant's Signature)_

6/11/18
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

American Civil Liberties Union
125 Broad Street, 18th Floor, New York, NY 10004
Telephone Number: 212-549-2584

Sworn and subscribed before me this

11th Day of Jun, 2005

Notary Public

JUDY RABINOVITZ
Notary Public, State of New York
No. 31-4874248
Qualified in New York County
Commission Expires October 6, 19__
Feb, 2019

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Leslie Cooper_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Molly Tack-Hooper | *[signature]* | 10/28/2010 | 307828 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

ACLU of Pennsylvania, P.O. Box 60173, Philadelphia, PA 19102

(215) 592-1513 x113

Sworn and subscribed before me this

12th Day of June, 2018

*[signature]*
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Angeline M. DeSantis, Notary Public
Philadelphia County
My commission expires May 16, 2022
Commission number 1333880
Member, Pennsylvania Association of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Fulton | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| City of Philadelphia | : | NO. 18-2075 |
| | : | |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Leslie Cooper

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was served as follows:

By electronic filing via the Court's CM/ECF system.

_____
Signature of Attorney

Leslie Cooper
Name of Attorney

Molly Tack-Hooper
Name of Moving Party

06/12/2018
Date

# Leslie Cooper Bar Memberships

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court |
|---|---|---|---|
| New Jersey State Bar | 36861995 | 1995 | In Good Standing |
| New York State Bar | 2759835 | June 17, 1996 | In Good Standing |
| U.S. Supreme Court | | June 25, 2015 | In Good Standing |
| U.S. Court of Appeals for the Third Circuit | | August 13, 2012 | In Good Standing |
| U.S. Court of Appeals for the Fourth Circuit | | October 29, 2015 | In Good Standing |
| U.S. Court of Appeals for the Sixth Circuit | | June 20, 2001 | In Good Standing |
| U.S. Court of Appeals for the Eighth Circuit | | April 10, 2015 | In Good Standing |
| U.S. Court of Appeals for the Eleventh Circuit | | January 23, 2002 | In Good Standing |
| U.S. District Court for the Eastern District of Arkansas | 2759835 | May 27, 2003 | In Good Standing |
| U.S. District Court for the Western District of Arkansas | 2759835 | May 27, 2003 | In Good Standing |
| U.S. District Court for the Northern District of California | | June 2016 | In Good Standing |
| U.S. District Court for the Middle District of Florida | | February 11, 2014 | In Good Standing |
| U.S. District Court for the Northern District of Florida | | April 2014 | In Good Standing |
| U.S. District Court for the Eastern District of Michigan | | December 02, 2013 | In Good Standing |
| U.S. District Court for the Southern District of New York | LC2781 | 1997 | In Good Standing |
| U.S. District Court for the Eastern District of New York | LC2781 | February 25, 1997 | In Good Standing |