IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Sharonell Fulton, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| City of Philadelphia, et al. | : | NO.   18-2075 |

ORDER

AND NOW, this            Day of                  , 20     , it is hereby

ORDERED that the application of <u>Stephanie H. Barclay</u>, Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.

☐   DENIED.

_____
                                                          J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No#_____

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _____Stephanie H. Barclay_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.    *I state that I am currently admitted to practice in the following state jurisdictions:*

| Idaho | 09/29/2011 | 8775 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| District of Columbia | 06/03/2013 | 1011476 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.    *I state that I am currently admitted to practice in the following federal jurisdictions:*

| See additional sheet | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.    *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*        Plaintiffs



(Applicant's Signature)

06/13/2018
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

The Becket Fund for Religious Liberty

1200 New Hampshire Avenue NW, Suite 700, Washington, DC 20036

Phone: 202-955-0095

Sworn and subscribed before me this

13 Day of June, 20 18

Notary Public

NOTARY PUBLIC
JENNIFER PAUL
692697
COMMISSION EXPIRES
JANUARY 19, 2021
STATE OF UTAH

10/04

| Court | Admission Date | Attorney ID Number |
|---|---|---|
| District Court for the Eastern District of Michigan | 12/14/2017 | |
| District Court for the District of North Dakota | 7/19/2016 | |
| District Court for the Northern District of Texas | 1/17/2017 | |
| U.S. Court of Appeals for the Fifth Circuit | 12/15/2014 | |
| U.S. Court of Appeals for the Sixth Circuit | 3/26/2018 | |
| U.S. Court of Appeals for the Ninth Circuit | 7/31/2012 | |
| U.S. Supreme Court | 2016 | |

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Stephanie H. Barclay_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good.  I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Nicholas Centrella | _(signature)_ | June 7, 1995 | 67666 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Conrad O'Brien, PC

1500 Market Street, Suite 3900, Philadelphia, PA 19102-2100

215-864-8098

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Sharonell Fulton, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| City of Philadelphia, et al. | : | NO.   18-2075 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of_____Stephanie H. Barclay_____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was filed with the Clerk

of Court for the United States District Court for the Eastern District of Pennsylvania by using the

CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that

service will be accomplished by the CM/ECF system.

_____

Signature of Attorney

Nicholas Centrella

Name of Attorney

The Becket Fund for Religious Liberty

Name of Moving Party

06/13/2018

Date