

# CITY OF PHILADELPHIA

LAW DEPARTMENT
One Parkway
1515 Arch Street
Philadelphia, PA 19102-1595

Marcel Pratt
City Solicitor

Benjamin Field
Deputy City Solicitor

(215) 683-5024 (direct dial)
(215) 683-5299 (facsimile)
Benjamin.Field@phila.gov

June 14, 2018

The Honorable Petrese B. Tucker
U.S. District Court of the Eastern
  District of Pennsylvania
16613 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

Re:   Sharonell Fulton, et al. v. City of Philadelphia, et al.
      Civil Action No. 2:18-cv-02075-PBT

Dear Judge Tucker,

We represent the City of Philadelphia defendants in the above-captioned litigation. As the Court is aware, certain documents related to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction have been filed under seal as they reflect confidential information regarding a foster care child. We write in advance of the Monday, June 18, 2018 hearing to apprise the Court that we may need to request that the Courtroom be sealed to protect the minor child's confidential information if any such information is the subject of testimony, documentary evidence, or oral argument.

Respectfully,

Benjamin Field
Deputy City Solicitor
Affirmative & General Litigation