IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARONELL FULTON, et al., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-2075 |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this __14th__ day of June, 2018, upon consideration of Motion of the Support Center for Child Advocates and Philadelphia Family Pride to Intervene as Defendants and for an Extension of Time to File their Memorandum of Law, Proposed Answer to the Complaint, and Supporting Declarations ("Motion to Intervene") (Doc. 14), **IT IS HEREBY ORDERED AND DECREED** that all counsel, including counsel for proposed Defendants Support Center for Child Advocates ("Child Advocates") and Philadelphia Family Pride ("Family Pride"), shall appear at the evidentiary hearing scheduled for **Monday, June 18, 2018 at 2:00p.m.** in Courtroom 16B, James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA 19106, and all counsel shall be prepared to address the Motion to Intervene.

2

**IT IS FURTHER ORDERED** that upon consideration of Plaintiffs' Application for Admission *Pro Hac Vice* of Stephanie H. Barclay, Esq. (Doc. 22) and proposed Defendants' Child Advocates and Family Pride's Application for Admission *Pro Hac Vice* of Leslie Cooper, Esq. (Doc. 18), the applications are **GRANTED** and Stephanie H. Barclay, Esq. and Leslie Cooper, Esq. are admitted *pro hac vice* to the United States District Court for the Eastern District of Pennsylvania, under Local Rule of Civil Procedure 83.5.2(b), for the pendency of this matter.

           **BY THE COURT:**

           **/s/ Petrese B. Tucker**
           _____
           **Hon. Petrese B. Tucker, U.S.D.J.**