UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARONELL FULTON, CECELIA PAUL, TONI LYNN SIMMS-BUSCH, and CATHOLIC SOCIAL SERVICES,<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF PHILADELPHIA, DEPARTMENT OF HUMAN SERVICES FOR THE CITY OF PHILADELPHIA, and PHILADELPHIA COMMISSION ON HUMAN RELATIONS,<br><br>*Defendants*. | Civil Action No. 18-cv-2075<br><br>Assigned to the Honorable Judge Tucker |

**SUPPLEMENTAL DECLARATION OF JAMES AMATO**

1. My name is James Amato. I am over the age of 21 and am capable of making this declaration pursuant to 28 U.S.C. § 1746. I have not been convicted of a felony or been convicted of a crime of dishonesty. I have personal knowledge of all the contents of this declaration.

2. The City asked to hold a meeting with Catholic Social Services ("Catholic") representatives regarding potential contract options on June 28, 2018. Catholic remains committed to providing foster care services if possible, and I communicated Catholic's desire to continue doing so in this meeting.

3. The City indicated a willingness to pay *per diem* amounts for foster children currently cared for by Catholic's families. But the City remains unwilling to

resume normal operations with Catholic, meaning it will not agree to reopen intake to send foster children to Catholic to place with its growing number of empty foster homes.

4. Without intake resuming, any interim approach will require Catholic to begin laying off staff next month and to close its foster care program altogether within a matter of months. This will result in the displacement of foster children who need to remain in foster care and who are cared for by families who cannot continue as foster parents without the support that Catholic offers.

5. Catholic also explored whether there is any option available for compliance that would enable Catholic to receive the full foster care contract it has received in the past. The City made clear that for Catholic to receive a full contract, Catholic must agree not only to be willing to perform home studies for anyone who requests a home study, but also to ensure that the outcome of a home study would be an endorsement and certification of the relationship of a same-sex couple. The City made clear that Catholic's religious beliefs would not be an acceptable basis for Catholic's unwillingness to provide a written certification regarding a couple's relationship and to approve that couple for foster care.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 28, 2018.

_____
James Amato