IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARONELL FULTON, et al., : | |
| : | |
| Plaintiffs, : | CIVIL ACTION |
| : | |
| v. : | NO. 18-2075 |
| : | |
| CITY OF PHILADELPHIA, et al., : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW**, this __13th__ day of July, 2018, upon careful consideration of Plaintiffs' Motion For A Temporary Restraining Order And Preliminary Injunction ("Injunction Motion") (Doc. 13), The City Of Philadelphia's Memorandum Of Law In Opposition To Plaintiffs' Motion For Temporary Restraining Order And Preliminary Injunction (Doc. 21), Proposed Intervenors' Memorandum of Law, Or, In The Alternative, Amicus Brief, In Opposition To Plaintiffs' Motion For A Temporary Restraining Order And Preliminary Injunction ("Amicus Brief") (Doc. 34),[1] the matters heard at the evidentiary hearings, and Defendants' Proposed Findings Of Facts And Conclusions Of Law (Doc. 45), and Plaintiffs' Proposed Findings Of Fact And Conclusions Of Law (Doc. 46), **IT IS HEREBY ORDERED AND DECREED** that Plaintiffs' Injunction Motion is **DENIED**.[2]

---

[1] On June 18, 2018, the Court accepted the Intervenors' Opposition Brief as an amicus brief. The Court's decision was memorialized by an order dated June 19, 2018 (Doc. 33).
[2] This Order accompanies the Court's Memorandum Opinion dated July 13, 2018.

1

**IT IS FURTHER ORDERED** that Defendants City of Philadelphia, Department of Human Services for the City of Philadelphia, and Philadelphia Commission on Human Relations shall file an answer or otherwise respond to Plaintiffs' Complaint (Doc. 1) no later than **twenty-one (21) days** from the date of this Order.

        **BY THE COURT:**

        **/s/ Petrese B. Tucker**
        _____
        **Hon. Petrese B. Tucker, U.S.D.J.**