# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARONELL FULTON, CECELIA PAUL, TONI LYNN SIMMS-BUSCH, and CATHOLIC SOCIAL SERVICES,<br><br> *Plaintiffs*,<br><br> v.<br><br>CITY OF PHILADELPHIA, DEPARTMENT OF HUMAN SERVICES FOR THE CITY OF PHILADELPHIA, and PHILADELPHIA COMMISSION ON HUMAN RELATIONS,<br><br> *Defendants*. | Civil Action No. 18-2075<br><br>Assigned to the Honorable Judge Tucker |

## NOTICE OF APPEAL

Notice is hereby given that Sharonell Fulton, Cecelia Paul, Toni Lynn Simms-Busch, and Catholic Social Services, Plaintiffs in the above-captioned case, appeal to the United States Court of Appeals for the Third Circuit from the Court's Order (ECF No. 53) denying Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, entered in this action on July 13, 2018.

Dated: July 13, 2018      Respectfully submitted,

                /s/ Mark L. Rienzi
               Mark L. Rienzi*
               Lori H. Windham*
               Stephanie Barclay*
               Nicholas Reaves*
               The Becket Fund for Religious Liberty

1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
Telephone: (202) 955-0095
Facsimile: (202) 955-0090

Nicholas M. Centrella
Conrad O'Brien PC
1500 Market Street, Suite 3900
Philadelphia, PA 19102-2100
Telephone: (215) 864-8098
Facsimile: (215) 864-0798
ncentrella@conradobrien.com

*Counsel for Plaintiffs*
*\*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on July 13, 2018, the foregoing notice of appeal was served on counsel for all parties by means of the Court's ECF system.

                                        /s/ *Mark L. Rienzi*
                                        Mark L. Rienzi