

CITY OF PHILADELPHIA

LAW DEPARTMENT
One Parkway
1515 Arch Street
Philadelphia, PA 19102-1595

Marcel S. Pratt
City Solicitor

Diana Cortes
Chair, Litigation Group
215-683-5038
215-683-5069 (fax)
Diana.Cortes@Phila.gov

July 25, 2018

**VIA FAX and ECF**

The Honorable Petrese B. Tucker
United States District Court for the
  Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 10106

RE:   *Fulton et al. v. City of Philadelphia et al.*, 18-CV-2075

Dear Judge Tucker:

Defendants respectfully write to request clarification from the Court as to the deadline and procedure for Defendants to respond to the Complaint.

In the Court's July 13, 2018 order denying Plaintiffs' motion for a Temporary Restraining Order or Preliminary Injunction, the Court ordered Defendants to respond to the Complaint within 21 days (on or before August 3, 2018). However, after Plaintiffs filed a Notice of Appeal of that denial, the Court stayed Proposed Intervenors' then-pending Motion to Intervene because the Court found the appeal removed the Court's jurisdiction. Proposed Intervenors have since filed a Motion for Reconsideration of the stay order, which is pending. In light of the Court's orders, Defendants request that the Court clarify whether Defendants' deadline to respond to the Complaint remains August 3, 2018 or if that deadline is stayed pending appeal.

If the August 3, 2018 deadline is not stayed, Defendants request the Court's guidance as to whether or not the Court's procedural requirement that the parties must attend a settlement conference with Magistrate Judge Caracappa before filing a dispositive motion applies to Defendants' anticipated Motion to Dismiss in this case. Given the ongoing appeal of the Court's preliminary injunction decision, Defendants do not believe such a conference would be productive at this time and request permission to file a motion to dismiss without such a conference. If the Court's procedural rule does apply in this case, however, Defendants request that the Court refer the parties to Magistrate Judge Caracappa for a settlement conference and

extend Defendants' time to respond to the Complaint until 14 days after the conclusion of the conference.

                                      Respectfully,

                                      /s/ Diana Cortes
                                      Diana Cortes
                                      Chair, Litigation Group

Cc: All counsel of record (via ECF)

## CERTIFICATE OF SERVICE

I hereby certify that this letter has been served electronically via ECF and is available for viewing and downloading from the ECF system.

/s/ Benjamin H. Field
Benjamin H. Field
Assistant City Solicitor
Affirmative and General Litigation
