IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARONELL FULTON, et al., : | |
| : | |
| Plaintiffs, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 18-2075 |
| CITY OF PHILADELPHIA, et al., : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW**, this __1st__ day of August, 2018, upon consideration of Proposed Intervenors' Motion For Reconsideration Of The Court's Order Staying The Motion For Leave To Intervene Or, In The Alternative, That The Court Amend Its Order To Include An Indicative Ruling Pursuant To F.R.C.P. 62.1 ("Motion for Indicative Ruling") (Doc. 60), and Plaintiffs' Response To Proposed Intervenors' Motion For Reconsideration Of The Court's Order Staying The Motion For Leave To Intervene (Doc. 66), **IT IS HEREBY ORDERED AND DECREED** that Proposed Intervenors' Motion for Indicative Ruling (Doc. 60) is **GRANTED** as follows:

1. The Court's July 18, 2018 Order (Doc. 59) staying Proposed Intervenor's Motion to Intervene (Doc. 14) is **AMENDED** to include the following:

    A. Pursuant to Fed. R. Civ. P. 62.1, the Court indicates that, were the Third Circuit Court of Appeals to permit this Court to rule on Proposed Intervenor's Motion to Intervene (Doc. 14), the Court would grant the Motion to Intervene under Fed. R. Civ. P. 24(b); and

    B. Proposed Intervenors shall, pursuant to Fed. R. App. P. 12.1 and Fed. R. Civ. P. 62.1(b), promptly notify the Clerk of the Third Circuit Court of Appeals of this Court's indicative ruling under Fed. R. Civ. P. 62.1 so that

1

the Third Circuit Court of Appeals may decide whether to authorize this Court to decide the Motion to Intervene (Doc. 14).

           **BY THE COURT:**

           **/s/ Petrese B. Tucker**

           _____
           **Hon. Petrese B. Tucker, U.S.D.J.**