UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARONELL FULTON, CECELIA PAUL, TONI LYNN SIMMS-BUSCH, and CATHOLIC SOCIAL SERVICES,<br><br>*Plaintiffs,*<br><br>v.<br><br>CITY OF PHILADELPHIA, DEPARTMENT OF HUMAN SERVICES FOR THE CITY OF PHILADELPHIA, and PHILADELPHIA COMMISSION ON HUMAN RELATIONS,<br><br>*Defendants,*<br><br>and<br><br>SUPPORT CENTER FOR CHILD ADVOCATES and PHILADELPHIA FAMILY PRIDE,<br><br>*Intervenor-Defendants.* | Civil Action No. 18-2075<br><br>Assigned to the Honorable Judge Tucker |

## ORDER

AND NOW, on this __15th__ day of __May 2019__, upon consideration of Plaintiffs' Unopposed Motion for Stay, **IT IS ORDERED AS FOLLOWS**:

Plaintiffs' Unopposed Motion for Stay dated May 14, 2019 is granted. All further proceedings in this case are stayed pending the disposition of Plaintiffs' petition for certiorari to the Supreme Court.

BY THE COURT:

_____
Honorable Petrese B. Tucker