# NUNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 18-2574

Sharonell Fulton, et al v. City of Philadelphia, et al

(E.D. Pa. No. 2-18-cv-02075)

# O R D E R

The mandate issued on **05/14/2019** is hereby recalled in light of the U.S. Supreme Court's decision vacating the judgment of this Court and remanding the matter for further proceedings.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: 19 July 2021

cc:

John J. BurschEsq.
Nicholas M. CentrellaEsq.
Cathren I. CohenEsq.
Miles ColemanEsq.
Marshall C. CookEsq.
Leslie CooperEsq.
David A. CortmanEsq.
Elizabeth N. DewarEsq.
Eleanor N. EwingEsq.
Justin GoodyearEsq.
M. Duncan GrantEsq.
Rory T. GrayEsq.
David J. HackerEsq.
Kendyl T. HanksEsq.
William HaunEsq.
Jane L. IstvanEsq.
Philip E. KarmelEsq.
Karen LoewyEsq.
Alexander J. LuchenitserEsq.
Fred T. MagazinerEsq.
Joshua A. MatzEsq.
Elizabeth MitchellEsq.



A True Copy:

Patricia S. Dodszuweit, Clerk

Michael W. Pfautz Esq.
Andrea M. Picciotti-Bayer Esq.
Nicholas R. Reaves
Mark L. Rienzi Esq.
Mary Catherine Roper Esq.
John M. Sharp Esq.
Molly M. Tack-Hooper Esq.
Jeffrey S. Trachtman Esq.
Kristen K. Waggoner Esq.
Catherine V. Wigglesworth Esq.
Julie Wilensky Esq.
Lori H. Windham Esq.