UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-2574
_____

SHARONELL FULTON; CECELIA PAUL;
TONI LYNN SIMMS-BUSCH;
CATHOLIC SOCIAL SERVICES,

　　　　　　　　　　　　　　　　Appellants

v.

CITY OF PHILADELPHIA; DEPARTMENT OF HUMAN SERVICES
FOR THE CITY OF PHILADELPHIA; PHILADELPHIA COMMISSION
ON HUMAN RELATIONS

SUPPORT CENTER FOR CHILD ADVOCATES;
PHILADELPHIA FAMILY PRIDE

　　　　　　　　　　　　　　　　(Intervenors in D.C.)

_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-18-cv-02075)
District Judge: Honorable Petrese B. Tucker

_____

On Remand from the Supreme Court of the United States

Before: AMBRO, SCIRICA, and RENDELL, Circuit Judges

## ORDER

In an opinion issued on June 17, 2021, the United States Supreme Court reversed this Court's judgment and remanded the matter for further proceedings.

On consideration whereof, it is ORDERED AND ADJUDGED that the judgment of the District Court is reversed and the matter is remanded to the District Court for further proceedings. The Clerk is directed to issue the mandate forthwith.

By the Court,

s/ Thomas L. Ambro
Circuit Judge

Dated: July 28, 2021
Tmm/cc: All Counsel of Record

**Certified as a true copy and issued in lieu of a formal mandate on** July 28, 2021

**Teste:** *Patricia S. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**