IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
:
SHARONELL FULTON, *et al.*,                                  :
:   No. 2:18-cv-02075
Plaintiffs,              :
:
v.                                           :
:
CITY OF PHILADELPHIA, *et al.*,                           :
:
Defendants.           :
_____:

## NOTICE OF APPEARANCE

**TO THE CLERK:**

Kindly enter the appearance of Witold J. Walczak as counsel for the two intervenor-defendants, The Support Center for Child Advocates and Philadelphia Family Pride, in the above-captioned action.  Thank you.

| | |
|---|---|
| Dated: September 8, 2021 | */s/ Witold J. Walczak* |
| | Witold J. Walczak (PA ID No. 62976) |
| | Legal Director |
| | AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA |
| | P.O. Box 23058 |
| | Pittsburgh, PA 15222 |
| | Tel.: (412) 681-7736 x 321 |
| | vwalczak@aclupa.org |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, the foregoing Notice of Withdrawal of Appearance was filed electronically and served on all counsel of record via the ECF system of the United States District Court for the Eastern District of Pennsylvania.

Dated: June 21, 2018                      */s/ Mary Catherine Roper*