IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARONELL FULTON, CECELIA PAUL, TONI LYNN SIMMS-BUSCH, AND CATHOLIC SOCIAL SERVICES,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PHILADELPHIA, DEPARTMENT OF HUMAN SERVICES FOR THE CITY OF PHILADELPHIA, and PHILADELPHIA COMMISSION ON HUMAN RELATIONS<br><br>Defendants. | Civil Action<br>No. 18-cv-2075 |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance as counsel in the above-captioned case.

Date: September 10, 2021

Respectfully submitted,

CITY OF PHILADELPHIA LAW DEPARTMENT
Diana P. Cortes, City Solicitor

By: /s/ Eleanor N. Ewing

ELEANOR N. EWING (PA ID No. 28226)
Chief Deputy City Solicitor, Affirmative & Special Litigation
CITY OF PHILADELPHIA LAW DEPARTMENT
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
Phone:  (215) 683-5012
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I, Eleanor N. Ewing, hereby certify that on September 10, 2021, I caused a true and correct copy of the foregoing Withdrawal of Appearance of Eleanor N. Ewing to be served via CM/ECF filing upon counsel for all parties.

                                            By: /s/ Eleanor N. Ewing
                                                     Eleanor N. Ewing